# EXHIBIT H

The New England Journal of Medicine

*Correspondence*



**A Pain in the Back**

*To the Editor:* In the Clinical Problem-Solving article by Lurie et al. (Sept. 7 issue),[1] the authors describe an 80-year-old man with unexplained back pain, an elevated erythrocyte sedimentation rate, plain films that showed only degenerative changes, and normal findings on neurologic evaluation. I believe magnetic resonance imaging (MRI) with gadolinium should have been performed before computed tomographic (CT) myelography was performed. CT myelography is invasive and expensive, and it does not provide nearly the range of diagnostic information provided by MRI. As the discussant stated, the differential diagnosis in this case included chronic infection, a metastatic tumor, vasculitis, and multiple myeloma. MRI with gadolinium could have led to the diagnosis of all these conditions except vasculitis, whereas CT myelography would not have been diagnostic of these disorders.

JOHN H. REES, M.D.
Washington Hospital Center
Washington, DC 20010-2975

1. Lurie JD, Gerber PD, Sox HC. A pain in the back. N Engl J Med 2000; 343:723-6.

---

*To the Editor:* We were surprised that Lurie et al. failed to mention spinal tuberculosis as a possibility in the 80-year-old man with midthoracic and lumbar back pain. In cases of Pott's disease, systemic symptoms are often absent, and diagnostic evaluations are often not undertaken until the process is advanced.[1] Back pain or stiffness may be the only early symptom, with initially normal findings on spinal radiographs. Paravertebral soft-tissue abscesses, which develop in more than 50 percent of patients with spinal tuberculosis, could have accounted for the initial paraspinal tenderness in this patient.[2] Finally, the earliest focus of disease in spinal tuberculosis is the anterior superior or inferior angles of the vertebral bodies — precisely the locations of bony loss seen on repeated radiographs obtained at a later date in this case.[3] The lower thoracic and lumbar vertebrae are the most common sites of involvement.

VINCENT LO RE III, M.D.
TODD BARTON, M.D.
SHOSHANA FEINER, M.D.
Hospital of the University of Pennsylvania
Philadelphia, PA 19104

1. Hopewell PC. Overview of clinical tuberculosis. In: Bloom BR, ed. Tuberculosis: pathogenesis, protection, and control. Washington, D.C.: American Society for Microbiology, 1994:25-46.
2. Weaver P, Lifeso RM. The radiological diagnosis of tuberculosis of the adult spine. Skeletal Radiol 1984;12:178-86.
3. Yao DC, Sartoris DJ. Musculoskeletal tuberculosis. Radiol Clin North Am 1995;33:679-89.

---

*To the Editor:* Expanding aortic aneurysm, epidural abscess, and vertebral compression fractures are common causes of nonmechanical back pain with acute onset.[1] We are surprised that a CT scan of the thorax and abdomen was not part of the initial workup. Given the seriousness (and likelihood) of aortic disease in an 80-year-old man, this diagnosis warranted consideration early in the discussion.

PARAMESWARAN HARI, M.D.
AJAY JOSHI, M.D.
GOPAL KRISHNA P. CHEMITI, M.D.
Lankenau Hospital
Wynnewood, PA 19096

1. Borenstein DG. Chronic low back pain. Rheum Dis Clin North Am 1996;22:439-56.

---

The authors reply:

*To the Editor:* Dr. Rees suggests that the patient should have undergone MRI with gadolinium rather than CT myelography. We agree that MRI is the preferred test when spinal infection[1] or tumors are part of the differential diagnosis, but we believe that CT was a reasonable choice, given the principal diagnoses that the treating physicians were considering. They obtained a CT myelogram because of a presumptive diagnosis of spinal stenosis. CT and MRI appear to be equally useful for diagnosing spinal stenosis.

---

**INSTRUCTIONS FOR LETTERS TO THE EDITOR**

Letters to the Editor are considered for publication (subject to editing and abridgment) provided they do not contain material that has been submitted or published elsewhere. Please note the following: •Your letter must be typewritten and triple-spaced. •Its text, not including references, must not exceed 250 words if it is in reference to a recent *Journal* article, or 400 words in all other cases (please provide a word count). •It must have no more than five references and one figure or table. •It must not be signed by any more than three authors. •Letters referring to a recent *Journal* article must be received within four weeks of its publication. •Please include your full address, telephone number, fax number, and e-mail address. •You may send us your letter by standard mail, fax, or e-mail.

Our address: **Letters to the Editor • *New England Journal of Medicine* • 10 Shattuck St. • Boston, MA 02115**

Our fax numbers: **617-739-9864** and **617-734-4457**

Our e-mail address: **letters@nejm.org**

We cannot acknowledge receipt of your letter, but we will notify you when we have made a decision about publication. We are unable to provide prepublication proofs. Financial associations or other possible conflicts of interest must be disclosed. Submission of a letter constitutes permission for the Massachusetts Medical Society, its licensees, and its assignees to use it in the *Journal*'s various print and electronic publications and in collections, revisions, and any other form or medium.

Downloaded from www.nejm.org by SANDY MARTIN on January 10, 2004.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

The choice between them depends on factors such as cost, availability, reimbursement, the radiologist's skill, and the patient's safety.[2] The treating physicians did not pursue the diagnosis of spinal infection, either because they simply did not consider it as a possibility or because they misinterpreted the absence of fever and of an elevated white-cell count as strong evidence against the diagnosis and failed to verify that the presumed diagnosis of spinal stenosis accounted for the main findings, including the very high erythrocyte sedimentation rate.

Lo Re and colleagues correctly point out that spinal tuberculosis was a possible diagnosis. The discussant, but not the treating physicians, strongly considered the possibility of spinal infection. When spinal infection is considered, clinical and epidemiologic features can help point to one of the specific etiologic agents, such as typical pyogenic bacteria, *Mycobacterium tuberculosis,* brucella, or fungi.[3]

Hari and colleagues note other disorders to be considered in developing a complete differential diagnosis for acute low back pain. In addition to tumors, compression fractures, and spinal infection, expanding aortic aneurysm, aortic dissection, pancreatitis, penetrating duodenal ulcer, pyelonephritis, prostatitis, nephrolithiasis, and metabolic bone disease are all possible diagnoses in a man with back pain that is not mechanical in nature.[4]

Jon. D. Lurie, M.D.
Paul D. Gerber, M.D.
Harold C. Sox, M.D.
Dartmouth Medical School
Hanover, NH 03756

**1.** Carragee EJ. Pyogenic vertebral osteomyelitis. J Bone Joint Surg Am 1997;79:874-80.
**2.** Kent DL, Haynor DR, Larson EB, Deyo RA. Diagnosis of lumbar spinal stenosis in adults: a metaanalysis of the accuracy of CT, MR, and myelography. AJR Am J Roentgenol 1992;158:1135-44.
**3.** Colmenero JD, Jimenez-Mejias ME, Sanchez-Lora FJ, et al. Pyogenic, tuberculous, and brucellar vertebral osteomyelitis: a descriptive and comparative study of 219 cases. Ann Rheum Dis 1997;56:709-15.
**4.** Mazanec DJ. Low back pain syndromes: In: Black ER, Bordley DR, Tape TG, Panzer RJ, eds. Diagnostic strategies for common medical problems. Philadelphia: American College of Physicians, 1999:401-18.

### Ibuprofen versus Indomethacin for Closure of Patent Ductus Arteriosus

*To the Editor:* Van Overmeire et al. compared ibuprofen with indomethacin for closure of patent ductus arteriosus in premature neonates (Sept. 7 issue).[1] They found that the rates of ductal closure were similar in the two treatment groups but that indomethacin was more likely to be associated with oliguria. However, the dosage of indomethacin in this study was 0.2 mg per kilogram of body weight given intravenously at 12-hour intervals for a total of three doses.

Rennie and Cooke[2] compared a regimen of 0.2 mg per kilogram given at 12-hour intervals for a total of three doses with a regimen of 0.1 mg per kilogram given daily for a total of six doses. They reported an initial closure rate of 90 percent with the prolonged, lower-dose regimen, as compared with a rate of 77 percent for the higher-dose regimen. This 77 percent rate is similar to the closure rate reported by Van Overmeire et al. for their indomethacin group (66 percent). Relapse, or ductal reopening, occurred less frequently with the lower-dose regimen of indomethacin than with the higher-dose regimen in the study by Rennie and Cooke. Ductal reopening was not noted in either the ibuprofen group or the indomethacin group in the study by Van Overmeire and colleagues. In addition, Rennie and Cooke noted that significantly fewer infants had a rise in the serum creatinine concentration in the group receiving the lower-dose regimen.

Many neonatal units have accepted the findings of this study and use the lower-dose regimen of indomethacin to treat patent ductus arteriosus in premature neonates. On the basis of the information given, it would seem that the lower-dose regimen of indomethacin results in a higher ductal-closure rate and has less of an effect on renal function than either the higher-dose regimen of indomethacin or ibuprofen. Further information from studies comparing ibuprofen with a lower-dose regimen of indomethacin is needed, but on the basis of the available data, there seems to be little value in moving away from our current practice of using a low dose of indomethacin.

Dan Casalaz, M.B., B.S.
Mercy Hospital for Women
East Melbourne 3002, Australia

**1.** Van Overmeire B, Smets K, Lecoutere D, et al. A comparison of ibuprofen and indomethacin for closure of patent ductus arteriosus. N Engl J Med 2000;343:674-81.
**2.** Rennie JM, Cooke RW. Prolonged low dose indomethacin for persistent ductus arteriosus of prematurity. Arch Dis Child 1991;66:55-8.

The authors reply:

*To the Editor:* We thank Dr. Casalaz for his comments. Before our study began, the five participating centers routinely used the regimen of 0.2 mg per kilogram given three times, making the comparison with ibuprofen clinically relevant. We agree that the study by Rennie and Cooke[1] supports the use of the prolonged, lower-dose regimen of indomethacin because of the higher closure rates, fewer relapses, and lower incidence of renal side effects in the group of infants treated with that regimen. However, other studies have not confirmed these findings.[2,3]

In our study, the serum creatinine concentration was significantly lower from day 4 to day 8 in the ibuprofen group than in the indomethacin group, and urine output was higher in the ibuprofen group. No data on urine output were given by Rennie and Cooke.[1] In their study, relapses of patent ductus were evaluated clinically. In our study, closure of the ductus arteriosus was confirmed by high-resolution echocardiography; we did not observe any relapses after the initial closure. On the basis of the information available, we cannot conclude that the prolonged, lower-dose regimen of indomethacin is superior to ibuprofen.

Bart Van Overmeire, M.D., Ph.D.
University Hospital Antwerp
B-2650 Edegem, Belgium

Koen Smets, M.D.
Ghent University Hospital
9000 Ghent, Belgium

Jean-Paul Langhendries, M.D.
Clinique Saint Vincent
4000 Rocourt, Belgium

Downloaded from www.nejm.org by SANDY MARTIN on January 10, 2004.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine

**1.** Rennie JM, Cooke RW. Prolonged low dose indomethacin for persistent ductus arteriosus of prematurity. Arch Dis Child 1991;66:55-8.
**2.** Rhodes PG, Ferguson MG, Reddy NS, Joransen JA, Gibson J. Effects of prolonged versus acute indomethacin therapy in very low birth-weight infants with patent ductus arteriosus. Eur J Pediatr 1988;147:481-4.
**3.** Tammela O, Ojala R, Iivainen T, et al. Short versus prolonged indomethacin therapy for patent ductus arteriosus in preterm infants. J Pediatr 1999;134:552-7.

---

## Absence of Cardiac Toxicity of Zidovudine in Infants

*To the Editor:* In their article, Lipshultz and colleagues (Sept. 14 issue)[1] conclude that perinatal exposure to zidovudine does not result in echocardiographic evidence of acute or chronic cardiac abnormalities. The importance of perinatal treatment with antiretroviral agents in pregnant women who are infected with human immunodeficiency virus type 1 (HIV-1) is clear. Despite the importance of this study, the long-term effects of zidovudine on the heart in children and adults may require further exploration.

My group and others demonstrated that high-dose zidovudine caused mitochondrial cardiomyopathy in rats[2] and worsened cardiac dysfunction in adult transgenic mice with AIDS.[3] This resulted in alterations in the steady-state abundance of mitochondrial DNA, mitochondrial RNA, and mitochondrially encoded polypeptides in affected tissues and correlated with molecular evidence of cardiac remodeling.[4] Clinical data suggest that treatment with zidovudine is a risk factor for the development of cardiomyopathy in adults with AIDS.[5] Taken together, clinical and experimental data indicate that potential mechanisms for zidovudine toxicity relate to cumulative exposure to zidovudine, its resultant effects on mitochondrial biogenesis, and subsequent alterations in the energetics of the adult heart.

If zidovudine cardiac toxicity does occur in children, the mechanisms may be somewhat different from those in adults, owing to intrinsic biologic differences. The growth and differentiation of cardiac myocytes are ongoing, extensive, and rapid in children, whereas in adults these events are substantially attenuated. In the present study, the duration of exposure to zidovudine was relatively short. The median duration of postnatal zidovudine exposure was 42 days (and of exposure in utero, 66 days). These durations of exposure resemble some of those used in rats that resulted in zidovudine cardiac toxicity,[2] but do not resemble those in treated adults, in whom durations may be longer.

WILLIAM LEWIS, M.D.
Emory University
Atlanta, GA 30322

**1.** Lipshultz SE, Easley KA, Orav EJ, et al. Absence of cardiac toxicity of zidovudine in infants. N Engl J Med 2000;343:759-66.
**2.** Lewis W, Papoian T, Gonzalez B, et al. Mitochondrial ultrastructural and molecular changes induced by zidovudine in rat hearts. Lab Invest 1991;65:228-36.
**3.** Lewis W, Grupp IL, Grupp G, et al. Cardiac dysfunction occurs in the HIV-1 transgenic mouse treated with zidovudine. Lab Invest 2000;80:187-97.
**4.** Lewis W, Gonzalez B, Chomyn A, Papoian T. Zidovudine induces molecular, biochemical, and ultrastructural changes in rat skeletal muscle mitochondria. J Clin Invest 1992;89:1354-60.
**5.** Barbaro G, Di Lorenzo G, Grisorio B, Barbarini G. Incidence of dilated cardiomyopathy and detection of HIV in myocardial cells of HIV-positive patients. N Engl J Med 1998;339:1093-9.

*Dr. Lipshultz replies:*

*To the Editor:* I agree with Dr. Lewis that it would be desirable to have more information on both the length of zidovudine therapy and the cumulative dose of zidovudine, as well as an assessment of late zidovudine cardiac toxicity in long-term survivors. We acknowledged these three limitations in our article.

Although we did not report measurable zidovudine cardiac toxicity after perinatal exposure and in previous work reached a similar conclusion with respect to older HIV-infected children,[1] this does not rule out the possibility of a vulnerable subpopulation. The evidence that zidovudine can be associated with symptomatic myopathy in human skeletal muscle and in animals is powerful. The true effect of zidovudine on the development of cardiomyopathy in HIV-infected patients has been difficult to separate from the effects of increasing severity of HIV disease, a recognized confounding factor associated with cardiomyopathy.

Potentially vulnerable subpopulations at relatively high risk for zidovudine cardiotoxicity may include patients with a genetic predisposition to mitochondrial dysfunction; those with nutritional deficiencies, including deficiencies of carnitine and selenium; those receiving other medications known to affect mitochondrial function (e.g., anthracycline chemotherapy for Kaposi's sarcoma); and those with preexisting ventricular dysfunction due to advanced HIV disease or other causes. I agree with Dr. Lewis that research in this area should continue.

STEVEN E. LIPSHULTZ, M.D.
University of Rochester Medical Center
Rochester, NY 14642

**1.** Lipshultz SE, Orav EJ, Sanders SP, Hale AR, McIntosh K, Colan SD. Cardiac structure and function in children with human immunodeficiency virus infection treated with zidovudine. N Engl J Med 1992;327:1260-5.

---

## Polymorphisms in the Factor VII Gene and the Risk of Myocardial Infarction

*To the Editor:* Girelli et al. (Sept. 14 issue)[1] found that polymorphic alleles of the factor VII gene that are associated with low plasma levels of the coagulation factor confer protection against myocardial infarction in patients with coronary atherosclerosis. The authors discuss why their results differ from those of other investigators. They postulate that differences between the positive studies, all of which were carried out in Italian patients, and the negative ones, which were carried out in populations in France, Northern Ireland, and the Netherlands, might be related to the higher prevalence of the "protective" alleles in southern Europe (prevalence of the *Q* allele at position 353 associated with low factor VII levels, 14.5 percent in Spain and 15.1 percent in Italy)[2] than in northern Europe (prevalence, 8.5 percent in Norway and 11.7 percent in the Netherlands).[2] I think that two lines of evidence argue against this explanation. The most direct one is that the *Q* allele was not found to protect against myocardial infarction in an Italian study carried out in 200 patients and 200 healthy controls who were 45 years of age or younger (odds ratio, 0.95; 95 percent confidence interval, 0.64 to 1.40),[3] in spite of the fact that the prevalence of the allele among controls was

Downloaded from www.nejm.org by SANDY MARTIN on January 10, 2004.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

practically identical (16.5 percent)[3] to that found by Girelli et al. in their control population (16.2 percent).

Another, less direct piece of evidence stems from the study by de Maat et al., who found a very high prevalence of the *Q* allele (26 percent) among Indians from the state of Gujarat, a population known to have a particularly high incidence of premature coronary artery disease.[4] Therefore, it is unlikely that polymorphic alleles associated with low plasma levels of factor VII are protective only when they are more frequent in the population. I suggest that the explanation for the different results is that all the studies cited by Girelli et al. are not only heterogeneous in terms of the selection of patients and controls but also, and most important, of insufficient size. The negative results of the recent large-scale (4629 patients and 5934 controls) reevaluation[5] of the hypothesized association between myocardial infarction and the insertion–deletion polymorphism of the gene encoding the angiotensin-converting enzyme illustrate the need for much larger studies to determine the role of genetic factors in complex diseases.

PIER MANNUCCIO MANNUCCI, M.D.
Istituto di Ricovero e Cura a Carattere Scientifico
Maggiore Hospital
20122 Milan, Italy

**1.** Girelli D, Russo C, Ferraresi P, et al. Polymorphisms in the factor VII gene and the risk of myocardial infarction in patients with coronary artery disease. N Engl J Med 2000;343:774-80.
**2.** Bernardi F, Arcieri P, Bertina RM, et al. Contribution of factor VII genotype to activated FVII levels: differences in genotype frequencies between northern and southern European populations. Arterioscler Thromb Vasc Biol 1997;17:2548-53.
**3.** Ardissino D, Mannucci PM, Merlini PA, et al. Prothrombotic genetic risk factors in young survivors of myocardial infarction. Blood 1999;94:46-51.
**4.** de Maat MPM, Green F, de Knijff P, Jespersen J, Kluft C. Factor VII polymorphisms in populations with different risks of cardiovascular disease. Arterioscler Thromb Vasc Biol 1997;17:1918-23.
**5.** Keavney B, McKenzie C, Parish S, et al. Large-scale test of hypothesised associations between the angiotensin-converting-enzyme insertion/deletion polymorphism and myocardial infarction in about 5000 cases and 6000 controls. Lancet 2000;355:434-42.

The authors reply:

*To the Editor:* Our study focused on a specific question that is not uncommon in clinical practice: why does myocardial infarction not occur in some patients despite the presence of angiographically documented severe coronary atherosclerotic disease? Remarkably, our patients with coronary artery disease had a substantial burden of conventional risk factors and a mean age of 61.3±8.8 years. Thus, they could be considered representative of the general population of such patients who are usually seen in practice. The only distinction, if any, was the severity of the disease, since most of our patients had stenosis of three vessels. Ardissino et al. report data on patients who had a myocardial infarction at a very young age (mean, 40.7±4.1 years).[1] In addition, among the 171 patients for whom they reported angiographic data, 13 percent had normal coronary arteries and 46 percent had only single-vessel disease. Thus, we were not surprised by the fact that the results differed in such a highly selected population, since their patients represent the opposite end of the spectrum of patients with coronary artery disease (those who are younger and who do not have extensive coronary atherosclerosis) and in such a population, other interactions between genes or between genes and environmental factors may contribute to premature myocardial infarction. Similar reasoning could apply to the interpretation of the relatively high prevalence of the *Q* allele among Gujarati Indians, a population with distinctive ethnic and socioeconomic backgrounds. Moreover, de Maat et al.[2] examined only 93 subjects from the "general population"; they had no information about the health status of the subjects, nor did they compare their findings with those in patients with established coronary artery disease. Thus, the two lines of evidence cited by Dr. Mannucci only seemingly contradict our results, since they were derived from studies that differed completely in terms of both selection criteria and design.

DOMENICO GIRELLI, M.D., PH.D.
University of Verona
37134 Verona, Italy

FRANCESCO BERNARDI, M.S.
University of Ferrara
44100 Ferrara, Italy

ROBERTO CORROCHER, M.D.
University of Verona
37134 Verona, Italy

**1.** Ardissino D, Mannucci PM, Merlini PA, et al. Prothrombotic genetic risk factors in young survivors of myocardial infarction. Blood 1999;94:46-51.
**2.** de Maat MPM, Green F, de Knijff P, Jespersen J, Kluft C. Factor VII polymorphisms in populations with different risks of cardiovascular disease. Arterioscler Thromb Vasc Biol 1997;17:1918-23.

### Review of *Expecting Trouble: The Myth of Prenatal Care in America*

*To the Editor:* In her review of my book, *Expecting Trouble: The Myth of Prenatal Care in America* (Oct. 12 issue),[1] Dr. Klerman correctly asserts that one benefit of tocolysis is that it may delay premature delivery until corticosteroids have been administered. However, the type of tocolysis to which she refers is short-term, intravenous tocolysis (≤48 hours). In my book, however, I explicitly refer to the ineffectiveness of long-term, oral tocolysis (which is initiated after intravenous tocolysis has halted preterm uterine contractions and the corticosteroids have exerted their full effect on the fetus).

Contrary to the reviewer's statement, I do speak to the issue of how prenatal care is isolated from (and venerated above) other aspects of women's health, sometimes to the detriment of pregnancy outcomes. Indeed, this is the whole point of the section of my book entitled "The Primary Care Scam."

THOMAS H. STRONG, JR., M.D.
Phoenix Perinatal Associates
Phoenix, AZ 85006-2768

**1.** Klerman LV. Review of: *Expecting trouble: the myth of prenatal care in America*. N Engl J Med 2000;343:1126.

Dr. Klerman replies:

*To the Editor:* I regret that some of the comments in my review may have been misinterpreted. Dr. Strong correctly

Downloaded from www.nejm.org by SANDY MARTIN on January 10, 2004.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

notes that his statements about the ineffectiveness of tocolytic drugs refer to their oral administration after intravenous use has halted preterm contractions. I believe, however, that Dr. Strong should have mentioned the potential value of intravenous tocolysis in connection with corticosteroids, because the difference between these two applications of the same drugs might not be known to most of the pregnant women who read this book.

With regard to care for women's health when they are not pregnant, my only suggestion is that Dr. Strong should have discussed the possible value of care during periods before conception and between conceptions. Again, professionals might understand that such care is referred to in "The Primary Care Scam" section where Dr. Strong states that "non-pregnant women are nearly invisible to prenatal researchers and policymakers." But this section, largely devoted to reasons why obstetrics should not be considered a primary care specialty, might not make women who are planning a pregnancy realize that they could benefit from the advice of an obstetrician, nurse midwife, or primary care physician before becoming pregnant. Such advice could be particularly important for women who have had medical complications or a miscarriage during a prior pregnancy or have delivered an infant with health problems.

I hope that my few suggestions for additions that might have strengthened this book will not deter professionals, policymakers, and the public from reading this thought-provoking book.

LORRAINE V. KLERMAN, DR.P.H.<br>University of Alabama at Birmingham<br>Birmingham, AL 35294

### Depression and Suicide in Patients Treated with Isotretinoin

*To the Editor:* Between 1982 and May 2000, the Food and Drug Administration (FDA) received reports of 431 cases of depression, suicidal ideation, suicide attempts, or suicide in U.S. patients treated with isotretinoin (Accutane, Hoffmann–LaRoche), which is indicated for the treatment of severe nodular acne. There were 37 patients who committed suicide, 24 of them while using isotretinoin and 13 after ceasing to use it. Of these patients, 31 (84 percent) were male, and their median age was 17 years (range, 13 to 32). Among those still using the drug at the time of the suicide, the median duration of use was 3 months; for those who had stopped using it, the median interval between stopping the drug and committing suicide was 2.5 months. A history of psychiatric illness was reported for 8 of the 37 patients (22 percent). The median peak dose was 1.0 mg per kilogram of body weight per day (recommended range, 0.5 to 2.0 mg per kilogram per day).

For the same period, the FDA analyzed reports of 110 U.S. patients who were hospitalized for depression, suicidal ideation, or suicide attempts while using isotretinoin (85 patients) or after stopping its use (25 patients). Of the 110, 62 (56 percent) were female and their median age was 17 years (range, 12 to 47). The median duration of use of the drug before hospitalization was one month; for those who had stopped using it, the median interval between stopping use and hospitalization was three months. A history of psychiatric illness was reported for 48 of these patients (44 percent). The median peak dose was 1.1 mg per kilogram per day. In many patients, there was improvement after discontinuation of the drug and psychiatric treatment, but others had persistent depression after the drug was discontinued. Four patients were rechallenged with isotretinoin; symptoms developed again in one, and the other three were able to continue using the drug at a reduced dose, while abstaining from alcohol, or while continuing to take an antidepressant. There were an additional 284 reports of patients with depression who were not hospitalized, of whom 149 (52 percent) had accompanying physical side effects. Of these patients, 24 were rechallenged with isotretinoin, with return of depression.

Although the number of suicides reported among users of isotretinoin does not exceed the number that would be predicted on the basis of the suicide rate in the United States[1] and the estimated number of patients exposed to the drug,[2] isotretinoin ranks among the top 10 drugs in the FDA's data base in terms of the number of reports of depression and suicide attempts among its users. Possible explanations for the high number of such reports are better reporting than with other drugs and a relation between severe acne and depression.

A warning concerning depression and suicide was added to the labeling of isotretinoin in 1998; however, the FDA's Dermatologic and Ophthalmic Drugs Advisory Committee recently advised that more information be made available concerning these adverse events. Physicians should request that patients and their parents report promptly any changes in behavior that might be symptomatic of depression, so that patients may be evaluated for appropriate treatment.

(The views expressed in this letter are those of the authors and do not necessarily represent the official position of the FDA.)

DIANE K. WYSOWSKI, PH.D.<br>MARILYN PITTS, PHARM.D.<br>JULIE BEITZ, M.D.<br>Food and Drug Administration<br>Rockville, MD 20857

**1.** Hoyert DL, Kochanek KD, Murphy SL. Deaths: final data for 1997. Nat Vital Stat Rep 1999;47:1-104.
**2.** Nelson R. Pharmacoepidemiologic analysis of Accutane-associated psychiatric events. Presentation for Hoffmann–LaRoche at the FDA's Dermatologic and Ophthalmic Drugs Advisory Committee meeting, Gaithersburg, Md., September 19, 2000.

### Obtaining Informed Consent in Bangladesh

*To the Editor:* Informed consent is essential for research involving human subjects. However, little is known about whether researchers manage to communicate to potential study participants the required information as outlined in the Helsinki Declaration.[1] The potential participants in a developing country may be illiterate and may have limited experience with medical care and research. The researchers' communication skills are particularly important in such situations.[2] Only a few empirical studies have addressed this issue.[3]

We studied informed consent among pregnant women participating in a community-based study of iron supple-

Downloaded from www.nejm.org by SANDY MARTIN on January 10, 2004.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.

**CORRESPONDENCE**

TABLE 1. RATES OF POSITIVE RESPONSES TO QUESTIONS RELATED TO THE COMPREHENSIBILITY AND ADEQUACY OF INFORMATION GIVEN TO 105 POTENTIAL STUDY PARTICIPANTS IN BANGLADESH.

| QUESTION | % RESPONDING YES |
|---|---|
| Were you informed about the objectives of the research? | 94 |
| Did you know that you were free to abstain from participating? | 65 |
| Did you know that after giving consent you were free to withdraw from participation at any point in time? | 48 |
| Did you get the impression that participation was only part of routine health care? | 53 |
| Did you get the impression that participation might mean such great advantages that it was difficult to say no? | 87 |

mentation. The study was conducted in rural Bangladesh in 1998 and involved 105 women. Informed consent was obtained after the study had been explained in detail to the women during their first visit to an antenatal care center. Field assistants unaffiliated with the study of iron supplementation collected the data regarding informed consent, using a structured questionnaire. About two thirds of the study women were illiterate, and three fourths were from households with insufficient land for subsistence farming.

The information we elicited on the adequacy of informed consent varied. Although most women were informed about the objectives of the study, many of them did not understand that they were free to decline to participate (Table 1). Even fewer women understood that they might choose to leave the study. About half believed that participation was part of ordinary, routine health care. Eighty-seven percent indicated that they participated because they believed that doing so might carry such great advantages, primarily in terms of medical treatment for themselves or improved health for their babies, that it was difficult to say no.

These results are discouraging. The problem is not limited to developing countries, however; there have been similar experiences in Sweden, for example. Of 42 Swedish women participating in a gynecologic clinical trial, 17 did not know that they were free to withdraw from participation, and 4 women got the impression that a surgical diagnostic procedure, performed only for the purposes of research, was part of routine care.[4] But in settings with limited health care facilities, the reality may be that participation in medical research offers an opportunity to have access to services that are not otherwise readily available. The vulnerability of potential research subjects demands that researchers take seriously their responsibility to ensure the rights of the participants.

NIELS LYNÖE, M.D., PH.D.
ZIAUDDIN HYDER, M.B., B.S.
Umeå University
901 87 Umeå, Sweden

MUSTAQUE CHOWDHURY, PH.D.
Bangladesh Rural Advancement Committee
1212 Dhaka, Bangladesh

LOTTA EKSTRÖM, PH.D.
Umeå University
901 87 Umeå, Sweden

**1.** International ethical guidelines for biomedical research involving human subjects. Geneva: Council for International Organizations of Medical Sciences, 1993.
**2.** Angell M. Investigators' responsibilities for human subjects in developing countries. N Engl J Med 2000;342:967-9.
**3.** Préziosi M-P, Yam A, Ndiaye M, Simaga A, Simondon F. Practical experiences in obtaining informed consent for a vaccine trial in rural Africa. N Engl J Med 1997;336:370-3.
**4.** Lynöe N, Sandlund M, Dahlqvist G, Jacobsson L. Informed consent: study of quality of information given to participants in a clinical trial. BMJ 1991;303:610-3.

Correspondence Copyright © 2001 Massachusetts Medical Society.

---

FULL TEXT OF ALL *JOURNAL* ARTICLES ON THE WORLD WIDE WEB

Access to the complete text of the *Journal* on the Internet is free to all subscribers. To use this Web site, subscribers should go to the *Journal*'s home page (www.nejm.org) and register by entering their names and subscriber numbers as they appear on their mailing labels. After this one-time registration, subscribers can use their passwords to log on for electronic access to the entire *Journal* from any computer that is connected to the Internet. Features include a library of all issues since January 1993, a full-text search capacity, a personal archive for saving articles and search results of interest, and free software for downloading articles so they can be printed in a format that is virtually identical to that of the typeset pages.

Downloaded from www.nejm.org by SANDY MARTIN on January 10, 2004.
Copyright © 2001 Massachusetts Medical Society. All rights reserved.