# EXHIBIT I

Accumulative Accutane Exposed Pregnancy Reports by Outcome and Year of Therapy in the US – From Roche Periodic Safety Reports – From 1982 to Stated Date

| | As of June 30, 2001 | As of Dec 31, 2001 | As of Mar 31, 2002 | As of Jun 30, 2002 |
|---|---|---|---|---|
| Total Babies Exposed[1] (Difference) | 2,181 | 2,261 (+80) | 2,258 (-3) | 2,350 (+92) |
| Elective Abortion | 1,310 | 1,349 | 1,349 | 1,399 |
| Spontaneous Abortion | 242 | 252 | 253 | 260 |
| Babies Born[2] Normal | 192 | 195 | 194 | 196 |
| Babies Born with Defects[3] | 166 | 167 | 168 | 172 |
| Continuing Pregnancy | | | 4 | 6 |

Follow-up information may result in a decrease in a particular number when compared to the prior quarter's number. Factors found on follow-up that can result in the re-classification of a case include:

- Duplication
- False pregnancy test
- Patient did not actually take Accutane® during pregnancy.

---

[1] column of the Table entitled "Pregnancy Reports by Outcome and Year of Therapy in the US"

[2] by column of the Table entitled "Pregnancy Reports by Outcome and Year of Therapy in the US"

[3] mation column of the Table entitled "Pregnancy Reports by Outcome and Year of Therapy in the US"    babies born with a