**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**IN RE:**                                              **MDL #1626**

**ACCUTANE PRODUCTS LIABILITY**        **Case No: 8:04-md-2523-T-30TBM**

_____/

**O R D E R**

THIS CAUSE is before the court on the request of Plaintiff's counsel for permission to bring laptop computers and cell phones into the Sam M. Gibbons United States Courthouse pursuant to Local Rule 4.11(b). The motion is hereby **GRANTED** as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring in Devices: | Mike Ryan, Paul Smith, Keith Altman, & Tim O'Brien |
| Type of Device(s): | Dell Inspiron 100 and Toshiba laptop computers w/power cords; Ethernet wire, phone cards, air cards, mouse; cable interface for external harddrives; external harddrives; Treo 600 cell phone; Verizon Motorola cell phone; Samsung pocket PDA; Motorola Razr cell phone; and Blackberry REM. |
| Location Device(s) Allowed: | Courtroom 12B |
| Dates: | July 6, 2005 |

Cell phones shall be kept in the "vibrate" or "silent"mode and may be used only outside the courtroom.

The person(s) authorized by this Order shall present copy of this Order to security personnel each time that person(s) enter(s) the courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized person to present picture

identification at the time of entry.  The equipment described above is subject to inspection at any time by courthouse security personnel.

**Done and Ordered** at Tampa, Florida, this 5th day of July 2005.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
U.S. Marshal
Court Security Officers