**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:

ACCUTANE PRODUCTS
LIABILITY LITIGATION,

_____/

Case No. 8:04-md-2523-T-30TBM
MDL 1626 - ALL CASES

**O R D E R**

THIS MATTER is before the court on the U.S. Defendants' **Emergency Motion for Protective Order** (Doc. 133), Plaintiffs' response (Doc. 134), the **Swiss Defendants' Motion to Quash Plaintiffs' Notice of Taking Video Deposition and for Protective Order** (Doc. 135), and Plaintiffs' response (Doc. 137).[1]  A hearing was conducted on November 10, 2005.

Defendants seek an Order preventing Plaintiffs from conducting two corporate representative depositions regarding the Roche Global Imaging Initiative as it relates to central nervous system programs at Roche.  The depositions were scheduled to commence on October 17, 2005.  This court granted the motions in part on October 14, 2005, by staying the depositions.  The court also instructed defense counsel to be prepared to advise the court at the next status conference of the particular of the "Global Imaging Initiative" and the logistics of any such discovery as might be ordered on the matter.  Since entry of that Order, the PSC has filed a transcript of the deposition of Robert Lew, PhD., a Roche Palo Alto employee deposed October 26, 2005, and the court has reviewed it in its entirety.  Given the witness's

---

[1] This court previously granted in part the Defendants' motions (Docs. 133, 135) by staying the Rule 30(b)(6) depositions noticed therein.  See (Doc. 138).  The merits of these requests are now before the court.

description of the work of the Roche global imaging committee and the stage and purpose of this initiative, the court, at present, finds no sufficient basis to permit further Rule 30(b)(6) depositions on this matter in the face of Defendants' objections.[2] Accordingly, the U.S. Defendants' **Emergency Motion for Protective Order** (Doc. 133) and the **Swiss Defendants' Motion to Quash Plaintiffs' Notice of Taking Video Deposition and for Protective Order** are GRANTED.

**Done and Ordered** in Tampa, Florida, this 10th day of November 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

---

[2] At the hearing, PSC counsel claimed to have documents in which the 5HT6 receptor, discussed by Dr. Lew, is mentioned in connection with Accutane; however, such documents are not before the court and the instant subpoenas do not appear calculated to lead to evidence relevant to a claim or defense in this litigation. Absent a showing of the relevance of the current initiative to the issues in this case, the court is not inclined to require the Roche Defendants to produce a corporate representative. As indicated at the hearing, if the PSC wishes to pursue the matter further, its follow-up motion shall set forth with particularity the matters it believes make additional inquiry regarding the application of such technology as may be derived from the imaging initiative relevant to the claims and defenses in these cases.