**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**  Case No. 8:04-md-2523-T-30TBM
**ACCUTANE PRODUCTS**  MDL 1626 - ALL CASES
**LIABILITY LITIGATION,**
_____/

**O R D E R**

THIS MATTER is before the court on **Plaintiffs' Motion to Remove Confidentiality of Dosing Documents** (under seal at S-3), the U.S. Defendants' response in opposition (Doc. 173), and the Swiss Defendants' joinder in that opposition (Doc. 174).  By their motion, Plaintiffs seek an Order permitting them to release into the public realm certain documents related to what they allege is the wilful and knowing excessive dosing of isotretinoin by the Defendants.[1] The Defendants urge denial of the motion on grounds that Plaintiffs fail to demonstrate good cause to lift the protective order governing these matters, the motion is merely a rehash of an earlier motion denied by the court, and given that the matters were known to the FDA, Plaintiffs seek this order solely that they may argue their case in the press. A hearing on this matter was conducted on December 2, 2005.

---

[1] The appended documents all relate in some manner to dosing of isotretinoin and include public documents from the U.S. Patent and Trademark Office; a license agreement under a patent between Hoffmann-La Roche, Inc., and the U.S. Department of Commerce; apparently confidential communications between Hoffmann-La Roche and the Center for Drug Evaluation and Research of the FDA; and an Executive Summary on a 2000 new drug application involving a potential new formulation and label excerpts, as well as internal documents of the Defendants including a 1999 e-mail chain and power point slides with potential marketing messages for a new formulation.  By the Plaintiffs' argument, the documents further establish their contention that Accutane is a harmful and dangerous product and the public has not been adequately advised of its dangers by Defendants or the FDA.

Upon consideration, the motion (S-3) is DENIED. The motion is not far different than the one previously denied by the court and the concerns underlying that denial still pertain. Given the present stage of the proceedings, the court is unwilling to draw the conclusions Plaintiffs urge in support of release of these documents. Further, many of the documents at issue are already in the public domain, as is the matter of variations in the dosing of isotretinoin ,and the FDA has confronted the level of dosing recommended by the Defendants. The public dissemination by Plaintiffs' counsel of the few documents submitted that are not already before the public would likely be counterproductive at this point in the proceedings. Defendants' request for fees and costs of defending the motion is denied.

**Done and Ordered** in Tampa, Florida, this 5th day of December 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record