UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                                  MDL NO.:     1626 ALL CASES

ACCUTANE PRODUCTS LIABILITY                           CASE NO.:8:04-MD-2523-T-30TBM
LITIGATION
_____/

**MOTION FOR ENTRY OF ORDER ADOPTING AGREED PLAINTIFFS' FACT SHEET**

Defendants, Hoffmann-La Roche Inc. and Roche Laboratories Inc. (the "U.S. Roche Defendants") by and through undersigned counsel, hereby file this Motion for Entry of Order Adopting Agreed Plaintiffs' Fact Sheet, and state as follows:

1. Consistent with the parties' intent to conduct efficient discovery in these MDL proceedings and Section VI of this Court's July 8, 2005 Amended Report and Recommendation, the parties have agreed to the Plaintiffs' Fact Sheet package attached hereto as Composite Exhibit A. An identical Plaintiffs' Fact Sheet package was agreed to by the parties and its use was ordered, or, if not entered, is being ordered by the Superior Court of New Jersey presiding over the Atlantic County State Court Accutane litigation. The Fact Sheet package includes the actual Plaintiffs' Fact Sheet, authorizations for release of medical records, psychiatric records and psychotherapy notes, a confidential fact sheet and list of topics for electronic documents for discovery from Plaintiffs' computers for Plaintiffs' alleging psychiatric and systemic injuries.

2. The parties have also agreed that the Plaintiffs' Fact Sheet should only apply to the nine IBD/systemic injury track cases identified in the attached Exhibit B and to all other cases filed or removed to this MDL, whether psychiatric or IBD/systemic track cases, subsequent to the date of the Court's entry of the proposed Order attached hereto as Exhibit C.

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171

506119v1

3. The parties also stipulate and agree that the Plaintiffs' Fact Sheet does not count against the total number of interrogatories allowed the Defendants pursuant to this Court's July 8, 2005 Amended Report and Recommendation.

WHEREFORE, the U.S. Roche Defendants respectfully request that this Court enter the attached proposed Order adopting the agreed Plaintiffs' Fact Sheet package.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

I further certify that I mailed the foregoing document and the notice of electronic filing to the attorneys listed on the service list below.

```
                                    s/ Rafael Cruz-Alvarez
                                    Edward A. Moss
                                    Florida Bar No. 057016
                                    emoss@shb.com
                                    Rafael Cruz-Alvarez
                                    Florida Bar No. 989861
                                    ralvarez@shb.com
                                    SHOOK, HARDY & BACON L.L.P
                                    Miami Center, Suite 2400
                                    201 South Biscayne Boulevard
                                    Miami, Florida 33131-4332
                                    Phone:  305-358-5171
                                    Fax:    305-358-7470
```

Mary M. Sullivan
Colleen M. Hennessey
Michael J. Griffin
mmsullivan@peabodyarnold.com
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
Phone: 617-951-2100
Fax:    617-951-2125

Michael X. Imbroscio
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, D.C. 20004-2401
PH:  202-662-6000
FX:  202-662-6291

**ATTORNEYS FOR DEFENDANTS**

**SERVICE LIST**

| | |
|---|---|
| James Keller, Esq. | Cori Suzanne Parobek |
| Keller & Keller | Kirkland & Ellis LLP |
| 2850 N. Merician St. | 200 E. Randolph Dr. Suite 6100 |
| Indianapolis, IN 46208 | Chicago, IL 60606 |

Jill Vinjamuri Gettman, Esq.
Gettman & Mills L.L.P.
10250 Regency Circle
Ste. 200
Omaha, NE 68114

3

LAW OFFICES
SHOOK, HARDY & BACON
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171