UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:   MDL NO.:   1626 ALL CASES

ACCUTANE PRODUCTS LIABILITY   CASE NO.:8:04-MD-2523-T-30TBM
LITIGATION

_____/

**ORDER ADOPTING AGREED PLAINTIFFS' FACT SHEET**

This matter having come before the Court pursuant to Hoffmann-La Roche Inc.'s and Roche Laboratories Inc.'s (the "U.S. Roche Defendants") Motion for Entry of Order Adopting Agreed Plaintiffs' Fact Sheet, and the Court having been otherwise duly advised in the premises, it is

ORDER AND ADJUDGED as follows:

1. The agreed Plaintiffs' Fact Sheet package, attached as Composite Exhibit A to the U.S. Roche Defendants' Motion, is hereby ADOPTED.

2. The Plaintiffs' Fact Sheet does not count against the total number of interrogatories allowed the Defendants pursuant to this Court's July 8, 2005 Amended Report and Recommendation.

3. The agreed Plaintiffs' Fact Sheet will apply to the nine IBD/systemic injury track cases identified as Composite B to the U.S. Roche Defendants' Motion, as well as to all other cases filed or removed to this MDL subsequent to the date of this Order.

4. The plaintiffs in the nine IBD/systemic injury track cases identified in Exhibit B to the U.S. Roche Defendants' Motion shall have thirty (30) days as of the date of this Order to provide answers to Plaintiffs' Fact Sheet, together with the executed verification and records release authorizations and any responsive documents and/or things as requested therein.

5. All other cases filed or removed to this MDL subsequent to the date of this Order shall provide answers to the Plaintiffs' Fact Sheet, together with the executed verification and records release authorizations and any responsive documents and/or things as requested therein, within sixty (60) days of the U.S. Roche Defendants filing their answer or other responsive pleadings.

6. The Plaintiffs shall produce photographs, pursuant to the Lists of Topics For Electronic Documents For Discovery From Plaintiffs' Computers For Plaintiffs' Alleging Psychiatric and for Plaintiffs' Alleging Systemic Injuries for the period beginning one year prior to Plaintiffs' first or only prescription of Accutane® and ending two years after diagnosis of Plaintiffs' alleged injuries.

7. Should a particular plaintiff have any problems or concerns regarding the production of documents pursuant to the Lists of Topics For Electronic Documents For Discovery From Plaintiffs' Computers For Plaintiffs' Alleging Psychiatric and for Plaintiffs' Alleging Systemic Injuries, that plaintiff shall provide a transmittal letter that identifies with specificity the documents or information withheld, along with service of the completed Fact Sheet and electronic production. Thereafter, within fifteen days, Plaintiffs shall meet and confer with Defendants regarding those specifically identified concerns. If an agreement cannot be reached regarding the scope of the production, Plaintiffs must either produce the withheld material or file a Motion for Protective Order no later than fifteen days after the meet and confer.

DONE AND ORDERED in Chambers this __2__ day of __February__ 2006.

_____
THE HON. THOMAS B. McCOUN, III