**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**IN RE:**

**ACCUTANE PRODUCTS
LIABILITY LITIGATION,**

_____/

**Case No. 8:04-md-2523-T-30TBM
MDL 1626 - ALL CASES**

**O R D E R**

THIS MATTER is before the court for hearing on April 20, 2006, on motions pending in this MDL:

(1) **PSC's Motion to Compel Better Answers to Supplemental Interrogatories Dated December 21, 2005** (Doc. 231) and the Swiss Defendants' response (Doc. 235);

(2) **Plaintiffs' Motion to Compel Better Responses from Defendants to Plaintiffs' Request for Production** (Doc. 232) and the Swiss Defendants' response (Doc. 236) and corrected response (Doc. 265);

(3) **PSC's Motion for Entry of Order on Vitamin A Discovery** (Doc. 233) and the Swiss Defendants' response (Doc. 239);

(4) **Plaintiffs' Motion to Compel Better Responses from Domestic Defendants to Plaintiffs' Request for Production Related to Literature** (Doc. 241) and the U.S. Defendants' response (Doc. 259); and

(5) **Plaintiffs' Motion to Compel Better Responses from Swiss Defendants to Plaintiffs' Request for Production Related to Literature** (Doc. 242) and the Swiss Defendants' response (Doc. 260).[1]

A hearing on these and other motions was conducted on April 20, 2006. Regarding the **PSC's Motion to Compel Better Answers to Supplemental Interrogatories Dated**

---

[1] By their response (Doc. 260), the Swiss Defendants adopt the response filed by the U.S. Defendants (Doc. 259).

**December 21, 2005** (Doc. 231), and **Plaintiff's Motion to Compel Better Responses from Defendants to Plaintiffs' Request for Production** (Doc. 232), Plaintiffs seek additional discovery from the Swiss Defendants related to Accutane litigation conducted in foreign countries and production of documents produced in such litigation.  While the Defendants have responded in part to the interrogatories, they object generally to both the interrogatories and the request to produce on grounds of overbreadth, burdensomeness, repetitive discovery, and inappropriate scope.

Upon consideration, the **PSC's Motion to Compel Better Answers to Supplemental Interrogatories Dated December 21, 2005** (Doc. 231) is **GRANTED** in part.  The Swiss Defendants shall again supplement their responses by more completely responding to the sub-parts set forth in the interrogatories.  To the extent that they are unable to do so after a reasonably diligent effort, they should so state.  Regarding **Plaintiffs' Motion to Compel Better Responses from Defendants to Plaintiffs' Request for Production** (Doc. 232), the court sustains, at present, the objections made by the Swiss Defendants in their pleadings and at arguments.  The motion (Doc. 232) **DENIED** without prejudice.[2]

By the **PSC's Motion for Entry of Order on Vitamin A Discovery** (Doc. 233), the PSC seeks an Order from this court adopting an order previously entered February 16, 2006, by the Honorable Carol E. Higbee, of the Superior Court of New Jersey.  According to the pleadings, the order was the product of considerable negotiation with the U.S. Defendants and

---

[2]I foresee little prejudice to the Plaintiffs in this regard given the production that has recently been completed by the Swiss Defendants.  Given the production that has been made, it appears more appropriate to place the burden on the Plaintiffs to seek out the documents produced in the foreign litigation than it is to require the Swiss Defendants to retread this ground with their foreign affiliates.

2

related to their obligation to produce certain matters related to Vitamin A. <u>See</u> (Doc. 239, Ex. A). The Swiss Defendants, who were not parties to the litigation at the time Judge Higbee entered her order, oppose the extension of that order to them in this litigation. As more thoroughly addressed at the hearing, the motion (Doc. 233) is **GRANTED** as it relates to the U.S. Defendants. The motion is **DENIED** without prejudice as the matter may relate to the Swiss Defendants.

With respect to **Plaintiffs' Motion to Compel Better Responses from Domestic Defendants to Plaintiffs' Request for Production Related to Literature** (Doc. 241) and **Plaintiffs' Motion to Compel Better Responses from Swiss Defendants to Plaintiffs' Request for Production Related to Literature** (Doc. 242), the motions are **DENIED** without prejudice. By the Defendants' response, they indicate that a production responsive to these requests will be made on or before April 30, 2006. This proposal appears acceptable to the Plaintiffs, and the court need not address the matter further at the present time.

**Done and Ordered** in Tampa, Florida, this 28th day of April 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record