UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                      Case No. 8:04-md-2523-T-30TBM
                                                            MDL 1626 - ALL CASES
ACCUTANE PRODUCTS
LIABILITY LITIGATION,
_____/

**O R D E R**

THIS MATTER is before the court on the parties' **Joint Motion for Adoption of New Scheduling Track for Recently Filed Cases** (Doc. 291). By their motion, the parties request that the court create a third scheduling track to account for late-filed cases and certain cases from Louisiana and Mississippi in which there appear extraordinary circumstances. The parties identify at least thirteen cases thus far that would be appropriate for this track. All but one are IBD/systemic injury cases:

--   three IBD/systemic injury cases that have been filed recently and transferred to this MDL: Wright v. Hoffmann-La Roche, Inc., Case No. CV-06-5039-LRS, Eastern District of Washington; Elam v. Hoffmann-La Roche, Inc., Case No. CIV-06-551, Western District of Oklahoma; and Estright v. Hoffmann-La Roche, Inc., Case No. 06-2204, Eastern District of Pennsylvania;[1]

--   a recently filed IBD/systemic injury case that this court received on June 7, 2006, approximately one month after the adoption of the current scheduling order, Pecher v. Hoffman-La Roche, Inc., Case No. 8:06-cv-1063-30TBM;

--   five Louisiana IBD/systemic injury cases that have encountered difficulties due to Hurricane Katrina, Perronne v. Hoffman-La Roche, Inc., Case No. 8:04-cv-2766; St. Pierre v. Hoffman-La Roche, Inc., Case No. 8:04-cv-2767-T-30TBM; Baril v. Hoffman-La Roche, Inc., Case No. 8:04-cv-2768-T-30TBM; Palmer v.

---

[1] The Clerk has requested these files from their respective courts, however, the files have not yet been received. See (Docs. 294-96).

        Hoffmann-La Roche, Inc., Case No. 8:04-cv-2769-T-30TBM; and Newman v. Hoffmann-La Roche, Inc., Case No. 8:05-cv-1562-T-30TBM;

--    three Mississippi IBD/systemic injury cases that have encountered difficulties due to Hurricane Katrina, Wade v. Hoffman-La roche, Inc., Case No. 8:05-cv-350-T-30TBM; Leisner v. Hoffman-La Roche, Inc., Case No. 8:05-cv-356-T-30TBM; and Temple v. Hoffman-La Roche, Inc., Case No. 8:05-cv-370-T-30TBM; and

--    one psychiatric track case that was transferred to this MDL on August 17, 2006, Moseley v. Hoffmann-La Roche, Inc., Case No. 8:05-cv-1526-T-30TBM.

For these cases and any that follow, the parties propose a fact discovery deadline of April 23, 2007; Plaintiff's expert disclosure due May 7, 2007; Defendants' expert disclosure due June 7, 2007; an expert discovery deadline of July 6, 2007, and a *Daubert* motions deadline of July 20, 2007. A conference on this and other matters was conducted on July 28, 2006.

Upon consideration, the parties' **Joint Motion for Adoption of New Scheduling Track for Recently Filed Cases** (Doc. 291) is **GRANTED and So Ordered.** Apart from problems that may develop in individual cases concerning discovery, which will be addressed on an individual basis, these deadlines shall not be extended except upon a showing of extraordinary circumstances. Hearings on the Daubert motions and the pretrial conference and trial dates shall be scheduled by separate order of the district judge.

**Done and Ordered** in Tampa, Florida, this 17th day of August 2006.

                                                            THOMAS B. McCOUN III
                                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record