UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ACCUTANE PRODUCTS
LIABILITY LITIGATION,
_____/

Case No. 8:04-md-2523-T-30TBM
MDL 1626 - ALL CASES

**O R D E R**

THIS MATTER is before the court on the PSC's **Emergency Motion for Relief from Case Management Order Provision on Expert Depositions** (Doc. 329). By its motion, the PSC seeks an Order granting it relief from paragraph VII.M. of the Case Management Order embodied in the Report and Recommendation dated July 8, 2005, see (Doc. 82), which directs the parties to make their expert witnesses available for deposition within thirty (30) days of submission of the expert's reports.[1] Specifically, the PSC requests that Plaintiffs' experts not be deposed until after the Defendants make their expert disclosures. The PSC urges this would be the most efficient and equitable manner in which to conduct expert depositions as it would eliminate the need for supplemental or rebuttal opinions and depositions. Defendants vehemently oppose the relief sought by the PSC. As grounds, they urge that the PSC has waived the right to challenge that particular provision of the Case Management Order and amendment at this time is not justified. Additionally, in light of the timing of the PSC's

---

[1] At present, the pertinent deadlines in the psychiatric track cases include Plaintiffs' expert disclosures 9/29/06, Defendants' expert disclosures 10/27/06, expert discovery closes 11/30/06, and *Daubert* motions due 12/2/06. See (Doc. 275). The pertinent deadlines in the IBD track cases include Plaintiffs' expert disclosures 11/6/06, Defendants' expert disclosures 12/4/06, expert discovery closes 1/22/07, and *Daubert* motions due 2/5/07. See id.

motion, Defendants request an extension of their expert reporting obligations to that of November 13, 2006.  (Doc. 330).

Upon consideration, the PSC's **Emergency Motion for Relief from Case Management Order Provision on Expert Depositions** (Doc. 329) is **GRANTED** to the extent that Plaintiffs need not produce their experts for deposition until they have received Defendants' expert disclosures.  Defendants' request to extend their expert reporting obligations to that of November 13, 2006, is denied.  Absent a showing of extraordinary circumstances, no extensions of time within which to complete expert discovery will be granted.

**Done and Ordered** in Tampa, Florida, this 12th day of October 2005

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record

2