# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

ACCUTANE PRODUCTS
LIABILITY LITIGATION,

Case No. 8:04-md-2523-T-30TBM
MDL 1626 - ALL CASES

_____/

## **O R D E R**

THIS MATTER is before the court on **Hoffmann-La Roche Inc.'s and Roche Laboratories Inc.'s Motion to Strike the Errata Sheet to the Deposition of Dr. Fogel** (Doc. 387) and Plaintiffs' response in opposition (Doc. 392).  A telephonic hearing on this and other matters was conducted on March 29, 2007.

By their motion (Doc. 387), Defendants seek an Order striking the errata sheet submitted by Dr. Ronald Fogel, Plaintiffs' general causation expert in the IBD track cases.[1] As grounds, Defendants assert that the supplemental testimony contained in the errata sheet materially changes the doctor's sworn deposition testimony in violation of Rule 30(e) and persuasive authority.  If Dr. Fogel's errata sheet is not stricken, Defendants request that they be permitted to re-depose the doctor at Plaintiffs' expense.  (Doc. 387).  In response, Plaintiffs urge the court to deny the motion, arguing that Dr. Fogel's errata sheet is consistent with his sworn testimony and written report.  According to Plaintiffs, the changes simply clarify and better explain Dr. Fogel's deposition responses consistent with Rule 30.  To this end,

---

[1] Dr. Fogel was also disclosed as a specific causation expert in <u>Rand v. Hoffmann-La Roche, et al.</u>, and <u>McClain v. Hoffmann-La Roche, et al.</u>. (Doc. 392 at n.1).

Plaintiffs noted that the errata sheet "provides changes to answers on a mere five pages of the 286 page transcript." (Doc. 392 at 2).

Rule 30(e) permits a deponent to modify or make corrections to a deposition for form or substance. Fed. R. Civ. P. 30(e). The Eleventh Circuit has not squarely addressed the scope of permissible substantive corrections to a deposition under Rule 30(e). However, it appears that the law of this Circuit adopts a more narrow approach of Rule 30(e), i.e., prohibiting corrections on errata sheets that alter the substance of the deponent's testimony. See Amlong & Amlong, P.A. v. Denny's, Inc., 457 F.3d 1180, 1220-21 (11th Cir. 2006) (Hill, J., dissenting); Reynolds v. Int'l Business Machines Corp., 320 F. Supp. 2d 1290, 1300-01 (M.D. Fla.), aff'd, 125 Fed. Appx. 982 (11th Cir. 2004).

Upon application of this standard and consideration of the written pleadings, including the errata sheet, and arguments made at the hearing, **Hoffmann-La Roche Inc.'s and Roche Laboratories Inc.'s Motion to Strike the Errata Sheet to the Deposition of Dr. Fogel** (Doc. 387) is **GRANTED** as to the changes made to the witness's deposition testimony at pages 172, lines 5-9; page 246, lines 5-7; page 248, lines 21-22; and page 251, lines 3-22. In all other aspects, the motion is denied.

**Done and Ordered** in Tampa, Florida, this 10th day of April 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record