**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  Case No. 8:04-md-2523-T-30TBM
 MDL 1626 - ALL CASES
ACCUTANE PRODUCTS
LIABILITY LITIGATION,
_____/

**O R D E R**

THIS MATTER is before the court on the parties' **Joint Motion to Extend Deadlines for Recently Transferred Cases and to Create Rolling Deadlines** (Doc. 391). A telephonic hearing on this and other matters was conducted on March 29, 2007.

By the joint motion (Doc. 391), the parties seek an Order extending the case management deadlines for three recently filed and transferred IBD cases, Seymour v. Hoffmann-La Roche, Inc., et al., Case No. 8:06-cv-1989-T-30TBM; Adkins v. Hoffmann-La Roche Inc., et al., Case No. 8:06-cv-2296-T-30TBM; and Hudson v. Hoffmann-La Roche, Inc., et al., 8:07-cv-59-T-30TBM. The parties propose that the court extend the current deadlines as follows:[1]

| | |
|---|---|
| Completion of fact discovery: | 09/24/07 |
| Plaintiffs' expert disclosure : | 10/24/07 |
| Defendants' expert disclosure: | 11/23/07 |
| Expert discovery deadline: | 01/22/08 |
| Daubert motions deadline: | 02/21/08 |

The parties also suggest that the court adopt rolling deadlines for any cases subsequently filed or transferred to the MDL, including Borum v. Hoffmann-La Roche, Inc.,

---

[1] At present, the deadlines in the so-called third tier cases are as follows: fact discovery deadline 4/23/07; Plaintiffs' expert disclosures due 5/7/07; Defendants' expert disclosures due 6/7/07; expert discovery deadline 7/6/07; and Daubert motions due by 7/20/07. (Doc. 300).

et al., which Defendants seek to have transferred to this MDL. As a means of avoiding further court intervention, the parties propose the following rolling deadlines:

| | |
|---|---|
| Completion of fact discovery: | 180 days from Plaintiff's Fact Sheet due date |
| Plaintiffs' expert disclosure : | 30 days after fact discovery cut-off date |
| Defendants' expert disclosure: | 30 days after Plaintiffs' expert disclosures |
| Expert discovery deadline: | 60 days after Defendants' expert disclosures |
| Daubert motions deadline: | 30 days after completion of expert discovery |

(Doc. 391 at 4).

Upon consideration, the parties' **Joint Motion to Extend Deadlines for Recently Transferred Cases and to Create Rolling Deadlines** (Doc. 391) is **GRANTED in part**. The deadlines in Seymour, Adkins, and Hudson are hereby extended and the court accepts the deadlines proposed by the parties:[2]

| | |
|---|---|
| Completion of fact discovery: | 09/24/07 |
| Plaintiffs' expert disclosure : | 10/24/07 |
| Defendants' expert disclosure: | 11/23/07 |
| Expert discovery deadline: | 01/22/08 |
| Daubert motions deadline: | 2/21/08 |

Furthermore, at least initially, any newly filed or transferred cases, including Borum v. Hoffmann-La Roche, Inc., et al., will be governed by the same deadlines pending further consideration by the parties and the court. As such, the other aspects of the joint motion are denied without prejudice.

**Done and Ordered** in Tampa, Florida, this 10th day of April 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record

---

[2] All other cases currently part of the third-tier scheduling track remain under the deadlines set forth in the court's Order of August 17, 2006. See (Doc. 300).

2