12/6/06

Atty Michael J. Ryan,
Krupnick, Campbell, Malone
700 SE 3rd Ave, suite 100
Ft Lauderdale FL  33316

Re: Accutane and Psychiatric Side Effects
J Douglas Bremner, MD
Emory University, Atlanta, GA

This is a supplement to my prior report which reflects an update of the literature,
additional case reports from the literature, and new information related to recent
discovery from the defense. My qualifications are in my previous report.

Methods Employed in Analyzing Whether Accutane Causes Depression and Suicidality
in Some Individuals:
        I used generally accepted scientific methods to determine causality in connection
with a particular side effect with a particular drug. Those methods have been employed
and suggested by Roche (2000b) and are generally accepted in the scientific community
(Strom, 2005). Additionally, the United States Food and Drug Administration have
suggested methods to analyze this information. Therefore, the factors I have considered
and the methodology I have used is as follows:

    1. Literature Review
    2. Temporal Association
    3. De-Challenge/Re-Challenge
    4. Dose Response
    5. Mechanism of Action
    6. Class effect

**Literature Review:**

Acne and Depression:
        Some authors have argued that acne is associated with psychological discomfort
and that successful treatment leads to a resolution of acne-related psychological
disturbances (Johnson and Amonette, 1998). Some authors reported problems with
feelings of impairment in general well-being or self-image with cystic acne (Cassileth et
al., 1982; Shuster et al., 1978) or feeling of anxiety (Garrie and Garrie, 1978; Van der
Meeren et al., 1985) in patients with cystic acne, while others did not (Medansky et al.,
1981). These studies did not involve specific assessments of psychiatric symptoms. Also,
feelings of uncomfortableness with improvements in customer satisfaction with
successful treatment of acne should not be confused with clinical depression that
improves with successful treatment of acne (see discussion below). Rubinow et al.
(Rubinow et al., 1987) studied 72 patients with cystic acne before and after treatment
with isotretinoin. The authors reported no cases of isotretinoin-induced depression, and in

1

fact reported improvements in anxiety and depression with treatment. Mood and anxiety was assessed by self-reports with a variety of instruments including Profile of Mood States, Hopkins Symptoms Checklist, and NIMH Mental Health Mood Scale, as well as self-esteem measured with Rosenberg, Self-Esteem Questionnaire. About half of subjects were interviewed before and after treatment, however it was not clear if this was a psychiatric interview. At baseline cystic acne patients had higher scores on the Hopkins Scale (five factors), no difference in self-esteem, and lower depression scores. Treatment resulted in no change in most of the factors of the Hopkins Checklist except an anxiety factor. When patients who had the greatest response were assessed, there were significant improvements in scales of anxiety and depression. However, the authors noted that this finding is limited by the multiple comparisons of different scales used in assessing the effect of isotretinoin. The authors reported the best results in individual interviews and anecdotal reports of greater life satisfaction.

Limitations of this study include the use of self-report assessments of mood and anxiety without clinician administered assessments of these factors or use of structured diagnostic interviews administered by a clinician such as the SCID. In addition, as the authors point out, the findings do not support the idea that acne per se is associated with true psychiatric distress, apart from bodily complaints such as discomfort, embarrassment, pain and distress that are to be expected with cystic acne. Although there was mild improvement in assessments of anxiety and depression with treatment, the multiple comparisons employed in this study, as noted by the author, in addition to the lack of a clear abnormality at baseline, make this finding less convincing. The primary outcome of this study appears to be an improvement of patient satisfaction, without clear evidence of changes in psychiatric symptomatology, with isotretinoin.

Kellett and Gawkrodger (Kellett and Gawkrodger, 1999) assessed baseline anxiety and depression as well as other factors such as self-esteem in patients with acne before and after treatment with isotretinoin. The authors found elevated levels of anxiety and depression as measured with the Hospital Anxiety and Depression Scale compared to historical controls. The authors also reported increased levels of shame and lower self-esteem. Isotretinoin treatment did not result in a significant change in measures of anxiety and depression, although there were improvements in measures of shame and embarrassment. This study was limited by the use of self-report measures of anxiety and depression, and the lack of clinician assessments of psychiatric symptoms or diagnosis based on structured interview. The study also used historical controls and did not recruit a specific control group.

Chia et al studied (Chia et al., 2005) 132 subjects aged 12-19 years with moderate to severe acne who were treated with isotretinoin or antibiotic; subjects were assessed for depression before and after treatment with the Center for Epidemiological Studies Depression Scale (CES-D). There were no differences in CES-D scores after treatment between groups. This study was limited by a lack of randomization and double blind, and significant differences in the distribution of gender between groups. The CES-D is a screening tool and cannot be used to diagnose depression. Also we have calculated that at least 800 subjects would be needed to show the approximately 3% difference in depression rates between groups in a study such as this. Chia and colleagues in their discussion of their study noted that "[c]onvincing reports of positive dechallenge and

2

rechallenge suggest an association between depression and isotretinoin use that this study cannot exclude."

Hersom et al (Hersom et al., 2003) in a study funded the drug's manufacturer conducted a prescription symmetry analysis in 2,281 patients identified retrospectively in a database as having taken isotretinoin or an antidepressant. They did not find that patients were more likely to receive an antidepressant after receiving isotretinoin. Limitations of the study include the fact that most patients with depression will not receive an antidepressant, the retrospective nature of the study, and the fact that physicians may simply take patients off isotretinoin if they develop symptoms of depression without starting an antidepressant.

Ng et al (Ng et al., 2002) studied 215 patients treated in a non-randomized unblinded fashion with either isotretinoin or antibiotic for acne. Although the authors reported no differences in self reported depression as measured by the Beck Depression Inventory, 5/174 accutane patients (versus 0/41 antibiotic) developed depression by self report. One patient improved with dechallenge and two were lost to follow-up. Thus this study shows rates of isotretinoin induced depression of about 3%.

Friedman et al (Friedman et al., 2005) reported on mental health utilization in members of the Israel Defense Forces. Subjects were 18-21 years old and including 1,419 with acne treated with isotretinoin and 1102 with psoriasis who were not treated with isotretinoin. Mental health services utilization over a 5 year period in isotretinoin versus psoriasis patients was 17.2% v 12.5% (p=.0003). There was also an increase in suicidal ideation/suicide attempt (7.5% v 3.5%, p=0.04). These findings were consistent with psychiatric side effects of isotretinoin.

In summary, the studies of mood and anxiety symptoms at baseline and after treatment with isotretinoin do not support the idea that isotretinoin leads to an improvement in psychiatric symptoms. First of all, the studies do not clearly establish, in my opinion, that cystic acne per se is associated with true psychiatric symptomatology; rather the studies suggest that there may be some mild effects on self-esteem, as well as pain, discomfort, and feelings of self-consciousness, all normal responses to a disfiguring facial disorder, which should not be confused with a psychiatric disorder or symptomatology. Furthermore, the studies do not support the idea that isotretinoin leads to an improvement in psychiatric symptoms. Rather the evidence is more consistent with the idea that isotretinoin leads to an improvement in customer satisfaction, which would be expected from a medicine that successfully treats cystic acne. Also, studies of mood and anxiety symptoms before and after treatment in small sizes does not rule out the fact that isotretinoin may lead to clinical depression in a minority of treated patients. Looking for changes in mean scores in measures of depression in small samples as evidence for or against an effect of isotretinoin on the development of clinical depression assumes that there is a gradual graduation in symptoms of depression within the population exposed to isotretinoin. However, the phenomenology of depression is not consistent with this model; rather, there is a dichotomous relationship between normal individuals and those who meet criteria for, e.g., unipolar major depression as defined by the criteria of the *Diagnostic and Statistical Manual IV-TR* (DSM-IV). If similar mechanisms play a role in the development of a possible isotretinoin-induced depression, it would be expected to be similar all-or-none phenomena as is seen in unipolar major depression.

Two of the studies (Friedman et al., 2005; Ng et al., 2002) showed rates of depression on the order of 3-4%, which is consistent with other studies reviewed below (Hazen et al., 1983; Hull and Demkiw-Bartel, 2000; Scheinman et al., 1990). In the study of Ng et al (Ng et al., 2002) depression was reported by the patients, in Friedman et al the authors reported use of mental health services (Friedman et al., 2005). These rates are higher than what would be expected in the general population over the course of a 4 month treatment trial for the incidence of new onset depression, which should be about .5% (Eaton et al., 1989).

<u>Cancer Trials of Retinoids</u>

Retinoids have been used in therapeutic trials for cancer. These studies, however, have important limitations in terms of how they can be evaluated for the relationship between isotretinoin and depression. Hong (Hong et al., 1986) randomly assigned 44 patients to 1-2 mg/kg/day isotretinoin (N=24) or placebo (N=20) for three months for treatment of oral leukoplakia. Of the isotretinoin patients, 4 were less than 50, 16 were 50-69, and 4 were 70 or older. Limitations include lack of depression assessment (clinically or otherwise), old age compared to acne patients, and small sample size. Tangrea (Tangrea et al., 1993) treated with a history of basal cell carcinoma with low dose (10 mg/day) isotretinoin or placebo for the prevention of cancer recurrence. Age of patients was 40-75 years old. The authors reported a higher occurrence of a group of symptoms including depression, headache, dizziness, nausea, and gastrointestinal complaints (41 v 28) that was not statistically significant (p=.103). However, no description was given of the patients with depression, how many there were, severity, resolution, or how depression was assessed. Limitations of the study include lack of specific measures of depression, low dose (1/4th as much or less than dose used for acne patients), older age (40-75). Ayoub (Ayoub et al., 1999) treated 188 smokers with isotretinoin 30 mg/day or placebo for prevention of cancer. Mean age in the isotretinoin group was 59. Limitations are older age, lack of assessment for depression, and lower dose of isotretinoin than is used for acne. Levine (Levine et al., 1997) treated 525 patients age 21-85 with a history of basal cell carcinoma and/or squamous cell carcinoma with isotretinoin (5-10 mg), retinol or placebo. There were more central nervous system adverse events in the isotretinoin group (3) than placebo (1). Limitations include older age of the patients, low dose of isotretinoin, and lack of assessments of depression. Wismeth (Wismeth et al., 2004) assessed isotretinoin in the treatment of glioma. Twenty three patients were treated in four weekly cycles with up to 100 mg/m$^2$ of isotretinoin. The only behavioral assessment was a "Quality of Life" scale, which is not comparable to depression. Age of patients (mean 39, range 29-60) was out of the range of ages for patients from case reports and case series of isotretinoin (described below). Other limitations were the lack of assessments of depression (only skin, liver, lipid, muscle and joint were described as being routinely clinically monitored) and the small sample size). Limitations of all of these studies include a different patient group (cancer) than acne patients, lack of assessment of depression, lack of adequate sample size to assess a rate of depression of 3-4%, older age compared to acne patients, and in some cases lower doses of isotretinoin.

4

<u>Case Reports of Depression, Suicide, Violence and Aggression Associated with Accutane:</u>

There are a number of cases of depression following Accutane administration reported in the scientific literature. Meyskens (Meyskens, 1982) reported symptoms of depression in two patients with cancer treated with isotretinoin up to 3 times the usual dose for acne. One patient decided to get divorced precipitously, and another was a lawyer who partner said he could no longer argue in court. The symptoms stopped when the drug was discontinued. The author and staff then started asking patients and family about depression or psychological changes in their patients, and found changes in 25%. Hull and Demkiw-Bartel (Hull and Demkiw-Bartel, 2000) studied 121 patients treated with isotretinoin and found evidence of depression in 5 (4%) that persisted throughout the course of treatment. Other symptoms included fatigue (26%), headache (7%), and weight loss (3%). Hazen et al (Hazen et al., 1983) reported that 6 out of 110 (5.5%) patients with acne or related disorders treated with 1-2 mg/kg/day isotretinoin developed symptoms of depression, including depressed mood, crying spells, malaise, or forgetfulness, within two weeks of initiation of the medication. One patient had a prior history of depression. Mean age was 28; there were four women and two men. Isotretinoin was discontinued in one patient because of depression and forgetfulness. La Placa (La Placa, 2005) reported a case of a 16 year old who became depressed with crying spells and arguments with his parents 5 weeks after starting isotretinoin .75 mg/kg/day. He also fretted about his acne, although before treatment he had no concerns about it. His mother also noticed irritability and decreased concentration at school. Two weeks later the patient was described as very depressed, crying and arguing frequently with his parents. The medication was stopped and the patient was lost to followup. Burket and Storrs (Burket and Storrs, 1987) reported a case of an 18 month old girl with infantile nodulocystic acne treated with 0.5-1 mg/kg/day of isotretinoin over 20 weeks. The child became sullen, withdrawn, cranky, and cried easily. After discontinuation of isotretinoin the child returned to her "usual cheerfulness". Gatti (Gatti and Serri, 1991) reported a case of a 17 year old boy treated for four months with .5 mg/kg/day isotretinoin. One month after discontinuation he had problems with social adjustment, had problems finding a job, was arguing with his father and having trouble relating to girls. After one month he unsuccessfully attempted suicide and received psychiatric care. Three weeks after that he successfully killed himself. Bruno (Bruno et al., 1984) reported on 94 patients treated with variable doses of isotretinoin and ten subjects with acne not in treatment. Eleven percent of patients reported depression. In patients treated with high doses (>.75 mg/kg/day), 7% reported insomnia, 22% fatigue, 11% headache, 7% weight loss, 2% impotence, and 9% loss of libido, while no subjects with untreated acne reported these side effects. Cott and Wisner (Cott and Wisner, 1999) reported a case of a 30 year old woman with bipolar disorder stabilized on divalproex treatment who was monitored closely with rating scales during the course of isotretinoin treatment. After four weeks of 60 mg/day of isotretinoin, she became suspicious and unable to sleep. These symptoms responded to the addition of perphanazine.

Bravard, Krug, & Rzeznick (Bravard et al., 1993) reported three cases in which isotretinoin administration was associated with the development of depression. A 17 year old with a prior history of depression tried to commit suicide by shooting himself after four months of treatment with isotretinoin at .5 mg/kg/day. He reported that before the

suicide attempt he had two months of fatigue, insomnia, and unhappy thoughts. The second case was a 17 year old man without prior psychiatric history treated with isotretinoin 1 mg/kg/day. After three months he developed growing fatigue which forced him to stop sports, and after four months he developed unhappy thoughts and asked to stop treatment. It was later learned that he committed suicide three months after stopping treatment. The third case was a young woman with no psychiatric history who after three months of isotretinoin began having crying spells, that led to stopping treatment. Aubin (Aubin et al., 1995) reported a case of a 29 year old being treated with isotretinoin for acne who attempted suicide by ingesting 900 mg of isotretinoin. Lindemayr (Lindemayr, 1986) reported a case of a man who was treated with isotretinoin for eight weeks and attempted suicide by ingesting 800 mg of isotetinoin. He reported symptoms of somnolence, headache, and dry skin. Hepburn (Hepburn, 1990) reported a 15 year old female who attempted suicide by overdosing on 350 mg of isotretinoin two months after beginning a course of treatment for acne with isotretinoin 1 mg/kg/day. Few details were given about the case other than that she had "an argument at home". She had no further treatment with isotretinoin and no symptoms of depression or suicidality were reported at followup. Cotterill and Cunliffe (Cotterill and Cunliff, 1997) reported one case of a patient who killed himself after four months of isotretinoin treatment. A second case of a patient treated with isotretinoin who completed suicide was reported by these authors with no additional detail. Robusto (Robusto, 2002) reported the case of an adolescent who became depressed following initiation of isotretinoin treatment. Bigby (Bigby and Stern, 1988) reported a 23 year old man on nortiptyline who had a worsening of depression when he started isotretinoin. Another patient treated with lithium for manic depressive psychosis became suicidal after 6 ½ weeks of isotretinoin treatment. Three months after isotretinoin was withdrawn her depression had lessened. A 29 year old man was reported to have loss of libido, impotence, and insomnia after two months of isotretinoin treatment. He completed 20 weeks of therapy and follow up was not available.

Duke and Guenther (Duke and Guenther, 1993) reported two cases of depression associated with Accutane administration. In the first case, a 15-year old girl who was previously without psychiatric history developed strange behavior one month after initiating treatment with 40 mg a day of Accutane, including cutting the hair off one side of her head, showing personality changes to her family, and leaving home. At that time, she developed sleep disturbance and irritability, and became sullen and withdrawn. At that point, the medication was stopped because of symptoms of depression. Two days later, she threatened to cut her wrists and set fire to her clothes. After several months of being off the medication, she was reported to be normal again. The second case was a 17-year-old boy was treated with 80 mg/day, reduced after six weeks to 40 mg/day because of side effects, including headache. This boy had no prior history of depression. After a month of treatment, he developed mood swings, depression, decreased appetite, weight loss, and moved out of his house. His father noticed strange behavior and asked the physician if this could be related to the medication; at that point, three months after initiation of treatment, the medication was stopped. Three days later, his mood returned to normal, and he has since had no problem with depression.

Byrne and colleagues (Byrne et al., 1998; Byrne and Hnatko, 1995) reported on 3 cases of depression associated with isotretinoin use, none of whom had a family or

personal prior psychiatric history. The first patient had several months of symptoms of depressed mood, irritability, aggression, agitation, decreased sleep, decreased appetite, reduced concentration, anhedonia, and early morning awakening, that began during a course of isotretinoin therapy. These symptoms resulted in the breakup of her marriage. At the time of the evaluation she continued to have depressive symptoms even though she had been off isotretinoin for 10 months. Her Hamilton Rating Scale for Depression (HAM-D) score was 26, consistent with clinically significant depression, and fell to 9 five weeks after administration of an antidepressant. The second patient was an 18 year old man who after two months of isotretinoin treatment developed depressed mood, loss of interest, apathy, insomnia, anergia, anhedonia, and irritability, with feelings of guilt. There was also deterioration in work and social function. At the fifth month of isotretinoin treatment he made a suicide attempt. At the time of psychiatric evaluation his HAM-D score was 31. He had been receiving trazodone for the prior six weeks without benefit, and was still on isotretinoin at the time of the suicide attempt. After discontinuation of isotretinoin and administration of fluoxetine, there was an improvement in mood over 4 weeks with a Ham D score of five at follow up. The third patient was a 20 year old women treated with isotretinoin who developed depression, tearfulness, suicidal ideation, feelings of worthlessness and agitation, anergia and anhedonia, irritability and anger. Her HAM-D score was 29. The patient also had symptoms of headache. Following attempted discontinuation of isotretinoin and treatment with imipramine and several other antidepressants there was a poor response. She later revealed that she had been surreptitiously continuing the isotretinoin, and after she was instructed to stop, and fluoxetine added, she had a reduction of symptoms within two weeks and a follow-up HAM-D score of 8.

Van Broekhaven (van Broekhoven et al., 2003) reported on a 22 year old man with a history of bipolar disorder who developed depression and suicidal ideation during treatment with isotretinoin. During the hospitalization he committed suicide.

Ng from their series of 174 patients treated with isotretinoin 1 mg/kg/day (Ng et al., 2002) had five patients (3%) develop depression (as opposed to none of 41 patients on antibiotic). These patients were all withdrawn from treatment by their dermatologists. Two patients were evaluated by a psychiatrist and felt to have concurrent psychosocial stressors; three refused to be evaluated by a psychiatrist. Of these three, no concurrent stressors were identified in two, and one had a remission of symptoms with discontinuation of isotretinoin.

Ng et al (Ng et al., 2001) reported a case of a 17 year old man who developed symptoms of depression, including depressed mood, irritability, insomnia, decreased appetite, lack of motivation and interest, social withdrawal and suicidal ideation two weeks after starting isotretinoin therapy at .63 mg/kg/day. He stopped attending school and going to the gym. He had no prior history of mental disorder but had a family history of depression. The symptoms improved with reduction of isotretinoin dose to .32 mg/kg/day and treatment with sertraline. When the dose of isotretinoin was increased again to 1 mg/kg/day to treat the acne the depressive symptoms returned, in spite of a clearing of acne, with an associated suicide attempt. He was evaluated by a psychiatrist who found him to have a Hamilton Depression Scale of 28 and who confirmed the diagnosis of major depression associated with isotretinoin treatment. When the dose was stopped the depressive symptoms rapidly resolved over the next two weeks. He started

working full time and attending the gym with no symptoms of depression. The authors concluded that monitoring for depressive symptoms is required and that discontinuation of isotretinoin may be necessary.

Middelkoop (Middelkoop, 1999) reported a case of isotretinoin administration associated with depression, withdrawn behavior and social impairment, decreased appetite and interest in things, fatigue, and changes in personality and behavior. After four months of treatment, the patient committed suicide. The patient had no prior history of depression or family history of depression.

Scheinman et al (Scheinman et al., 1990) reported on seven cases of depression associated with Accutane administration. These patients were part of a larger clinical trial of Accutane in 700 patients treated for cystic acne and other skin disorders. Mean age was 32; there were two males and five females. Diagnosis of depression was made on patient self-report with confirmation by a psychiatrist in 3 of the patients. In the other patients, symptoms resolved with discontinuation of medication before there was a chance for a psychiatric interview. In five of the seven patients, symptoms of depression developed during the first course of treatment of Accutane. Patients reported symptoms of depression following administration of Accutane including fatigue, irritability, sadness, decreased concentration, crying spells, loss of motivation, forgetfulness, and loss of pleasure. One patient had suicidal ideation. Three of the patients had headaches, which resolved with discontinuance.

The studies describing a series of patients report rates of depression of 1% (Scheinman et al., 1990) to 4% (Hull and Demkiw-Bartel, 2000) to 6% (Hazen et al., 1983) to 11% (Bruno et al., 1984), are higher than the 0.5% rates that would be expected to occur spontaneously during four month treatment trial (based on a 1.6% annual incidence of depression, not to be confused with the *prevalence* of depression) (Eaton et al., 1989).

An interesting aspect of these case reports is the frequent association of depression with cognitive changes like forgetfulness, loss of memory, and impaired concentration. This is of interest given the fact that isotretinoin (as reviewed in the Mechanism section below) is associated with impairment in function of the hippocampus, a brain area that plays a critical role in learning and memory. Another aspect of the case reports is that most of the authors (who are physicians involved in the care of patients with acne) recommend monitoring for depression and discontinuation of the drug if necessary. In other words, if they didn't believe that isotretinoin caused depression, what would be the point of stopping the drug? For instance, Rohrback (Rohrback et al., 2004) said "undoubtedly, isotretinoin does cause depression—sometimes profound depression—in some patients. I have seen it in my clinic."

Isotretinoin administration has also been associated with psychosis. Villalobos, Ellis, & Snodgrass (Villalobos et al., 1989) reported on a case of 16 year old boy treated with 40 mg of isotretinoin. On day 11 he developed hallucinations, paranoia, and incoherent speech. The behavior stopped with discontinuation and re-started with re-administration of the medication. With discontinuation and treatment with antipsychotic medication the symptoms improved over a 1-month period. The authors concluded that isotretinoin may be associated with an increased risk of psychosis and/or manic depression. Barak and colleagues (Barak et al., 2005) reported five cases of manic psychosis that developed following treatment with isotretinoin out of a group of 500

soldiers treated in a military dermatology clinic for acne. There were two males and three females; mean age was 19. All patients reported manic irritability. Symptoms developed a mean eight months [range 3-11 months] after start of treatment. Four patients had an improvement in symptoms with antipsychotic treatment; one was treated with antipsychotics without a response. All patients had a personal past history or family history of mental disorder or a history of neurological disorder, including one with a sister who had a manic episode associated with isotretinoin use. Three patients made suicide attempts. Kovacs (Kovacs and Mallory, 1996) reported a case of a 16 year old boy who developed an "angry, belligerent attitude" and who was difficult to be around while on isotretinoin. The drug was stopped and the symptoms remitted. They recurred when the drug was restarted. Later the boy admitted to drug use (LSD, marijuana) during the times when isotretinoin was administered.

A review of the adverse drug reactions (ADR) reported to the World Health Organization (WHO), United Kingdom Medicines Control Agency (MCA), and the manufacturer, Roche was reported by (Middelkoop, 1999). Isotretinoin was responsible for a much greater number of psychiatric adverse events and suicides compared to antibiotic treatments for acne, accounting for 60% of events for all acne treatments, in spite of the fact that antibiotics are prescribed more commonly than isotretinoin (e.g., 12,400 prescriptions for isotretinoin in England versus 147,237,000 for the most common antibiotic tetracycline). The authors found 47 cases of suicide and 56 cases of suicidal ideation reported.

Wysowski, Pitts, and Beitz (Wysowski et al., 2001a) published reports of depression and suicide to the Food and Drug Administration (FDA) in patients treated with isotretinoin from 1982 to May 2000 that were entered in the Adverse Event Reporting System database. In that period, the FDA received 37 reports of patients treated with isotretinoin who committed suicide; 110 who were hospitalized for depression, suicidal ideation or suicide attempt; and 284 with no hospitalized depression, for a total of 431 patients. The cases also showed evidence of a temporal relationship between administration of isotretinoin and the development of depression and positive de-challenges and re-challenges. Isotretinoin ranked in the top 10 of all drugs in the FDA database for reports of depression. The authors noted that there were several factors to suggest a relationship between isotretinoin and depression.

From 1983-1999 the Canadian Adverse Drug Reaction Monitoring Program (CADRMP) received 16 reports describing depression and other reactions of a putative psychiatric nature associated with the use of isotretinoin. The reported reactions included depression (5), aggressive reaction (4), emotional lability (4), irritability (3), suicidal tendency (3), amnesia (2), abnormal thinking (1), aggravated depression (1), manic reaction (1) and suicide attempt (1). The median age of the patients (9 women, 7 men) was 20 (range 15 to 41) years. The time from the start of drug therapy to the onset of the reaction varied from 1 day to 5 months. In the reports that gave dose information, all but 1 of the patients were taking 1 to 2 mg/kg daily (the recommended maximum); the remaining patient received incremental doses up to 3 mg/kg daily. In 5 cases the drug was stopped because of the adverse reaction; however, in several cases the course of therapy was completed. In the reports that indicated an outcome, 7 patients recovered, 3 recovered with residual effects, and 1 had not yet recovered at the time of reporting (1999). Of 222 adverse events reported to Health Canada from 1983-2002, 56 (25%)

involved psychiatric events including depression and suicidal ideation (Wooltorton, 2003). From 1985 to 1998 the Australian Adverse Drug Reactions Committee received 129 adverse reactions, of which 12 involved depression. Two cases had a prior history of depression. In four cases there were symptoms of psychosis. Three patients had suicidal thoughts, two attempted suicide and one completed suicide. Three recovered with withdrawal of isotretinoin and one with antidepressant (1998a). The Australian ADR Committee received 21 reports of suicidal attempts or ideation through June 2005, one of which was the subject of a Coronial investigation (2005). From 1983-1998 the Irish Medicine Boards received six reports of depression with isotretinoin, including one fatal suicide (1998b). From 1997-2001 the Danish Medicines Agency reported reported 34 psychic adverse reactions with isotretinoin, 23 with depression (2002).

The United Healthcare study is unpublished data obtained from Roche examining a database for the association between diagnosis of depression and treatment with Accutane. The analysis showed no relationship between diagnosis of depression and the drug. However the minutes from the FDA and Hoffman LaRoche meeting of July 17, 2001, show when depression was defined as antidepressant dispensing, that Accutane patients had a 1.5 higher rate of depression compared to non-Accutane subjects (p=.0005). The FDA also pointed out that the more sensitive and clinically relevant approach of including patients who received a diagnosis of depression *or* were prescribed an antidepressant, also showed a statistically significant relationship with Accutane use (p=.0044). The FDA criticized the narrow definition of depression and the fact that suicide is not captured in this data set.

Jick et. al. (Jick et al., 2000) studied 7,195 patients with acne treated with isotrenioin and 13,700 oral antibiotic users from the Saskatchewan Health Database and, 340 isotretinoin and 676 antibiotic-treated acne patients from the United Kingdom General Practice Research Database. Prevalence of suicide, attempted suicide, and "neurotic and psychotic disorders" based on computer recorded histories at .5-5 years before and more than 5 years after medication use was compared between groups. The authors reported no increase in relative risk of newly diagnosed depression or psychosis (1.0) or suicide/attempted suicide (0.9; 95% confidence interval .3-.24) with isotretinoin administration. The relative risk for depression and psychosis for isotretinoin exposure in the first 6 months after initiation of treatment to the 6 months before treatment was reported in the results section as 1.2 (.9-1.7) in the Saskatchewan database and 1.3 (0.2-5.7) in the United Kingdom Database. The authors concluded that there is not an increased risk of depression and suicidality with isotretinoin administration.

There are several limitations of this study that are worthy of comment (Wysowski, 2001). Death certificates were not included as sources of information and patients were not interviewed for depression, which could lead to underascertainment of depression and suicide. Information about antidepressant usage was not included in the analysis. Psychiatric diagnoses were recorded in the database when patients were hospitalized or were evaluated by a psychiatrist for depression. However, many patients do not seek psychiatric treatment for depression and will not be identified by the manufacturer as possible occurrence of symptoms, which would be expected to lead to a decrease in detection of symptoms. Symptoms of depression are commonly under-reported and many patients do not seek psychiatric care for depression. It is anticipated that many patients would have simply suffered in silence with depression or discontinued

use of medication without the relationship between medication usage and depression ever coming to the attention of the clinician. The best way to identify depression and suicidality in a population treated with medication would be through a systematic assessment of depressive symptoms with standardized measures administered by a psychiatrist or other trained mental health professional. It also should be noted that the authors did find a pattern of increased risk that was not statistically significant in the way in which the databases are analyzed separately, leading to the question of whether it would be significant if the two databases were combined, or if there were a larger sample. There were also discrepancies within the paper. For example, in the Comment Section the relative risk was quoted as 1.8 (.7-1.3) for depression or psychosis in current isotretinoin versus nonexposed period, while table 5 and the results section states the RR as 1.3 (.2-5.7) for the United Kingdom database. Similarly, there appear to be discrepancies in the Comment and Tables/Results sections for the Saskatchewan database. These discrepancies make it difficult to evaluate the conclusions of the authors. It should also be noted that if a larger number of patients were examined and the RR held at 1.3, it is likely that the results would be statistically significant, meaning the risk would be unacceptable, for example, for an agent being assessed for the potential risk of cancer. In addition, if the RR of 1.8 from the Comment is true, that would mean that the risk of depression is almost 2-fold greater. Such an increased risk is certainly of sufficient magnitude to warrant the need for appropriate warnings of depression as a potential risk factor. In conclusion, it is difficult to agree with the authors' conclusions from this study that isotretinoin does not increase the risk of depression or psychosis based on the results of this study as they are presented.

Adverse Drug Reactions reported to the World Health Organization include 1095 related to psychiatric symptoms including 34 suicide attempts/completions and 69 total deaths. Psychiatric symptoms reported include depression, amnesia, anxiety, mood swings, insomnia, and suicide. Data from Roche Pharmaceuticals includes 26 completed suicides, 37 suicide attempts, 24 suicidal ideations, and 536 cases reported depression.

**Temporal Relationship:**

Post-Marketing Reports of Depression, Suicide, Violent Aggression and Psychosis Associated with Accutane Use

One of the factors that is used to judge the association between a drug and an associated side effect is the temporal association between the administration of the drug. In the case of isotretinoin, most of the cases of depression and suicide developed one month after the initiation of isotretinoin treatment (Bigby and Stern, 1988; Bravard et al., 1993; Byrne et al., 1998; Byrne and Hnatko, 1995; Duke and Guenther, 1993; Gatti and Serri, 1991; Hazen et al., 1983; Hull and D'Arcy, 2003; Hull and D'Arcy, 2004; Hull and D'Arcy, 2005; Hull and Demkiw-Bartel, 2000; La Placa, 2005; Meyskens, 1982; Middelkoop, 1999; Robusto, 2002; Scheinman et al., 1990; Villalobos et al., 1989). Hull and Demkiw-Bartel (Hull and Demkiw-Bartel, 2000) studied 124 patients treated with isotretinoin and found evidence of depression in 4% that began after one month persisted throughout the course of treatment. Hazen et al (Hazen et al., 1983) reported that 6 out of 110 patients treated with isotretinoin developed symptoms of depression within two weeks of initiation of the medication. La Placa (La Placa, 2005) reported a case of a 16

year old who became depressed and agitated 5 weeks after starting isotretinoin. Burket reported onset of behavioral changes after 20 weeks (Burket and Storrs, 1987). Gatti (Gatti and Serri, 1991) reported a case who developed depression and social problems one month after discontinuation of a four month course of treatment who killed himself after three weeks. Bruno (Bruno et al., 1984) reported on 94 patients treated with variable doses of isotretinoin. Eleven percent of patients reported depression. Mean onset was one month after treatment initiation. Cott and Wisner (Cott and Wisner, 1999) reported a case of a 30 year old woman with bipolar disorder stabilized on divalproex treatment who after one month of treatment developed paranoia and sleep disturbance. Bigby (Bigby and Stern, 1988) reported a patient with manic depression who became suicidal 6 ½ weeks after starting isotretinoin. A second case developed depression after two months of treatment. Aubin (Aubin et al., 1995) reported a case of a 29 year old being treated with isotretinoin for acne who attempted suicide by ingesting 900 mg of isotretinoin on the first day of treatment. Lindemayr (Lindemayr, 1986) reported a case of a man who was treated with isotretinoin and attempted suicide after two months of treatment. Hepburn (Hepburn, 1990) reported a 15 year old female who attempted suicide by overdosing on isotretinoin two months after beginning a course of treatment for acne with isotretinoin. Cotterill and Cunliffe (Cotterill and Cunliff, 1997) reported one case of a patient who killed himself after four months of isotretinoin treatment. Duke and Guenther (Duke and Guenther, 1993) reported two cases of depression associated with isotretinoin administration, both after one month of treatment.

Scheinman et al (Scheinman et al., 1990) reported on 7 cases of depression associated with isotretinoin administration. Mean onset of depression was 14 weeks [range 8-47]. Byrne and colleagues (Byrne and Hnatko, 1995) reported on 3 cases of depression that developed during the course of a four month trial of isotretinoin. Middelkoop (Middelkoop, 1999) reported a case of isotretinoin administration associated with depression that began after one month of treatment. Ng et al (Ng et al., 2001) reported a case of a 17 year old man who developed symptoms of depression two weeks after starting isotretinoin therapy. Ng (Ng et al., 2002) reported 5 patients who stopped isotretinoin treatment after 2-4 months because of depression. Villalobos, Ellis, & Snodgrass (Villalobos et al., 1989) reported a case of psychosis that started 11 days after the initiation of isotretinoin. Barak and colleagues (Barak et al., 2005) reported five cases of manic psychosis that developed following 3-11 months (mean 8 months) after the initiation of treatment with isotretinoin. Bravard (Bravard et al., 1993) reported three cases, on case of attempted suicide after four months, one of depression after three months (with completed suicide three months after the end of treatment) and one of depression after three months.

Wysowski (Wysowski et al., 2001b) reported that among 37 cases of suicide reported to the FDA from 1982-2000, the median time from therapy onset for those on the drug to suicide was three months. For those who stopped the drug, the median interval between stopping the drug and suicide was 2.5 months. There were 110 cases of patients hospitalized for depression; the median time of isotretinoin use was one month for those on the drug. For those who stopped the drug the median interval of time between stopping the drug and hospitalization for depression was three months.

Reports of 16 cases of depression from 1983-1999 to the Canadian Adverse Drug Reaction Monitoring Program (CADRMP) showed the time from the start of drug therapy to the onset of the reaction varied from 1 day to 5 months (1999).

These cases demonstrate a temporal relation between isotretinoin treatment and the development of depression and suicide. Symptoms usually begin after one month of treatment, with some cases a longer delay. The one month delay in symptoms is predictable given that the mechanism by which isotretinoin causes depression is probably through its effects on binding to DNA and affecting protein transcription, effects that would be expected to take several weeks to occur, rather than being related to immediate plasma concentrations after an initial dose.

In order to examine generally whether or not there is a temporal relationship between Accutane ingestion and depression, suicide, violent aggression and psychosis, it is useful to examine the spontaneous adverse events reported to the FDA by the manufacturer. Obviously, it is unwise and not scientifically valid to draw a conclusion of causality based on only adverse event reports; it is equally un-scientific to not consider an analysis of the temporal aspects of causality with the adverse events in connection with a particular drug. It is well known and uncontroverted that adverse event reports can generate signals, which would merit further investigation. The fact is that most Med Watch forms and adverse event reports are generated by health care professionals who are observing a particular event in connection with use of the drug. Those physicians have some professional reason to support a suspicion that the drug maybe involved and have interest to report this to the manufacturer or to the health care regulatory agency. To ignore these reports totally would be incorrect. This is especially true when one considers the United States Food & Drug Administration requires these reports be forwarded on to the FDA by the manufacturer and the fact that the manufacturer itself maintains records in connection with these reports. In the case of Roche, there is a specific department within the company that is charged to investigate adverse events and collect these events in connection with proper analysis and reporting. The Drug Safety Department and the Information Technology Department at Roche devote several databases to collection and investigation of these adverse events. The most notable is the ADVENT database. Roche has trained physicians to analyze each serious report of depression, suicide, violent aggression and psychosis, and these physicians are charged with analyzing the causality of Accutane to the particular event.

A review of the ADVENT database indicates that through 12/31/2004 there were 4,142 reports of depression; either the company or a reporter assigned a probable causal relationship to Accutane, or there was a probable relationship based on Naranjo score of greater than 4, for 1,980 of those reports. In connection with suicidal ideation through the end of 2004, there were 541 reports, of which a probable causal relationship to Accutane was determined in 191 cases. In connection with suicide attempts, there were 285 reports, to which probable causality was assigned for 78. In connection with completed suicide, there were 184 reports, to which probable causality was assigned for 44. There were 185 reported cases of psychosis, of which 81 were causally related by Roche to Accutane. There were also 233 reported episodes of violence, of which 84 were causally related to Roche to Accutane. In addition to ADVENT, primary source files from France and the US, some dating back to 1995 or earlier, show multiple cases of depression, violent

13

aggression, and psychosis, in which Roche described these symptoms as known side effects of Accutane or Roaccutane.

These numbers become even more significant when one considers the general accepted phenomenon of underreporting. It is recognized that only 1-10% of adverse events that occur are actually reported to the manufacturer or the FDA. Thus, if one multiplies the number of reports by these percentages, it can certainly be said that there is a temporal relationship between use of the drug and reports of particular psychiatric adverse reactions. This is evidence that must be considered in favor of a general causal relationship between Accutane and depression, psychosis, violent aggression, and suicide.

**Dechallenge/Rechallenge**

Probably one of the most powerful principles in analyzing causality is whether a De-Challenge/Re-Challenge exists with respect to a particular drug and a particular side effect. In fact dechallenge/rechallenged is considered sufficient in and of itself in the absence of any other factors to establish causality between a drug and a side effect (Strom, 2005). Simply stated this is an examination of whether when you remove the drug from the patient, the particular adverse event or symptoms complained of go away. If you remove the drug and the symptoms go away, then this is indicative of a relationship between the side effect and the drug. Equally important, if you re-introduce the drug to a patient, that is start the drug again, and the symptoms re-appear, there is a compelling argument that there is a causal relationship between the drug and the adverse event. An analysis of the ADVENT database and the FDA Med Watch forms indicates that there are certainly many reports of De-Challenge/Re-Challenge that have occurred with respect to Accutane and psychiatric side effects. This issue has been examined by the Food and Drug Administration. In a presentation by Marilyn Pitts, Pharm. D., Safety Evaluator with the United States FDA, she concluded that Dechallenge/Rechallenge cases "provide strong evidence to support a link…" and "provide further evidence to support a relationship between Accutane and depressive symptoms." (See Powerpoint presentation by Marilyn Pitts, presented at the September 18-19, 2000 FDA Advisory Committee meeting, available at http://www.fda.gov/ohrms/dockets/ac/00/slides/3639s2.htm at slide 22). Also, the FDA analyzed the MedWatch forms on Rechallenge/Dechallenge and came up with positive results on a number of reports. (See AEP 000024556- AEP 000024558).

Evidence for a large number of positive dechallenge and dechallenge/rechallenged cases comes from the literature as well as cases reported to the FDA and Roche. Scheinman et al (Scheinman et al., 1990) reported on 7 cases of depression associated with isotretinoin administration. Symptoms resolved in all cases after discontinuation of medication within 2-7 days. One of the patients was rechallenged with isotretinoin and experienced a recurrence of symptoms 3 months after re-initiation of treatment. Bravard reported a case of attempted suicide in a man on isotretinoin with abatement of depression after discontinuation, and of depression in a woman on isotretinoin whose symptoms went away within one month after discontinuation (Bravard et al., 1993). Burket reported improvement in crying and cranky behavior in a 23 month old within 6 weeks of stopping isotretinoin (Burket and Storrs, 1987). Bigby reported a

14

patient with manic depression who became suicidal and depressed while on isotretinoin; symptoms of depression abated three months after isotretinoin was withdrawn (Bigby and Stern, 1988). Ng et al (Ng et al., 2001) reported a case of a 17 year old man who developed symptoms of depression two weeks after starting isotretinoin therapy. The symptoms improved with reduction of isotretinoin dose and treatment with sertraline. When the dose of isotretinoin was increased again the depressive symptoms returned, in spite of a clearing of acne, with an associated suicide attempt. When the dose was stopped the depressive symptoms rapidly resolved. Villalobos, Ellis, & Snodgrass (Villalobos et al., 1989) reported a case of isotretinoin administration associated with hallucinations, paranoia, and incoherence. The behavior stopped with discontinuation and re-started with re-administration of the medication. With discontinuation and treatment withantipsychotics the symptoms improved over a 1-month period. Ng (Ng et al., 2002) reported a single case where symptoms of depression with isotretinoin improved two weeks after stopping the drug. Barak reported that 4/5 patients who developed psychosis after receiving isotretinoin had an improvement in symptoms with cessation of isotretinoin and treatment with antipsychotics (Barak et al., 2005). Duke reported two cases, one with depression and suicidality whose symptoms stopped within six months of stopping isotretinoin, the other with depression whose symptoms went away three days after stopping isotretinoin (Duke and Guenther, 1993). Byrne reported a man with depression and a suicide attempt whose symptoms decreased within four weeks after stopping isotretinoin and starting fluoxetine treatment, a women with depression whose symptoms decreased two weeks after stopping isotretinoin and starting fluoxetine, and a woman with depression which began during a course of isotretinoin treatment ten months prior that resolved five weeks after initiation of imipramine (Byrne et al., 1998).

Wysowski, Pitts, and Beitz (Wysowski et al., 2001a) published a review of cases of isotretinoin-related depression and suicide that had been reported to the FDA between 1982 and 2000. They described a case of a 19 year old with no psychiatric history who during a 3-4 month course of isotretinoin therapy developed personality changes, mood swings, and depression. After completion of treatment he returned to normal. The patient started a second course of isotretinoin treatment at a later date. Again he experienced the same symptoms, but returned to normal at the end of four months of treatment. Sometime later he started a third course of treatment. This time his symptoms recurred and persisted after the end of isotretinoin treatment. A year later he was referred for counseling. In a second case a 18 year old man with no history of mental disorder received 1.1 mg/kg/day of isotretinoin. After 29 days he experienced depression, loss of interest in daily activities, and decreased school performance. Isotretinoin was stopped and symptoms cleared in 8 days. The drug was started at .5 mg/kg/day and the symptoms returned after five days. Isotretinoin was stopped and the symptoms cleared in 7 days. He later was treated at the lower dose without recurrence of symptoms. The authors concluded that there were several lines of evidence to support a relationship between isotretinoin and depression.

At the Sept. 19, 2000, Dermatologic and Opthamalogic Advisory Committee of the FDA, Dr. Marylin Pitts presented 41 cases of positive dechallenge/rechallenge from the FDA's Adverse Events Drug Reporting System (AEDRS) (2000a). She concluded that dechallenge/rechallenge data was "strong evidence" for an association between a side effect and a drug. She also noted that depression was the 6th most common reported

side effect of Accutane, much higher than rates reported for the comparable treatment of antibiotic.

The ADVENT database through 12/31/2004 showed 1520 cases of depression with dechallenge and 67 rechallenge, suicidal ideation showed 186 dechallenge and 1 rechallenge, suicide attempts showed 49 dechallenge and 1 rechallenge, psychosis showed 44 dechallenge and 9 rechallenge, and violence showed 81 dechallenge and 3 rechallenge.

## Dose Response:

Dose response is another factor analyzed when addressing the issue of causation in connection with a particular drug. If side effects in connection with a drug increase with an increased dosage, then it would appear that the greater action producing the greater event is indicative of a pharmacological result tied to dosage. In early publications, the principal investigators in the initial clinical trials of Accutane noted that with respect to side effects, toxicity was dose-dependant in severity (Peck et al., 1979). Roche in its own internal evaluation of this issue has examined the dose effect of lower doses of Accutane in comparisons of efficacy with side effects. It was determined by Roche that the dosage of Accutane is as much as 240% greater than is necessary to produce an efficacious result. See Executive Summary, New Formulation (ACC 00320103–116).The same studies indicated that the greater the dosage of Accutane, the greater the number of side effects.

Reports from the literature and the FDA have also highlighted a dose response effect for psychiatric side effects. Meyskens (Meyskens, 1982) reported that 25% of his patients receiving doses of 3 mg/kg/day of isotretion (3-6 time higher than the dose used for acne) developed symptoms of depression (i.e. much higher than the 3-4% reported in most other series). The author concluded that "psychologic changes may be dose related." Evidence also comes from cases where symptoms of depression resolve when the dose of isotretinoin is reduced. Pitts reported six cases where symptoms of depression resolved when the dose of isotretinoin was reduced, leading her to conclude that a "possible dose response" was observed in these patients (2000b). Ng et al (Ng et al., 2001) reported a case of a 17 year old man who developed symptoms of depression two weeks after starting isotretinoin therapy. The symptoms improved with reduction of isotretinoin dose and treatment with sertraline. When the dose of isotretinoin was increased again the depressive symptoms returned, in spite of a clearing of acne, with an associated suicide attempt. When the dose was stopped the depressive symptoms rapidly resolved. Bruno compared acne patients taking high dose isotretinoin (.75-1.21 mg.kg/day) to low dose (0.75-1.21 mg/kg/day). Symptoms related to depression were higher in high dose versus low dose, including depressed libido (9% of high dose versus 2% of low dose), impotence (2% versus 0%), and weight loss (7% versus 0%). These symptoms were higher than a group of acne patients not on isotretinoin, who reported none of these symptoms.

## Mechanism of Action

Neurobiological Consequences of Accutane:

16

In order for a drug to cause a particular adverse event, there needs to be a plausible mechanism of action. Since depression is a disorder that is based in the brain, isotretinoin must have an effect on brain function. All of the mechanisms of how it exactly does this, however, are not required. For instance, physicians know that steroids like hydrocortisone have effects on the brain, and that they can cause depression, although the exact mechanism by which they do this is not known, research continues to elucidate the mechanism of action.

The fact that isotretinoin is associated with neurological side effects demonstrates that it has an effect on brain function. Adverse reactions are common with isotretinoin, with at least 90% of patients treated reporting at least one side effect (Windhorst and Nigra, 1982). Bigby and Stern (Bigby and Stern, 1988) reviewed adverse reactions to isotretinoin reported to the Adverse Drug Reaction Reporting System between 1982 and 1985. The most common neurological adverse reaction was headache in 11 patients which was associated with pseudotumor cerebri (idiopathic increased intracranial pressure with papillema and headache, and normal CT/MRI and CSF fluid, i.e. a swelling of the brain that can be fatal) in four of the subjects. Headache was the most common side effect of isotretinoin after dry skin (Bigby and Stern, 1988). Isotretinoin has also been associated with pseudotumor cerebri in several other case reports (Bonnetblanc et al., 1983; Lee, 1995; Roytman et al., 1988; Spector and Carlisle, 1984). The occurrence of headache with isotretinoin usage has been linked to depression (Wysowski and Swartz, 2005), suggesting that patients who show a CNS side effect such as headache may also be more susceptible to isotretinoin-induced depression. The multiple associations between depression and suicidality and headache in the case reports in the literature are listed above and are not repeated here. Certainly, these neurological side effects are further evidence that isotretinoin can influence the brain.

The neurobiological consequences of Accutane on the adult brain have only recently become a focus of attention in the area of animal research. Most studies have involved animal models of the developing brain. Accutane or isotretinoin is 13-cis-retinoic acid, an isomer of the active form of Vitamin A, 13-trans retinoic acid (meaning that it is the same molecule, just a different shape). There are several other compounds that are similar to retinoic acid, including 9-cis-retinoic acid, that have overlapping functions and which collectively make up the retinoids (Ross and De Luca, 1996). The active form of vitamin A, retinoic acid, is synthesized in the brain from retinaldehyde by several dehydrogenases. High levels of class-1 aldehyde dehydrogenase are found in the basal forebrain, in axons and terminals of the dopaminergic neurons of the mesostriatal and mesolimbic system, forming a retinoic acid-generating projection from ventral tegmentum to corpus striatum and nucleus accumbens (McCaffery and Drager, 1994a; McCaffery and Drager, 1994b). The brain contains retinoid receptors which bind the active form of Vitamin A and other retinoids, including isotretinoin, which occurs naturally in the brain, is present in plasma in higher levels than 13-trans-retinoic acid, and has a higher increase in response to dietary loads of Vitamin A or retinyl palmate (Blaner, 2001; Eckhoff and Nau, 1990; Rigas et al., 1993; Tang and Russell, 1991). Retinoid receptors in the brain include retinoic acid receptor (RAR) α, β, and γ subtypes and retinoid X receptors (RXR) α, β, and γ subtypes (Lane and Bailey, 2005; Zetterstrom et al., 1999; Zetterström et al., 1994). RAR and RXR receptors function as RAR-RXR heterodimers and play an important role in embryonic development and postnatal life

(Bastien and Rochette-Egly, 2004; Chambon, 1996; Colbert et al., 1993; Idres et al., 2002; Krezel et al., 1999; Luo et al., 2004; Mendelsohn et al., 1994; Toresson et al., 1999; Waclaw et al., 2004; Zhang et al., 2003). The distribution of retinoid receptors in the brain corresponds to limbic brain areas that have been implicated in depression, including hippocampus, medial prefrontal cortex, bed nucleus of the stria terminalis, olfactory bulb, amygdala and thalamus (Krezel et al., 1999); these brain areas are responsive to retinoids during development as well as in the adult brain (Thompson Haskell et al., 2002). Recent evidence shows that retinoids play an important role in brain plasticity (Denisenko-Nehrbass et al., 2000) and have effects on the hippocampus, a brain area involved in learning and memory that has been implicated in depression (Crandall et al., 2004; O'Connell et al., 1996). All of the retinoids, including isotretinoin, bind to retinoid receptors and have effects on the adult brain (Idres et al., 2002). Retinoids bind to the retinoid receptors which are located on the DNA and activate Retinoic Acid Response Elements (RARE) that in turn cause gene transcription (Bastien and Rochette-Egly, 2004; Idres et al., 2002; Kastner et al., 1994; Sani et al., 1997). Retinoids modulate gene expression in the brain in a very broad spectrum and have effects on several neurochemical systems including dopamine, serotonin and norepinephrine, alterations of which have been implicated in depression (Goodman, 1998). Retinoic acid administration results in increases in D2 receptor mRNA expression (Farooqui, 1994). Mice with double mutations for RARβ-/- RXRβ-/-, RARβ-/- RXRγ-/-, and RXRβ-/- RXRγ-/- show behaviors consistent with deficits in mesolimbic dopamine function, including deficits in rearing and locomotion (Krezel et al., 1998). Retinoid receptor deficient mice also show reduced expression of D1 and D2 receptors in the ventral striatum, and blunted behavioral responses to cocaine, which acts by blocking dopamine reuptake into striatal neurons.

Mesolimbic dopaminergic systems have been studied extensively and are established as playing a key role in reward and motivation. Alterations in this system have been hypothesized to play a role in dysregulation of mood and emotion (Jentsch et al., 2000). The relationship between retinoids and altered dopaminergic function has led to the hypothesis that retinoids play a role in the development of psychiatric disorders (Goodman, 1995; Goodman, 1998). The effects of retinoids on the development of the frontal cortex has also been highlighted as providing a model for how retinoids may influence the development of psychosis and schizophrenia (LaMantia, 1999).

A recent study showed that isotretinoin inhibits new nerve growth in the hippocampus (Crandall et al., 2004). This is of interest because smaller hippocampal volume has been associated with depression (Bremner et al., 2002; Sheline et al., 1996), and changes in hippocampal structure and inhibition of neurogenesis have been hypothesized to underlie symptoms of depression and to be involved in recovery (Czeh et al., 2001; Duman et al., 1997; Nibuya et al., 1995; Santarelli et al., 2003). The time course of taking several weeks for antidepressants to stimulate neurogenesis parallels the time course of response to antidepressants. Morever, the median one month or more time of onset of depression with treatment by Pitts and others is also on a similar time scale, suggesting that the time required for gene transcription to generate new protein products may be responsible for the delay, as well as the fact that symptoms do not cease when the drug is out of the body.

The hippocampus has important connections to the medial prefrontal cortex (which includes orbitofrontal cortex). Animal models of depression show a loss of neuronal branching in the medial prefrontal cortex (Radley et al., 2004). Disruptions of dopaminergic function in this circuit have been hypothesized to underlie mood disorders (Jay et al., 2004; Peleg-Raibstein et al., 2005; Rocher et al., 2004).

Other recent evidence shows that rats administered doses of isotretinoin similar to those used clinically develop alterations in tests used for animal models of depression, including forced swim. Rats showed no change on a forced swim test, but 91 day old animals (corresponding to young adults) given 7.5 mg/day for 28 days showed a decrease in open field activity, used as an animal model for depression (Ferguson et al., 2005b). No effects were seen in older rats. Isotretinoin resulted in changes in metabolites of serotonin and dopamine in the striatum and dopamine in the hippocampus (Ferguson et al., 2005a). Both of these regions have been implicated in mood disorders. Another study that more closely paralleled the clinical situation of 1 mg/kg/day for 6 weeks in mice showed depression like behaviors including decreased swimming on a forced swim and tail suspension tests (O'Reilly et al., 2006). These results show that: 1) isotretinoin affects brain function and behavior; 2) younger individuals may be more vulnerable to effects of isotretinoin.

An additional factor which speaks to biological plausibility is the occurrence of neurological side effects with isotretinoin treatment. Isotretinoin is associated with pseudotumor cerebri, a swelling of the brain that can lead to seizures, coma, and death (Alemayehu, 1995; Bonnetblanc et al., 1983; Lee, 1995; Roytman et al., 1988). In addition, headache, which is a common side effect of isotretinoin treatment, is associated with the side effect of depression in isotretinoin patients (Wysowski and Swartz, 2005). Also, in our study all five patients who reported headache with Accutane had a decrease in orbitofrontal brain function (Bremner et al., 2005). This indicates that Accutane acts through the brain to cause psychiatric symptoms, and that patients with headache who are having more of an effect of the drug on the brain are more likely to develop depression.

Neural Mechanisms in Depression

Brain areas hypothesized to play a role in depression include the hippocampus, orbitofrontal and prefrontal cortex, amygdala, thalamus and striatum (Bremner, 2002; George et al., 1994). Areas of frontal cortex implicated in depression include dorsolateral prefrontal cortex (involved in working memory) and medial prefrontal cortex, which consists of several related areas, including orbitofrontal cortex, anterior cingulate (area 25-subcallosal gyrus, area 24-subgenual gyrus, and Area 32-the "Stroop" area), and anterior prefrontal cortex (Area 9). The medial prefrontal area has important inhibitory inputs to the amygdala that mediate extinction to fear responding, which is used as an animal model of emotion. Animals with lesions of the medial prefrontal cortex are unable to extinguish fear responses after trials of fear conditioning (Morgan and LeDoux, 1995; Morgan et al., 1993).

Dysfunction of medial prefrontal cortex (including orbitofrontal cortex) in patients with depression may result in an inability to modulate emotion in a normal way. Human subjects with lesions of the prefrontal cortex such as the famous case of Phineas Gage, who had a railroad spike pass through these areas of medial prefrontal cortex, show dysfunction of normal emotions and an inability to relate in social situations that require

19

correct interpretation of the emotional expressions of others, while speech and cognition are intact (Damasio et al., 1994). Patients with orbitofrontal damage also have impairments in impulse control with increased violent aggression (Bechara et al., 1994; Berlin et al., 2004).

It is well established that the medial prefrontal cortex (including orbitofrontal cortex and anterior cingulate) plays a role in depression (Bench et al., 1990; Dolan and Friston, 1989; George et al., 1994). Neuroimaging studies have shown that the medial prefrontal cortex plays an important role in modulating emotion in normal human subjects as demonstrated with a number of paradigms for induction of emotional states (Benkelfat et al., 1995; Drevets et al., 1997; George et al., 1995; Lane et al., 1997; Reiman et al., 1997). Multiple PET and SPECT studies found decreased metabolism or blood flow at baseline in depressed patients in medial prefrontal cortex (including orbitofrontal cortex, inferior frontal cortex and anterior cingulate)(Austin et al., 1992; Bench et al., 1992; Buchsbaum et al., 1986; Drevets et al., 1997; Hurwitz et al., 1990; Martinot et al., 1990; Mayberg, 1994; Mayberg et al., 1997; Sackeim et al., 1990; Scott et al., 1994). PET studies in patients with Huntington's or Parkinson's disease and comorbid depression also showed decreased metabolism and/or blood flow in the prefrontal cortex, including orbitofrontal cortex and anterior cingulate (Mayberg et al., 1992; Mayberg et al., 1990; Ring et al., 1994). A decrease in serotonin 5-HT2A binding was found on PET imaging in the orbitofrontal cortex of depressed patients (Biver et al., 1997). Improvement in depression was associated with an increase in medial prefrontal metabolism (Bench et al., 1995). Multiple PET and SPECT studies also found decreased metabolism and/or blood flow in left (Baxter et al., 1989; Bench et al., 1992; Ebert et al., 1991; Martinot et al., 1990) and bilateral (Austin et al., 1992; Biver et al., 1994; Buchsbaum et al., 1984; Hurwitz et al., 1990; Mayberg, 1994; Mayberg et al., 1997; Mayberg et al., 1994; Mayberg et al., 1999) dorsolateral prefrontal cortex. Other PET and SPECT studies in unipolar depressives showed decreased metabolism and/or blood flow in caudate (Austin et al., 1992; Baxter et al., 1985; Biver et al., 1994; Buchsbaum et al., 1984; Drevets and Raichle, 1992; Hurwitz et al., 1990; Mayberg, 1994; Mayberg et al., 1994), thalamus (Austin et al., 1992), temporal (Austin et al., 1992; Drevets and Raichle, 1992; Mayberg et al., 1994; Post et al., 1987), cingulate (Bench et al., 1992; Drevets et al., 1997; Mayberg et al., 1997; Mayberg et al., 1994; Mayberg et al., 1999), parietal cortex (Bench et al., 1992; Biver et al., 1994; Drevets and Raichle, 1992) and left putamen (Austin et al., 1992). Other studies in unipolar depression found increased amygdala function (Drevets et al., 2002; Sheline et al., 2001).

<u>PET Measurement of Neural Correlates of Tryptophan Depletion-Induced Depressive Relapse:</u>

We have used experimentally induced return of depressive symptoms to assess neural correlates of depression. Since both norepinephrine and serotonin depletion can result in a return of depressive symptoms, this raised the question about whether there are two types of depression, or whether these two different neurochemical pathways were acting through a common brain pathway (Heninger et al., 1996).

In order to test this hypothesis we used PET FDG to assess brain metabolic correlates of tryptophan depletion and AMPT induced return of depressive symptoms in patients treated successfully with selective serotonin reuptake inhibitors (SSRIs) and

20

norepinephrine reuptake inhibitors (NRIs), respectively. We found that tryptophan depletion-induced depressive relapse (in patients successfully treated with SSRIs) resulted in a decrease in function (measured with PET FDG) in orbitofrontal cortex and dorsolateral prefrontal cortex (in addition to thalamus, which is hypothesized to be part of a circuit with frontal cortex mediating depression) (Bremner et al., 1997). These same patients who are vulnerable to depletion induced relapse after treatment are at increased risk of relapse if taken off of their medications (Moreno et al., 1999). In a followup study Rajkowska et al (Rajkowska et al., 1999) found a decrease in density of neurons and glia in these areas, and studies found a reduction in volume of orbitofrontal cortex in depressed patients based on MRI volumetrics (Bremner et al., 2002; Lai et al., 2000; Taylor et al., 2003). One study showed smaller volume of subgenual cortex volume (Brodmann's Area 24, part of anterior cingulate) in depression (Drevets et al., 1997). Loss of glia (Rajkowska et al., 1999) were also found in subgenual cortex (Ongur et al., 1998) and dorsolateral prefrontal cortex (Rajkowska et al., 1999) in post-mortem brain of patients with depression. Studies in patients with late-life depression found a reduction in total frontal lobe volume (Kumar et al., 1997; Kumar et al., 1998). Depletion of norepinephrine with α-methyl-paratyrosine (AMPT) in patients remitted on norepinephrine reuptake inhibitors (NRIs) in conjunction with PET FDG resulted in a reduction in orbitofrontal cortical function with depletion induced relapse, the same finding as with tryptophan depletion in SSRI patients (Bremner et al., 2003). These findings are consistent with the idea that alterations in orbitofrontal cortical structure and function underlie symptoms of depression as well as vulnerability to depressive relapse.

In summary, there are multiple studies showing a relationship between changes in brain function, most notably prefrontal cortex and hippocampus, and the development of depression.

"Functional Brain Imaging Alterations in Acne Patients Treated with Isotretinoin"

Significant to any analysis of whether or not Accutane causes depression and suicidality would be whether it is biologically possible for Accutane to produce changes in the brain, which would be consistent with depression. It has for years been known that depression is a result of neurochemical changes, and that these neurochemical changes could be measured and that altering degrees and levels of neurotransmission could be observed and correlate to behavioral changes. We performed a study to test this hypothesis, and found evidence that Accutane does produce changes in the metabolism in areas of the brain implicated in depression and suicidality, specifically a 16% reduction in orbitofrontal metabolism not seen in patients treated with antibiotics. The analysis and report of that clinical trial was accepted for publication and reported in the May 2005 issue in the American Journal of Psychiatry (Bremner et al., 2005) after extensive peer review. Additionally, I have presented at scientific meetings supporting this theory and the paper has been the subject of widespread scientific acceptance. The article describing that study is attached hereto as Exhibit A and its findings are included herein as if copied verbatim. In the course of litigation related to Accutane some errors were noticed which led to a recalculation of the results based on correction of these errors. There continued to be a highly statistically significant 16% decrease in brain function with Accutane as reported in the original paper. The details of this re analysis are described in previous reports.

21

Following publication of the article in May, the US FDA in June issued a "FDA Alert" which stated:

"SUICIDAL THOUGHTS OR ACTIONS: In addition to the strengthened risk management program, FDA continues to assess reports of suicide or suicide attempts associated with the use of isotretinoin. All patients treated with isotretinoin should be observed closely for symptoms of depression or suicidal thoughts, such as sad mood, irritability, acting on dangerous impulses, anger, loss of pleasure or interest in social or sports activities, sleeping too much or too little, changes in weight or appetite, school or work performances going down, or trouble concentrating, or food mood disturbance, psychosis, or aggression. Patients should stop isotretinoin and they or their caregiver should contact their healthcare professional right away, if the patient has any of the previously mentioned symptoms. Discontinuation of treatment may be insufficient and further evaluation may be necessary. [Action taken 08/12/05 Labeling revision]"

The Data Summary in connection with this alert stated:

- Preclinical and neuroimaging data suggest that isotretinoin produces behavioral effects (i.e. activation) in rats, impairment of neuronal division in the murine hippocampus, and reductions in orbitofrontal brain metabolic rates in humans. This preclinical and neuroimaging data may suggest biological plausibility for the suspected psychiatric adverse events associates with isotretinoin.

- From isotretinoin's initial marketing in 1982 through August 2004, 4,992 spontaneous reports of psychiatric disturbances associated with using isotretinoin in patients in the United States have been submitted to the FDA.

- The number of reported suicides among isotretinoin users in the United States was 190 through January 2005. Between 1982 and 2002, there were 165 reported suicides, which were fewer than the 220 predicated based on U.S. vital statistics data. However, because the degree of under-reporting of suicides is unknown, the fact that the reported

22

number is lower than the predicated number cannot be interpreted as evidence against a causal association.

*Biotin*

Biotin, a member of the B vitamin family (Vitamin B-7) is a required nutrient that is involved in the biosynthesis of fatty acids, gluconeogenesis, and metabolism of amino acids. Biotin is a coenzyme for several carboxylases. Biotin is available in most foods, however individuals who eat large amounts of eggs may develop biotin deficiency because there is a protein in eggs (avidin) that inhibits biotin absorption. Other causes are parenteral nutrition and malabsorption syndromes. Side effects of biotin deficiency include hair loss, conjunctivitis, neuromuscular dysfunction, skin changes, neurological dysfunction, and depression (Charles et al., 1979; Levenson, 1983; Scott, 1958; Sweetman et al., 1981). Sydenstricker first described the clinical manifestations of biotin deficiency induced in four normal volunteers who ate egg whites and followed an experimental diet low in biotin and developed glossitis, anorexia, nausea, vomiting, depression, and muscle pains (Sydenstricker et al., 1942). Baugh described a woman who at raw egg whites who developed anorexia, nausea, vomiting, glossitis, skin changes and depression (Baugh et al., 1968). Levenson (Levenson, 1983) described a case of an individual on parenteral nutrition who developed biotin deficiency associated with depression and thoughts of suicide. These symptoms went away after biotin supplementation.

Biotinidase is an enzyme that increases the availability of biotin by breaking down compounds that contain biotin, thus recycling the biotin pool. Biotinidase catalyzes the cleavage of biotin from biocytin or biotinyl peptides, the product of carboxylase degradation (Wolf et al., 1985). Biotinidase deficiency can be inherited as an inability to make the biotinidase enzyme (Wolf et al., 1985) and has been associated with anticonvulsant medication treatment (Schulpis et al., 2001b). Symptoms of biotinidase deficiency include seizures, ataxia, encephalopathy, skin rash, alopecia, conjunctivitis, deficits in IQ, and developmental delay (Baykal et al., 2005; Moslinger et al., 2003; Secor McVoy et al., 1990). One case showed evidence of myelopathy in the brain on MRI (Wiznitzer and Bangert, 2003). Untreated biotinidase deficiency can be associated with irreversible neurological damage or death (Charles et al., 1979; Secor McVoy et al., 1990).

Accutane has been shown to be associated with a decrease of biotinidase (Schulpis et al., 1999). This suggests that accutane could decrease biotinidase and therefore biotin levels, leading to depression. Roche previously planned a clinical trial to supplement patients treated with Roaccutane with biotin in order to decrease side effects, which in addition to skin effects, include depression.

*Homocysteine*

Homocysteine is a sulphur containing amino acid that is involved in carbon transfer reactions (Almeida et al., 2005). Homocysteine can receive a methyl group from 5'-methyltetrahydrofolate and become re-methylated to methionine, the immediate precursor of S-adenosylmethionine (SAM), a donor of methylation reactions involved in the synthesis of DNA, proteins, phospholipids, neurotransmitters and polyamines. SAM

23

is involved in the synthesis in the brain of dopamine, norepinephrine and serotonin, neurotransmitters that have been linked to depression (Holtzheimer and Nemeroff, 2006). Elevated homocysteine concentrations can result from vitamin deficiency (folate, B-12 and B-6), aging, renal impairment, or genetic mutation of the methylenetetrahydrofolate reductase (MTHFR) gene.

Several studies have found a relationship between elevated homocysteine levels and depression (Almeida et al., 2005; Bottiglieri, 2005; Kuo et al., 2005; Reynolds et al., 1984). One study of 46 inpatients with severe depression found elevated plasma homocysteine concentrations in 24 (52%). Patients with elevated homocysteine had reduced cerebrospinal fluid (CSF) concentrations of folate, SAM, and metabolites of the monoamine neurotransmitters serotonin, dopamine and norepinephrine, including 5-hydroxyindole acetic acid (5-HIAA), homovanillic acid (HVA) and 3-methoxy-4-hydrophenylglycol (MHPG). Homocysteine was negatively correlated with folate in patients, but not controls (Bottiglieri et al., 2000). The Hordaland Homocysteine Study was a population based study that found an association between homocysteine and depression in elderly adults age 70-74 after controlling for age and sex (Bjelland et al., 2003). The Kuopio Ischaemic Heart Disease Risk Factor Study found a two fold increased risk of depression in men with elevated homocysteine concentrations (Tolmunen et al., 2004). The population based Rotterdam Study found an association between depression and homocysteine, however the association was reduced after controlling for cardiovascular disease and functional disability, although the authors noted that this may have been an overcorrection (Tiemeier et al., 2002). High levels of homocysteine were correlated with depressive symptoms in a middle aged community sample (Sachdev et al., 2005). Increased concentrations of homocysteine have also bee associated with attacks of violent anger (Fraguas et al., 2005). Individuals with a polymorphism of the MTHFR gene were also found to have higher levels of depression (Lewis et al., 2006).

There are a number of possible mechanisms by which elevated homocysteine could cause symptoms of depression. Abnormalities of the hippocampus, a brain region involved in learning and memory, have been linked to depression (Bremner et al., 2000; Duman, 2004; Nibuya et al., 1995; Santarelli et al., 2003; Sheline et al., 1996). Homocysteine stimulates N-methyl-D-aspartate (NMDA) receptors, which are highly concentrated in the hippocampus, resulting in calcium influx and excitoxicity (Lipton et al., 1997). Homocysteine also impairs DNA repair in hippocampal neurons (Kruman et al., 2002) with associated cell death (Kruman et al., 2000). Elevated concentrations of homocysteine have been associated with reduced cortical and hippocampal volumes(den Heijer et al., 2003; Williams et al., 2002). These studies suggest that homocysteine may act through the hippocampus to mediate symptoms of depression.

Another possible pathway by which homocysteine could mediate symptoms of depression is through vascular pathways. Homocysteine induces arteriosclerosis by causing endothelial injury with platelet activation and thrombus formation (Harker et al., 1974). Homocysteine is auto-oxidized in plasma, with generation of potent oxidative products including superoxide and hydrogen peroxide (Welch et al., 1997) which in turn promote endothelial damage. A subgroup of elderly patients with depression have been found to have an increase in white matter hyperintensities on magnetic resonance imaging (MRI) (Hickie et al., 1997; Krishnan et al., 1988). These lesions have been

24

linked to small vessel vascular disease, and it hypothesized that disruption of brain circuits mediating mood are responsible for symptoms of depression in these patients (Steffens and Krishnan, 1998). Increased homocysteine concentrations were also associated with white matter hyperintensities on MRI (Iosifescu et al., 2005). Isotretinoin is associated with increased concentrations of homocysteine (Schulpis et al., 2001a). This indicates that isotretinoin through increases in homocysteine could affect neurotransmitters dopamine, norepinephrine and serotonin.and therefore cause depression.

*Genetic Damage*

Stress, which is linked to depression and other mental health outcomes, has been associated with DNA damage (Irie et al., 2001). Current models of depression have also invoked oxidative stress and DNA damage (McEwen et al., 2002). Recently it has been shown that isotretinoin can cause genetic damage. Patients treated with isotretinoin had a decrease in total antioxidant status as well as a serum marker of DNA oxidative damage 9-hydroxy-2-desoxyguanosine (8-OHdG) compared to controls (Georgala et al., 2005). As noted above, homocysteine has also been associated with oxidative stress and DNA damage, and since homocysteine is elevated with isotretinoin, this represents one possible mechanism.

Since isotretinoin is a retinoid that is closely related to Vitamin A, it might seem counter-intuitive that it would cause an increase in oxidative stress. Since Vitamin A has anti-oxidant properties, it has long been assumed that Vitamin A or its dietary form beta carotene would have protective effects on diseases related to oxidation, like heart disease and cancer. However this information is based on animal studies. Years of research and large studies with tens of thousands of patients have shown that vitamins do not prevent heart disease(Morris and Carson, 2003; Vivekananthan et al., 2003) or cancer. In fact, given for prevention, Vitamin A can actually have the opposite effect. In the Beta Carotene component of the Physicians' Health Study, 22,071 male physicians were randomized to beta carotene (the precursor of Vitamin A) at doses equal to 2 carrots a day or placebo for 12 years. There were no overall differences in rates of cancer and heart disease (Hennekens et al., 1996). The 11% of the doctors who were smokers, however, had 23% more deaths from cancer, which wasn't statistically significant. In the Beta Carotene and Retinol Efficacy Trial (CARET), 18,314 smokers were randomized to beta carotene and Vitamin A in doses equal to four carrots a day or placebo. A 28% increase in cancer in the supplemented group was statistically significant (Omenn et al., 1996). Mortality was 17% higher in the supplemented group, due to 28% higher rates of lung cancer and 17% higher rates of heart disease. In the Alpha-Tocopherol, Beta Carotene (ATBC) Cancer Prevention Study 29,133 male smokers from Finland were treated with beta carotene, alpha tocopherol (Vitamin E), a combination of the two, or placebo in a randomized double blind fashion. There was an 18% increase in lung cancer and 8% increase in total mortality in the beta carotene supplemented group (ATBC., 1994). Smokers with a prior history of heart attack had a 75% increase in heart attack with beta carotene therapy (Rapola and Virtamo, 1997). Looking at all studies put together, there is an increased risk of both heart disease and cancer with beta carotene (Vivekananthan et al., 2003). Patients getting a combination of Vitamin A and beta carotene, when combining results from several studies, had a 29% increase in mortality (Bjelakovic et al.,

2004). These findings were very surprising to those who conducted them, as they were expecting the opposite effects.

*Galanin and Serotonin*

In a recent discovery by the defense related to biotin an email from Dr. Linda Brady of the NIMH reported on some research she conducted that has not been published. In the email she said that their research showed an upregulation of galanin, which she stated had been implicated in mood and anxiety disorders in multiple studies. She also described an upregulation of the serotonin 5-HT2B receptor. Although I have not had the opportunity to review this data directly, I think these findings are significant, showing the wide effect of isotretinoin on brain circuits and systems that have been implicated in depression. Galanin is a neuropeptide that has been proposed implicated in the pathophysiology of depression (Weiss et al., 1998). Galanin is co-released with norepinephrine from noradrenergic neurons in the locus coeruleus into the ventral tegmental area, where it modulates dopaminergic pathways to the medial prefrontal cortex and nucleus accumbens, modulating mood. Abnormalities in serotonin underlie symptoms of depression (Holtzheimer and Nemeroff, 2006). Several studies have found upregulation of serotonin 5-HT2A receptors in the prefrontal cortex of suicide victims (Holtzheimer and Nemeroff, 2006; Turecki et al., 1999). The serotonin 5-HT2B receptor is a presynaptic autoreceptor that modulates serotonin release and is also implicated in mood disorders. In fact, one of the actions of a new antidepressant with a novel mechanism of action, agomelatine, which is efficacious for depression, is blockade of the serotonin 5-HT2B receptor.

## Class Effect

Class effect is another factor traditionally considered in analyzing whether or not an event is causally associated with a drug. This is straightforward and involves an examination as to whether or not this particular effect is seen in other drugs with similar chemical structures or pharmacokinetics as the drug at issue.

Accutane is isotretinoin, which is a retinoid, which is similar to Vitamin A. Vitamin A is a fat-soluble vitamin stored in high concentrations in the liver (Lewin et al., 1994). Vitamin A is converted in the body to its active form, retinoic acid. Isotretinoin is identical in its chemical structure to the active form of form A; there is only a small shift in the shape of the molecule. Large doses of Vitamin A can have a number of toxic effects, which include both medical and psychiatric consequences (Bendich and Langseth, 1989). Medical side effects include fatigue, decreased interest in things, headaches, musculoskeletal symptoms (bone or joint pain) that often waxed and waned with occasional bone abnormalities, diplopia (double vision), alopecia (loss of hair), dry mucous membranes, desquamation (shedding of skin), gastrointestinal symptoms (anorexia and weight loss), and liver damage (Olson, 1987; Stimson, 1961). Vitamin A is also associated with pseudotumor cerebri, a swelling of the brain that can lead to neurological damage and eventually death (Gomber and Chellani, 1996; Lombaert and Carton, 1976; Restak, 1972; Seigel and Spackman, 1972; Selhorst et al., 1984; Spector and Carlisle, 1984), a side effect also seen with isotretinoin (Alemayehu, 1995; Lee, 1995; Roytman et al., 1988).

It has long been known that Vitamin A toxicity is associated with mental changes. Arctic peoples know that the livers of certain Arctic animals, especially the polar bear, is poisonous. Arctic people describe *pibloktoq* as a mental disorder that is felt to be related to ingestion of foods with excessive amounts of Vitamin A (Landy, 1985). Polar bear liver has a very high concentration of Vitamin A, and feeding polar bear liver to laboratory rat's results in Vitamin A toxicity (Rodahl and Moore, 1943). Arctic explorers who fed on polar bear liver developed symptoms of confusion and psychosis. Restak (Restak, 1972) reported a case of chronic Vitamin A intoxication, which was associated the development of aggression, personality changes, and depression, which resolved with discontinuation, and recurred when re-ingested (Landy, 1985). McCance-Katz and Price (McCance-Katz and Price, 1992) reported a case of chronic Vitamin A intoxication, which was associated with a one-year history of depressed mood, poor concentration, tearfulness, and guilty rumination. The patient had no prior history or family history of depression. He also had fatigue and fears of cancer. Hamilton Depression Scale score was 29, indicating severe depression. Four weeks after discontinuation of Vitamin A the Hamilton Score dropped to 6, and the patient was completely normal two months after treatment. The authors concluded that this was a case of Vitamin A toxicity due to a vitamin supplement. Fishbane et al reported two cases of hypervitaminosis A in hemodialysis patients. They found typical symptoms of toxicity as well as neurological effects of drowsiness and inability to grasp objects in one patient. The second patient had psychotic symptoms as if insects crawling over his body, and bizarre behavior of trying to cut off his son's hair because he thought insects had infested his son's body. There was no prior history of psychiatric disorder. Symptoms resolved with discontinuation of Vitamin A (Fishbane et al., 1995).

Class effect is also demonstrated by other retinoids that are used therapeutically. Arican (Arican et al., 2006) reported a case of suicidality following treatment with the retinoid acitretin. Henderson (Henderson and Highet, 1989) reported a case of depression following treatment with the retinoid etrinate.

Opinion and Conclusion

Based on an analysis of all the above factors, I am of the opinion that there is a positive relationship in connection with each factor mentioned above, which supports my opinion and conclusion based upon a reasonable degree of medical probability that Accutane does cause depression, suicide, violent aggression, and psychosis, in some individuals. My opinion is that this is supported by the literature, that there is a mechanism of action, which would explain this effect, there is dose response, the temporal association is positive; there is certainly a relationship of these same psychiatric side effects within the class of the drug and there is enough instances of De-Challenge/Re-Challenge that points to a causal relationship between administration of the drug and psychiatric side effects. The study I did in connection with Accutane, comparing it with antibiotics and its effect on brain functioning would certainly indicate that there is good evidence that Accutane alters brain function and that this alteration is consistent with the alteration in brain function seen with depression and mood changes, a brain area that also mediates impulsivity and aggression. Studies of inhibition of hippocampal neurogenesis in animals treated with isotretinoin parallel theories of

hippocampal dysfunction leading to depression. This certainly supports the examination of mechanism of action and biological plausibility, which has long been disputed by Roche. The wealth of scientific evidence is more than sufficient to lead me, using generally accepted methods of scientific research in connection with this issue, to the conclusion that Accutane can and does cause depression and suicidality in some individuals.

Basis of Compensation

Hourly @ $450.00 per hour

J. Douglas Bremner, M.D.
Emory University, Atlanta, Georgia

**References**

(2005) Australian Adverse Drug Reactions Committee. Acne, isotretinoin, and suicidality. *Australian Adverse Drug Reactions Bulletin* 24.

(1998a) Australian Adverse Drug Reactions Committee: Depression with isotretinoin. *Australian Adverse Drug Reactions Bulletin* 17.

(2002) Danish Medicines Agencies: Psychic adverse reactions to the use of the acne medication isotretinoin. *DKMA*.

(2000a) Food and Drug Administration Center for Drug Evaluation and Research. In *Meeting of the Dermatologic and Opthalmic Drugs Advisory Committee*. Washington, D.C.

(2000b) Food and Drug Administration Center for Drug Evaluation and Research: Meeting of the Dermatologic and Opthalmic Drugs Advisory Committee. September 19, 2000. In *Dermatologic and Opthalmic Drugs Advisory Committee*. Washington, D.C.

(1998b) Irish Medicines Board: Drug Safety Newsletter.

(1999) Isotretinoin and depression. *Canadian Adverse Drug Reaction Newsletter* 9.

Alemayehu W (1995) Pseudotumor cerebri (Toxic effect of the "magic bullet"). *Ethiopean Medical Journal* 33:265-270.

Almeida OP, Flicker L, Lautenshlager NT, Leedman P, Vasikaran S, van Bockxmeer FM (2005) Contribution of the MTHFR gene to the causal pathway for depression, anxiety and cognitive impairment in later life. *Neurobiol Aging* 26:251-257.

Arican O, Sasmaz S, Ozbulut O (2006) Increased suicidal tendency in a case of psoriasis vulgaris under acitretin treatment. *Journal of the European Academy of Dermatology & Venereology* 20:464.

ATBC. (1994) The Alpha-Tocopherol, Beta Carotene Cancer Prevention Study Group. The effect of vitamin E and beta carotene on the incidence of lung cancer and other cancers in male smokers. *N Engl J Med* 330:1029-1035.

Aubin S, Lorette G, Muller CR, Vaillant L (1995) Massive isotretinoin intoxication. *Clinical and Experimental Dermatology* 20:348-350.

Austin MP, Dougall N, Ross M, Murray C, O'Carroll RE, Moffoot A, Ebmeier KP, Goodwin GM (1992) Single photon emission tomography with 99mTc-exametazime in major depression and the pattern of brain activity underlying the psychotic/neurotic continuum. *J Affect Disord* 26:31-43.

Ayoub J, Jean-Francois R, Cormier Y, Meyer D, Ying Y, Major P, Desjardins C, Bradley WEC (1999) Placebo-controlled trial of 13-*cis*-retinoic acid activity on retinoic acid receptor-beta expression in a population at high risk: Implications for chemoprevention of lung cancer. *Journal of Clinical Oncology* 17:3546-3552.

Barak Y, Wohl Y, Greenberg Y, Bar Dayan Y, Friedman T, Shoval G, Knobler HY (2005) Affective psychosis following Accutane (isotretinoin) treatment. *Int Clin Psychopharmacol* 20:39-41.

Bastien J, Rochette-Egly C (2004) Nuclear retinoid receptors and the transcription of retinoid-target genes. *Gene* 328:1-16.

Baugh CM, Malone JH, Butterworth CE (1968) Human biotin deficiency: A case history of biotin deficiency induced by raw egg consumption in a cirrhotic patient. *Am J Clin Nutr* 21:173.

Baxter LR, Phelps ME, Mazziotta JC, Schwartz JM, Gerner RH, Selin CE, Sumida RM (1985) Cerebral metabolic rates for glucose in mood disorders. *Arch Gen Psychiatry* 42:441-447.

Baxter LR, Schwartz JM, Phelps ME, Mazziotta JC, Guze BH, Selin CE, Gerner RH, Smida RM (1989) Reduction of prefrontal cortex glucose metabolism common to three types of depression. *Arch Gen Psychiatry* 46:243-249.

Baykal T, Gokcay G, Gokdemir Y, Demir F, Seckin Y, Demirkou M, Jensen K, Wolf B (2005) Asymptomatic adults and older siblings wiht biotinidase deficiency ascertained by family studies of index cases. *Journal of Inherited Metablic Diseases* 28:903-912.

Bechara A, Damasio AR, Damasio H, Anderson SW (1994) Insensitivity to future consequences following damage to prefrontal cortex. *Cognition* 50:7-15.

Bench CJ, Dolan RJ, Friston KJ, Frackowiak RSJ (1990) Positron emission tomography in the study of brain metabolism in psychiatric and neuropsychiatric disorders. *Br J Psychiatry* 157:82-95.

Bench CJ, Frackowiak RSJ, Dolan RJ (1995) Changes in regional cerebral blood flow on recovery from depression. *Psychol Med* 25:247-251.

Bench CJ, Friston KJ, Brown RG, Scott LC, Frackowiak RSJ, Dolan RJ (1992) The anatomy of melancholia: focal abnormalities of cerebral blood flow in major depression. *Psychol Med* 22:607-615.

Bendich A, Langseth L (1989) Safety of Vitamin A. *Am J Clin Nutr* 49:358-371.

Benkelfat C, Bradwejn J, Meyer E, Ellenbogen M, Milot S, Gjedde A, Evans A (1995) Functional neuroanatomy of CCK sub 4-induced anxiety in normal healthy volunteers. *Am J Psychiatry* 152:1180-1184.

Berlin HA, Rolls ET, Kischka U (2004) Impulsivity, time perception, emotion and reinforcement sensitivity in patients with orbitofrontal cortex lesions. *Brain* 127:1108-1126.

Bigby M, Stern RS (1988) Adverse reactions to isotretinoin. *J Am Acad Dermatol* 18:543-552.

Biver F, Goldman S, Delvenne V, Luxen A, De Maertelaer V, Hubain P, Mendlewicz J, Lotstra F (1994) Frontal and parietal metabolic disturbances in unipolar depression. *Biol Psychiatry* 36:381-388.

Biver F, Wikler D, Lotstra F, Damhaut P, Goldman S, Mendlewicz J (1997) Serotonin 5-HT2 receptor imaging in major depression: focal changes in orbito-insular cortex. *Br J Psychiatry* 171:444-448.

Bjelakovic G, Nikolova D, Simonetti RG, Gluud C (2004) Antioxidant supplements for prevention of gastrointestinal cancers: a systematic review and meta-analysis. *Lancet* 364:1219-1228.

Bjelland I, Tell GS, Vollset SE, Refsum H, Ueland PM (2003) Folate, vitamin B12, homocysteine, and the MTHFR 677C->T polymorphism in anxiety and depression. *Arch Gen Psychiatry* 60:618-626.

Blaner WS (2001) Cellular metabolism and actions of 13-cis-retinoic acid. *J Am Acad Dermatol* 45:S129-135.

Bonnetblanc JM, Hugon J, Dumas M, Rutin D (1983) Intracranial hypertension with etretinate. *The Lancet* 2:974.

Bottiglieri T (2005) Homocysteine and folate metabolism in depression. *Progress in Neuro-psychopharmacology & Biological Psychiatry* 29:1103-1112.

Bottiglieri T, Laundry M, Crellin R, Toone BK, Carney MWP, Reynolds EH (2000) Homocysteine, folate, methylation, and monoamine metabolism in depression. *Journal of Neurology, Neurosurgery, and Psychiatry* 69:228-232.

Bravard P, Krug M, Rzeznick JC (1993) Isotretinoine et depression: soyons vigilants. *Nouvelle Dermatology* 12:215.

Bremner JD (2002) Structural changes in the brain in depression and relationship to symptom recurrence. *CNS Spectrums* 7:129-139.

Bremner JD, Fani N, Ashraf A, Votaw JR, Brummer ME, Cummins T, Vaccarino V, Goodman MM, Reed R, Siddiq S, Nemeroff CB (2005) Functional brain imaging alterations in acne patients treated with isotretinoin. *Am J Psychiatry* 162:983-991.

Bremner JD, Innis RB, Salomon RM, Staib L, Ng CK, Miller HL, Bronen RA, Duncan J, Krystal JH, Rich D, Malison R, Price LH, Dey H, Soufer R, Charney DS (1997) PET measurement of cerebral metabolic correlates of tryptophan depletion-induced depressive relapse. *Arch Gen Psychiatry* 54:364-374.

Bremner JD, Narayan M, Anderson ER, Staib LH, Miller H, Charney DS (2000) Hippocampal volume reduction in major depression. *Am J Psychiatry* 157:115-117.

Bremner JD, Vythilingam M, Ng CK, Vermetten E, Nazeer A, Oren D, Berman RM, Charney DS (2003) Regional brain metabolic correlates of positron emission tomographic measurement of alpha-methylparatyrosine-induced

depressive symptoms: Implications for the neural circuitry of depression. *JAMA* 289:3125-3134.

Bremner JD, Vythilingam M, Vermetten E, Nazeer A, Adil J, Khan S, Staib LH, Charney DS (2002) Reduced volume of orbitofrontal cortex in major depression. *Biol Psychiatry* 51:273-279.

Bruno NP, Beacham BE, Burnett JW (1984) Adverse effects of isotretinoin therapy. *Cutis* 33:484-489.

Buchsbaum MS, DeLisi LE, Holcomb H, Cappelletti J, King AC, Johnson J, Hazlett E, Dowling-Zimmerman S, Post RM, Morihisa J, Carpenter W, Cohen R, Pickar D, Weinberger DR, Margolin R, Kessler RM (1984) Anteroposterior gradients in cerebral glucose use in schizophrenia and affective disorders. *Arch Gen Psychiatry* 41:1159-1166.

Buchsbaum MS, DeLisi LE, Holcomb H, Kessler RC, Johnson J, King AC, Hazlett E, Langston K, Post RM (1986) Frontal cortex and basal ganglia metabolic rates assessed by positron emission tomography with [F-18] 2-deoxyglucose in affective illness. *J Affect Disord* 10:137-152.

Burket JM, Storrs FJ (1987) Nodulocystic infantile infantile acne occurring in a kindred of steatocystoma. *Arch Dermatol* 123:432-33.

Byrne A, Costello M, Greene E, Zibin T (1998) Isotretinoin therapy and depression-evidence for an association. *Irish J Psychosom Med* 15:58-60.

Byrne A, Hnatko G (1995) Depression associated with isotretinoin therapy [letter]. *Can J Psychiat* 40:567.

Cassileth BR, Lusk EJ, Tenaglia AN (1982) A psychological comparison of patients with malignant melanoma and other dermatologic disorders. *J Am Acad Dermatol* 7:742-746.

Chambon P (1996) A decade of molecular biology of retinoic acid receptors. *Faseb Journal* 10:940-954.

Charles BM, Hosking G, Green A, Pollitt R, Bartlett K, Taitz LS (1979) Biotin-responsive alopecia and developmental regression. *Lancet*:118-120.

Chia CY, Lane W, Chibnall J, Allen A, Siegfried E (2005) Isotretinoin therapy and mood changes in adolescents with moderate to severe acne. *Arch Dermatol* 141:557-560.

Colbert MC, Linney E, LaMantia AS (1993) Local sources of retinoic acid coincide with retinoid-mediated transgene activity during embryonic development. *Proc Natl Acad Sci USA* 90:6572-6576.

Cott AD, Wisner KL (1999) Isotretinoin treatment of a woman with bipolar disorder. *J Clin Psychiatry* 60:407-408.

Cotterill JA, Cunliff WJ (1997) Suicide in dermatological patients. *Brit J Dermatol* 137:246-250.

Crandall J, Sakai Y, Zhang J, Koul O, Mineur Y, Crusio WE, McCaffery P (2004) 13-cis-retinoic acid suppresses hippocampal cell division and hippocampal-dependent learning in mice. *Proc Natl Acad Sci USA* 101:5111-5116.

Czeh B, Michaelis T, Watanabe T, Frahm J, de Biurrun G, van Kampen M, Bartolomucci A, Fuchs E (2001) Stress-induced changes in cerebral metabolites, hippocampal volume, and cell proliferation are prevented by

antidepressant treatment with tianeptine. *Proc Natl Acad Sci USA* 98:12796-12801.

Damasio H, Grabowski T, Frank R, Galaburda AM, Damasio AR (1994) The return of Phineas Gage: Clues about the brain from the skull of a famous patient. *Science* 264:1102-1105.

den Heijer T, Vermeer SE, Clarke R (2003) Homocysteine and brain atrophy on MRI of non-demented elderly. *Brain* 126(Pt 1):170-175.

Denisenko-Nehrbass NI, jarvis E, Scharff C, Nottebohm F, Mello CV (2000) Site-specific retinoic acid production in the brain of adult songbirds. *Neuron* 27:359-370.

Dolan RJ, Friston KJ (1989) Positron emission tomography in psychiatric and neuropsychiatric disorders. *Seminars in Neurology* 9:330-337.

Drevets WC, Price JL, Bardgett ME, Reich T, Todd RD, Raichle ME (2002) Glucose metabolism in the amygdala in depression: relationship to diagnostic subtype and plasma cortisol levels. *Pharmacol Biochem Beh* 71:431-447.

Drevets WC, Price JL, Simpson JRJ, Todd RD, Reich T, Vannier M, Raichle ME (1997) Subgenual prefrontal cortex abnormalities in mood disorders. *Nature* 386:824-827.

Drevets WC, Raichle ME (1992) Neuroanatomical circuits in depression: Implications for treatment mechanisms. *Psychopharmacol Bull* 28:261-274.

Duke EE, Guenther L (1993) Psychiatric reactions to the retinoids. *Can J Dermatol* 5:467.

Duman RS (2004) Depression: a case of neuronal life and death? *Biol Psychiatry* 56:140-145.

Duman RS, Heninger GR, Nestler EJ (1997) A molecular and cellular theory of depression. *Arch Gen Psychiatry* 54:597-606.

Eaton WW, Kramer M, Anthony JC, Dryman A, Shapiro S, Locke BZ (1989) The incidence of specific DIS/DSM-III mental disorders: data from the NIMH Epidemiologic Catchment Area Program. *Acta Psychiatr Scand* 79:163-178.

Ebert D, Feistel H, Barocka A (1991) Effects of sleep deprivation on the limbic system and the frontal lobes in affective disorders: A study with Tc-99m-HMPAO SPECT. *Psych Res: Neuroimaging* 40:247-251.

Eckhoff C, Nau H (1990) Identification and quantitation of all-trans- and 13-cis-retinoic acid and 13-cis-4-oxoretinoic acid in human plasma. *Journal of Lipid Research* 31:1445-1454.

Farooqui SM (1994) Induction of adenylate cyclase sensitive dopamine D2 receptors in retinoic acid induced differentiated human neuroblastoma SHSY-5Y cells. *Life Sci* 55:1887-1893.

Ferguson SA, Cisneros FJ, Goug BJ, Ali SF (2005a) Four weeks of oral isotretinoin treatment causes few signs of general toxicity in male and female Sprague-Dawley rats. *Food and Chemical Toxicology* 43:1289-1296.

Ferguson SA, Cisneros FJ, Gough B, Hanig JP, Berry KJ (2005b) Chronic oral treatment with 13-cis-retinoic acid (isotretinoin) or all - trans - retinoic acid does not alter depression-like behaviors in rats. *Toxicological Sciences* 87:451-459.

Fishbane S, Frei GL, Finger M, Dressler R, Silbiger S (1995) Hypervitaminosis A in two hemodialysis patients. *Am J Kidney Dis* 25L:346-349.

Fraguas R, Papakostas GI, Mischoulon D, Bottiglieri T, Alpert J, Fava M (2005) Anger attacks in major depressive disorder and serum levels of homocysteine. *Biol Psychiatry* in press.

Friedman T, Wohl Y, Knobler HY, Lubin G, Brenner S, Levi Y, Barak Y (2005) Increased mental health services related to isotretinoin treatment: A 5-year analysis. *Eur Neuropsychopharm.*

Garrie SA, Garrie EV (1978) Anxiety and skin diseases. *Cutis* 22:205-208.

Gatti S, Serri F (1991) Acute depression from isotretinoin. *J Am Acad Dermatol* 25:132.

Georgala S, Papassotiriou I, Georgala C, Demetriou E, Schulpis KH (2005) Isotretinoin therapy induces DNA oxidative damage. *Clinical Chemistry and Laboratory Medicine.* 43:1178-1182.

George MS, Ketter TA, Parekh PI, Horwitz B, Herscovitch P, Post RM (1995) Brain activity during transient sadness and happiness in healthy women. *Am J Psychiatry* 152:341-351.

George MS, Ketter TA, Post RM (1994) Prefrontal cortex dysfunction in clinical depression. *Depression* 2:59-72.

Gomber S, Chellani H (1996) Acute toxicity of vitamin A administered with measles vaccine. *Indian Pediatrics* 33:1053-1055.

Goodman AB (1995) Chromosomal locations and modes of action of genes in the retinoid (Vitamin A) system support their involvement in the etiology of schizophrenia. *Am J Med Genet* 60:335-348.

— (1998) Three independent lines of evidence suggest retinoids as causal to schizophrenia. *Proc Natl Acad Sci USA* 95:7240-7244.

Harker LA, Slichter SJ, Scott CR, Ross R (1974) Homocystinemia. Vascular injury and arterial thrombosis. *N Engl J Med* 291:537-543.

Hazen PG, Carney JF, Walker AE, Stewart JJ (1983) Depression-a side effect of 13-cis-retinoic acid therapy. *J Am Acad Dermatol* 9:278-279.

Henderson CA, Highet AS (1989) Depression induced by etrinate [letter]. *Brit Med J* 298:96.

Heninger GR, Delgado PL, Charney DS (1996) The revised monoamine theory of depression: a modulatory role for monoamines, based on new findings from monoamine depletion experiments in humans. *Pharmacopsychiatry* 29:2-11.

Hennekens CH, Buring JE, Manson JE, Stampfer M, Rosner B, Cook NR, Belanger C, LaMotte F, Gaziano JM, Ridker PM, Willett W, Peto R (1996) Lack of effect of long-term supplementation with beta carotene on the incidence of malignant neoplasms and cardiovascular disease. *N Engl J Med* 334:1145-1149.

Hepburn NC (1990) Deliberate self-poisoning with isotretinoin. *Brit J Dermatol* 122:840-841.

Hersom K, Neary MP, Levaux HP, Klaskala W, Strauss JS (2003) Isotretinoin and antidepressant pharmacotherapy: A prescription sequence symmetry analysis. *J Am Acad Dermatol* 49:424-432.

Hickie I, Scott E, Wilhelm K, Brodaty H (1997) Subcortical hyperintensities on magnetic resonance imaging in patients with severe depression-a longitudinal evaluation. *Biol Psychiatry* 42:367-374.

Holtzheimer PEr, Nemeroff CB (2006) Future prospects in depression research. *Dialogues in Clinical Neuroscience* 8:175-189.

Hong WK, Endicott J, Itri LM, Doos W, Batsakis JG, Bell R, Fofonoff S, Byers R, Atkinson EN, Vaughen C, Toth BL, Kramer A, Dimery IW, Skipper P, Strong S (1986) 13-*cis* retinoic acid in the treatment of oral leukoplakia. *N Engl J Med* 315:1501-1505.

Hull PR, D'Arcy C (2005) Acne, depression, and suicide. *Dermatologic Clinics* 23:665-674.

— (2003) Isotretinoin use and subsequent depression and suicide: Presenting the evidence. *American Journal of Clinical Dermatology* 4:493-505.

— (2004) Isotretinoin use and subsequent depression and suicide: Presenting the evidence. *American Journal of Clinical Dermatology* 4:493-505.

Hull PR, Demkiw-Bartel C (2000) Isotretinoin use in acne: prospective evaluation of adverse events. *J Cut Med Surg* 4:66-70.

Hurwitz TA, Clark C, Murphy E, Klonoff H, Martin WRW, Pate BD (1990) Regional cerebral glucose metabolism in major depressive disorder. *Can J Psychiat* 35:684-688.

Idres N, Marill J, Flexor MA, Chabot GG (2002) Activation of retinoic acid receptor-dependent transcription by all-trans-retinoic acid metabolites and isomers. *J Biol Chem* 277:31491-31498.

Iosifescu DV, Papakostas GI, Kyoon Lyoo I, Kyu Lee H, Renshaw PF, Alpert JE, Nierenberg A, Fava M (2005) Brain MRI white matter hyperintensities and one-carbon cycle metabolism in non-geriatric outpatients with major depressive disorder (Part 1). *Psych Res: Neuroimaging* 140:291-299.

Irie M, Asami S, Nagata S, Masakazu M, Kasai H (2001) Relationship between perceived work load stress and oxidative DNA damage. *International Archives of Occupational Environmental Health* 74:153-157.

Jay TM, C. R, Hotte M, Naudon L, Gurden H, Spedding M (2004) Plasticity at hippocampal to prefrontal cortex synapses is impaired by loss of dopamine and stress: importance for psychiatric diseases. *Neurotoxicology Research* 6:233-244.

Jentsch JD, Roth RH, Taylor JR (2000) Role for dopamine in the behavioral functions of the prefrontal corticostriatal system: implications for mental disorders and psychotropic drug action. *Prog Brain Res* 126:433-453.

Jick SS, Kremers HM, Vasilakis-Scaramozza C (2000) Isotretinoin use and risk of depression: Psychotic symptoms, suicide, and attempted suicide. *Arch Dermatol* 136:1231-1236.

Johnson M-LT, Amonette RA (1998) Acne drug depression warnings highlight need for expert care. *JAMA* 279:1057.

Kastner P, Chambon P, Leid M (1994) Role of Nuclear Retinoic Acid Receptors in the Regulation of Gene Expression. In *Vitamin A in Health and Disease.* (ed. R. Blomhoff). New York: Marcel Dekker.

Kellett SC, Gawkrodger DJ (1999) The psychological and emotional impact of acne and the effect of treatment with isotretinoin. *Brit J Dermatol*:273-282.

Kovacs SO, Mallory SB (1996) Mood changes associated with isotretinoin and substance abuse. *Pediatric Dermatology* 13:350.

Krezel W, Ghyselinck N, Samad TA, Dupe V, Kastner P, Borreli E, Chambon P (1998) Impaired locomotion and dopamine signaling in retinoid receptor mutant mice. *Science* 279:863-867.

Krezel W, Kastner P, Chambon P (1999) Differential expression of retinoid receptors in the adult mouse central nervous system. *Neuroscience* 89:1291-1300.

Krishnan KRR, Goli V, Ellinwood EH, France RD, Blazer DG, Nemeroff CB (1988) Leukoencephalopathy in patients diagnosed as major depressives. *Biol Psychiatry* 23:519-522.

Kruman N, Culmsee C, Chan SL (2000) Homocysteine elicits a DNA damage response in neurons that promotes apoptosis and hypersensitivity to excitotoxicity. *J Neurosci* 20:6920-6926.

Kruman N, Kumaravel TS, Lohani A (2002) Folic acid deficiency and homocysteine impair DNA repair in hippocampal neurons and sensitize them to amyloid toxicity in experimental models of Alzheimer's disease. *J Neurosci* 22:1752-1762.

Kumar A, Schweizer E, Jin Z, Miller D, Bilker W, Swan LL, Gottlieb G (1997) Neuroanatomical substrates of late-life minor depression. A quantitative magnetic resonance imaging study. *Arch Neurol* 54:613-617.

Kumar A, Zin Z, Bilker W, Udupa J, Gottlieb G (1998) Late onset minor and major depression: early evidence for common neuroanatomical substrates detected by using MRI. *Proc Natl Acad Sci USA* 95:7654-7658.

Kuo H-K, Sorond FA, Chen J-H, Hashmi A, Milberg WP, Lipsitz LA (2005) The role of homocysteine in multisystem age-related problems: A systematic review. *Journal of Gerontology: Medical Sciences* 60A:1190-1201.

La Placa M (2005) Acute depression from isotretinoin. Another case. *European Academy of Dermatology and Venereology* 19:380-399.

Lai TJ, Payne ME, Byrum CE, Steffens D, Krishnan KR (2000) Reduction of orbital frontal cortex volume in geriatric depression. *Biol Psychiatry* 48:971-975.

LaMantia AS (1999) Forebrain induction, retinoic acid, and vulnerability to schizophrenia: insights from molecular and genetic analysis in developing mice. *Biol Psychiatry* 46:19-30.

Landy D (1985) Pibloktoq (hysteria) and Inuit nutrition: Possible implication of hypervitaminosis A. *Social Science and Medicine* 21:173-185.

Lane MA, Bailey SJ (2005) Role of retinoid signalling in the adult brain. *Prog Neurobiol* 75:275-293.

Lane RD, Reiman EM, Ahern CE, Schwartz GE, Davidson RJ (1997) Neuroanatomical correlates of happiness, sadness, and disgust. *Am J Psychiatry* 154:926-933.

Lee AG (1995) Pseudotumor cerebri after treatment with tetracycline and isotretinoin for acne. *Cutis* 55:165-168.

Levenson JL (1983) Biotin-responsive depression during hyperalimentation. *Journal of Parenteral & Enteral Nutrition* 7:181-183.

Levine N, Moon TE, Cartmeal B, Banger JL, Rodney S, Dong Q, Peng Y-M, Alberts DS (1997) Trial of retinol and isotretinoin in skin cancer prevention: a randomized, double-blind, controlled trial. *Cancer Epidemiology, Biomarkers & Prevention* 6:957-961.

Lewin AH, Bos ME, Zusi FC, Nair X, Whiting G, Bouquin P, Tetrault G, Carroll FI (1994) Evaluation of retinoids as therapeutic agents in dermatology. *Pharmaceutical Research* 11:192-200.

Lewis SJ, Lawlor DA, Davey Smith G, Araya R, Timpson N, Day INM, Ebrahim S (2006) The thermolabile variant of MTHFR is associated with depression the British Women's Heart and Health Study and a meta-analysis. *Mol Psychiatry* in press.

Lindemayr H (1986) Isotretinoin intoxication in attempted suicide. *Acta Dermato-Venereologica* 66:452-453.

Lipton SA, Kim WK, Choi YB (1997) Neurotoxicity associated with dual actions of homocysteine at the N-methyl-D-aspartate receptor. *Proc Natl Acad Sci USA* 94:5923-5928.

Lombaert A, Carton H (1976) Benign intracranial hypertension due to A-hypervitaminosis in adults and adolescents. *European Neurology* 14:340-350.

Luo T, Wagner E, Grun F, Drager UC (2004) Retinoic acid signaling in the brain marks formation of optic projections, maturation of the dorsal telencephalon, and function of limbic sites. *J Comp Neurol* 470:297-316.

Martinot JL, Hardy P, Feline A, Huret J-D, Mazoyer B, Attar-Levy D, Pappata S, Syrota A (1990) Left prefrontal glucose hypometabolism in the depressed state: A confirmation. *Am J Psychiatry* 147:1313-1317.

Mayberg HS (1994) Frontal lobe dysfunction in secondary depression. *J Neuropsychiatry Clin Neurosci* 6:428-442.

Mayberg HS, Brannan SK, Mahurin RK, Jerabek PA, Brickman JS, Tekell JL, Silva JA, McGinnis S, Glass TG, Martin CC, Fox PT (1997) Cingulate function in depression: a potential predictor of treatment response. *Neuroreport* 8:1057-1061.

Mayberg HS, Lewis PJ, Regenold W, Wagner HN (1994) Paralimbic hypoperfusion in unipolar depression. *J Nucl Med* 35:929-934.

Mayberg HS, Liotti M, Brannan SK, McGinnis S, Mahurin RK, Jerabek PA, Silva JA, Tekell JL, Martin CC, Lancaster JL, Fox PT (1999) Reciprocal limbic-cortical function and negative mood: converging PET findings in depression and normal sadness. *Am J Psychiatry* 156:675-682.

Mayberg HS, Starkstein SE, Peyser CE, Brandt J, Dannals RF, Folstein SE (1992) Paralimbic frontal lobe hypometabolism in depression associated with Huntington's disease. *Neurology* 42:1791.

Mayberg HS, Starkstein SE, Sadzot B, Preziosi T, Andrezejewski PL, Dannals RF, Wagner HN, Robinson RG (1990) Selective hypometabolism in the inferior frontal lobe in depressed patients with Parkinson's Disease. *Ann Neurol* 28:57-64.

36

McCaffery P, Drager UC (1994a) High levels of a retinoic acid-generating dehydrogenase in the meso-telencephalic dopamine system. *Proc Natl Acad Sci USA* 91:7772-7776.

— (1994b) Hot spots of retinoic acid synthesis in the developing spinal cord. *Proc Natl Acad Sci USA* 91:7194-7197.

McCance-Katz EF, Price LH (1992) Depression associated with Vitamin A intoxication. *Psychosomatics* 33:117.

McEwen BS, Magarinos AM, Reagan LP (2002) Studies of hormone action in the hippocampal formation: Possible relevance to depression and diabetes. *J Psychosom Res* 53:883-890.

Medansky RS, Handler RM, Medansky DL (1981) Self-evaluation of acne and emotion: a pilot study. *Psychosomatics* 22:379-383.

Mendelsohn C, Lohnes D, Decimo D, Lufkin T, LeMeur M, Chambon P, Mark M (1994) Function of the retinoic acid receptors (RARs) during development (II). Multiple abnormalities at various stages of organogenesis in RAR double mutants. *Development* 120:2749-2771.

Meyskens FLJ (1982) Short clinical reports. *J Am Acad Dermatol* 6:732-733.

Middelkoop T (1999) Roaccutane (Isotretinoin) and the risk of suicide: Case report and a review of the literature and pharmacovigilance reports. *J Pharm Practice* 12:374-378.

Moreno FA, Gelenberg AJ, Heninger GR, Potter RL, McKnight KM, Allen J, Phillips AP, Delgado PL (1999) Tryptophan depletion and depressive vulnerability. *Biol Psychiatry* 46:498-505.

Morgan CA, LeDoux JE (1995) Differential contribution of dorsal and ventral medial prefrontal cortex to the acquisition and extinction of conditioned fear in rats. *Behav Neurosci* 109:681-688.

Morgan CA, Romanski LM, LeDoux JE (1993) Extinction of emotional learning: Contribution of medial prefrontal cortex. *Neurosci Lett* 163:109-113.

Morris CD, Carson S (2003) Routine vitamin supplementation to prevent cardiovascular disease: A summary of the evidence for the U.S, preventive services task force. *Ann Intern Med* 139:56-70.

Moslinger D, Muhl A, Suormaia T, Baumgartner R, Stockler-Ipsiroglu S (2003) Molecular characterisation and neuropsychological outcome of 21 patients with profound biotinidase deficiency detected by newborn screening and family studies. *European Journal of Pediatrics* 162:S46-S49.

Ng CH, Tam MM, Celi E, Tate B, Scheitzer I (2002) Prospective study of depressive symptoms and quality of life in acne vulgaris patients treated with isotretinoin compared to antibiotic and topical therapy. *Australasian Journal of Dermatology* 45:262-268.

Ng CH, Tam MM, Hook SJ (2001) Acne, isotretinoin treatment and acute depression. *World Journal of Biological Psychiatry* 2:159-161.

Nibuya M, Morinobu S, Duman RS (1995) Regulation of BDNF and trkB mRNA in rat brain by chronic electroconvulsive seizure and antidepressant drug treatments. *J Neurosci* 15:7539-7547.

O'Connell MJ, Chua R, Hoyos B, Buck J, Chen YQ, Derguini F, Hammerling U (1996) Retro-retinoids in regulated cell growth and death. *Journal of Experimental Medicine* 184:549-555.

O'Reilly KC, Shumaker J, Gonzalez-Lima F, Lane MA, Bailey SJ (2006) Chronic administration of 13-cis-retinoic acid increases depression-related behavior in mice. *Neuropsychopharmacology* 31:1919-1927.

Olson JA (1987) Recommended dietary intakes (RDI) of vitamin A in humans. *Am J Clin Nutr* 45:705-716.

Omenn GS, Goodman GE, Thornquist MD, Balmes J, Cullen MR, Glass A, Keogh JP, Meyskens FLJ, Valanis B, Williams JH, Barnhart S, Hammar S (1996) Effects of a combination of beta carotene and Vitamin A on lung cancer and cardiovascular disease. *N Engl J Med* 334:1150-1155.

Ongur D, Drevets WC, Price JL (1998) Glial reduction in the subgenual prefrontal cortex in mood disorders. *Proc Natl Acad Sci USA* 95:13290-13295.

Peck GL, Olsen TG, Yoder FW, Strauss JS, Downing DT, Pandya M, Butkus D, Arnaud-Battandier J (1979) Prolonged remissions of cystic and conglobate acne with 13-cis-retinoic acid. *N Engl J Med* 300:329-333.

Peleg-Raibstein D, Pezze MA, Ferger B, Zhang WN, Murphy CA, Feldon J, Bast T (2005) Activation of dopaminergic neurotransmission in the medial prefrontal cortex by N-methyl-d-aspartate stimulation of the ventral hippocampus in rats. *Neuroscience* 132:219-232.

Post RM, DeLisi LE, Holcomb HH, Uhde TW, Cohen R, Buchsbaum MS (1987) Glucose utilization in the temporal cortex of affectively ill patients: positron emission tomography. *Biol Psychiatry* 22:545-553.

Radley JJ, Sisti HM, Hao J, Rocher AB, McCall T, Hof PR, McEwen BS, Morrison JH (2004) Chronic behavioral stress induces apical dendritic reorganization in pyramidal neurons of the medial prefrontal cortex. *Neuroscience* 125:1-6.

Rajkowska NA, Miguel-Hidalgo JJ, Wei J, Dilley G, Pittman SD, Melzer HY, Overholser JCR, B.L., Stockmeier CA (1999) Morphometric evidence for neuronal and glial prefrontal cell pathology in major depression. *Biol Psychiatry* 45:1085-1098.

Rapola JM, Virtamo J (1997) Randomised trial of alpha-tocopherol and beta-carotene supplements on incidence of major coronary events in men with previous myocardial infarction. *Lancet* 349:1715-1720.

Reiman EM, Lane RD, Ahern GL, Schwartz GE, Davidson RJ, Friston KJ, Yun L-S, Chen K (1997) Neuroanatomical correlates of externally and internally generated human emotion. *Am J Psychiatry* 154:918-925.

Restak RM (1972) Pseudotumor cerebri, psychosis, and hypervitaminosis A. *J Nerv Ment Dis* 155:155-172.

Reynolds EH, Carney MWP, Toone BK (1984) Methylation and mood. *Lancet* ii:196-198.

Rigas JR, Francis PA, Muindi JRF, Kris MG, Huselton C, DeGrazia F, Orazem JP, Young CW, Warrell RP (1993) Constitutive variability in the pharmacokinetics of the natural retinoid, all-trans-retinoic acid, and its modulation by ketoconazole. *Journal of the National Cancer Institute* 85:1921-1926.

Ring RA, Bench CJ, Trimble MR, Brooks DJ, Frackowiak RSJ, Dolan RJ (1994) Depression in Parkinson's Disease: A positron emission study. *Br J Psychiatry* 165:333-339.

Robusto O (2002) Depressao por antiacneico. *Acta Medica Portuguesa* 15:325-326.

Rocher C, Spedding M, Munoz C, Jay TM (2004) Acute stress-induced changes in hippocampal/prefrontal circuits in rats: effects of antidepressants. *Cereb Cortex* 14:224-229.

Rodahl K, Moore T (1943) Vitamin A content and toxicity of bear and seal liver. *Biochem J* 37:166-168.

Rohrback JM, Fleischer AB, Krowchuk DP, Feldman SR (2004) Depression is not common in isotretinoin-treated patients. *Journal of Dermatological Treatment* 15:252.

Ross SA, De Luca LM (1996) A new metabolite of retinol: all-trans-4-oxo-retinol as a receptor activator and differentiation agent. *Nutrition Reviews* 54:355-356.

Roytman M, Frumkin A, Bohn TG (1988) Pseudotumor cerebri caused by isotretinoin. *Cutis* 42:399-400.

Rubinow DR, Peck GL, Squillace KM, Gantt GG (1987) Reduced anxiety and depression in cystic acnes patients after successful treatment with oral isotretinoin. *J Acad Dermatol* 17:25-32.

Sachdev PS, Parslow RA, Lux O, Salonikas C, Wen W, Naidoo D, Christensen H, Jorm AF (2005) Relationship of homocysteine, folic acid and vitamin B12 with depression in a middle-aged community sample. *Psychol Med* 35:529-538.

Sackeim HA, Prohovnik I, Moeller JR, Brown RP, Apter S, Prudic J, Devanand DP, Mukherjee S (1990) Regional cerebral blood flow in mood disorders, I: comparison of major depressives and normal controls at rest. *Arch Gen Psychiatry* 47:60-70.

Sani BP, Venepally PR, Levin AA (1997) Didehydroretinoic acid: retinoid receptor-mediated transcriptional activation and binding properties. *Biochemistry and Pharmacology* 53:1049-1053.

Santarelli L, Saxe M, Gross C, Surget A, Battaglia F, Dulawa S, Weisstaub N, Lee J, Duman R, Arancio O, Belzung C, Hen R (2003) Requirement of hippocampal neurogenesis for the behavioral effects of antidepressants. *Science* 301:805-809.

Scheinman PL, Peck GL, Rubinow DR, DiGiovanna JJ, Abangan DL, Ravin PD (1990) Acute depression from isotretinoin. *J Am Acad Dermatol* 22:1112-1114.

Schulpis KH, Georgala S, Papkonstantinou ED, Michas T, Karikas GA (1999) The effect of isotretinoin on biotinidase activity. *Skin Pharmacology and Applied Skin Physiology* 12:28-33.

Schulpis KH, Karikas GA, Georgala S, T. M, S. T (2001a) Elevated plasma homocysteine levels in patients on isotretinoin therapy for cystic acne. *International Journal of Dermatology* 40:33-36.

Schulpis KH, Karikas GA, Tjamouranis J, Regoutas S, Tsakiris S (2001b) Low serum biotinidase activity in children with valproic acid monotherapy. *Epilepsia* 42:1359-1362.

Scott AIF, Dougall N, Ross M, O'Carroll RE, Riddle W, Ebmeier KP, Goodwin GM (1994) Short-term effects of electroconvulsive treatment on the uptake of [Tc-99m] exametazine into brain in major depression shown with single photon emission tomography. *J Affect Disord* 30:27-34.

Scott D (1958) Clinical biotin deficiencey ("egg white injury"): Report of a case with some remarks on serum cholesterol. *Acta Medica Scandinavica* 69:162.

Secor McVoy JR, Levy HL, Lawler M, Schmidt MA, Ebers DD, Hart PS, Dove Pettit D, Blitzer MG, Wolf B (1990) Partial biotinidase deficiency: Clinical and biochemical features. *Journal of Pediatrics* 116:78-83.

Seigel NJ, Spackman TJ (1972) Chronic hypervitaminosis A with intracranial hypertension and low cerebrospinal fluid concentration of protein. *Clinical Pediatrics* 11:580-584.

Selhorst JB, Waybright EA, Jennings S, Corbett JJ (1984) Liver lover's headache: Pseudotumor cerebri and vitamin A intoxication. *JAMA* 252:3365.

Sheline YI, Barch DM, Donnelly JM, Ollinger JM, Snyder AZ, Mintun MA (2001) Increased amygdala response to masked emotional faces in depressed subjects resolves with antidepressant treatment: an fMRI study. *Biol Psychiatry* 50:651-658.

Sheline YI, Wang P, Gado M, Csernansky J, Vannier M (1996) Hippocampal atrophy in recurrent major depression. *Proc Natl Acad Sci USA* 93:3908-3913.

Shuster S, Fisher GH, Harris E, Binnel D (1978) The effect of skin disease on self-image. *Brit J Dermatol* 99:18-19.

Spector RH, Carlisle J (1984) Pseudotumor cerebri caused by a synthetic vitamin A preparation. *Neurology* 34:1509-1511.

Steffens DC, Krishnan KRR (1998) Structural neuroimaging and mood disorders: Recent findings, implications for classification, and future directions. *Biol Psychiatry* 43:705-712.

Stimson WH (1961) Vitamin A intoxication in adults: Report of a case with a summary of the literature. *N Engl J Med* 265:369-373.

Strom BL (2005) Pharmacoepidemiology. New York: Wiley.

Sweetman L, Surh L, Baker HP, R.M., Nyhan WL (1981) Clinical and metabolic abnormalities in a boy with dietary deficiency of biotin. *Pediatrics* 68:553-558.

Sydenstricker VP, Singal SA, Briggs AP, DeVaughn NM, Isbel H (1942) Observations on the "egg white injury" in man and its cure with a biotin concentrate. *JAMA* 118:1199.

Tang G, Russell RM (1991) Formation of all-trans-retinoic acid and 13-cis-retinoic acid from all-trans retinyl palmitate in humans. *Journal of Nutrition and Biochemistry* 2.

Tangrea JA, Adrianza ME, Helsel WE, Taylor PR, Hartman AM, Peck GL, Edwards BK (1993) Clinical and laboratory adverse effects associated with long-term, low-dose isotretinoin: Incidence and risk factors. *Cancer Epidemiology, Biomarkers & Prevention* 2:375-380.

Taylor WD, Steffens DC, McQuoid DR, Payne ME, Lee S-H, Lai T-J, Krishnan KRR (2003) Smaller orbital frontal cortex volumes associated with functional disability in depressed elders. *Biol Psychiatry* 53:144-149.

Thompson Haskell G, Maynard TM, Shatzmiller RA, Lamantia AS (2002) Retinoic acid signaling at sites of plasticity in the mature central nervous system. *J Comp Neurol* 452:228-241.

Tiemeier T, van Tuijl HR, Hofman A, Meijer J, Kiliaan AJ, Breteler MM (2002) Vitamin B12, folate, and homocysteine in depression: the Rotterdam Study. *Am J Psychiatry* 159:2099-2101.

Tolmunen T, Hintikka J, Voutilainene S, Ruusunen A, Alfthan G, Nyyssonen K, Viinamaki H, Kaplan GA, Salonen JT (2004) Association between depressive symptoms and serum concentrations of homocysteine in men: a population study. *American Journal of Nutrition* 80:1574-1578.

Toresson H, Mata de Urquiza A, Fagerstrom C, Perlmann T, Campbell KA (1999) Retinoids are produced by glia in the lateral ganglionic eminence and regulate striatal neuron differentiation. *Development* 126:1317-1326.

Turecki G, Breier R, Dewar K, Antonetii T, Lesage AD, Seguin M, Chawky N, Vanier C, Alda M, Joober R, Benkelfat C, Rouleau GA (1999) Prediction of level of serotonin 2A receptor binding by serotonin receptor 2A genetic variation in postmortem brain samples from subjects who did or did not commit suicide. *Am J Psychiatry* 156:1456-1458.

van Broekhoven F, Verkes RJ, Janzing JG (2003) Psychiatric symptoms during isotretinoin therapy. *Ned Tijdschr Geneeskd* 147:2341-2343.

Van der Meeren HLM, van der Schaar WW, van den Hurk CMAM (1985) The psychological impact of severe acne. *Cutis* 7:84-86.

Villalobos D, Ellis M, Snodgrass WR (1989) Isotretinoin (Accutane)-associated psychosis. *Vet Human Toxicol* 31:362.

Vivekananthan DP, Penn MS, Sapp SK, Hsu A, Topol EJ (2003) Use of antioxidant vitamins for the prevention of cardiovascular disease: Meta-analysis of randomised trials. *Lancet* 361:2017-2023.

Waclaw RR, Wang B, Campbell KA (2004) The homeobox gene Gsh2 is required for retinoid production in the embryonic mouse telencephalon. *Development* 131:4013-4020.

Weiss JM, Bonsall RW, Demetrikopoulos MK, Emery MS, West CHK (1998) Galanin: A significant role in depression? *Ann NY Acad Sci* 863:364-384.

Welch GN, Upchurch G, Loscalzo J (1997) Hyperhomocystinemia and atherothrombosis. *Ann NY Acad Sci* 811:48-58.

Williams JH, Pereira EA, Budge MM, Bradley KM (2002) Minimal hippocampal width relates to plasma homocysteine in community dwelling older people. *Age Ageing* 31:440-444.

Windhorst DB, Nigra T (1982) General clinical toxicology of oral retinoids. *J Am Acad Dermatol* 6:675-682.

Wismeth C, Hau P, Fabel K, Baumgart U, Hirschmann B, Koch H, Jauch T, Grauer O, Drechsel L, Brawanski A, Bogdahn U, Steinbrecher A (2004) Maintenance therapy with 13-*cis* retinoid acid in high-grade glioma at complete response

after first-line therapy - a phase-II study. *Journal of Neuro-Oncology* 68:79-86.

Wiznitzer M, Bangert BA (2003) Biotinidase deficiency: Clinical and MRI findings consistent with myelopathy. *Pediatric Neurology* 29:56-58.

Wolf B, Heard GS, Secor McVoy JR, Grier RE (1985) Biotinidase deficiency. *Ann NY Acad Sci* 447:252-262.

Wooltorton E (2003) Accutane (isotretinoin) and psychiatric adverse effects. *Canadian Medical Association Journal* 168:66.

Wysowski DK (2001) Methodological limitations of the study "Isotretinoin use and risk of depression, psychotic symptoms, suicide, and attempted suicide. *Arch Dermatol* 137:1102.

Wysowski DK, Pitts M, Beitz J (2001a) An analysis of reports of depression and suicide in patients treated with isotretinoin. *J Am Acad Dermatol* 45:515-519.

— (2001b) Depression and suicide in patients treated with isotretinoin. *N Engl J Med* 344:460.

Wysowski DK, Swartz L (2005) Relationship between headache and depression in users of isotretinoin. *Arch Dermatol* 141:640-641.

Zetterstrom E, Lindqvist E, Mata de Urquiza A, Tomac A, Eriksson U, Perlmann T, Olson L (1999) Role of retinoids in the CNS: differential expression of retinoid binding proteins and receptors and evidence for presence of retinoic acid. *European Journal of Neuroscience* 11:407-416.

Zetterström RH, Tomac A, Eriksdotter-Nilsson M, Nennesmo I, Eriksson U, Olson L (1994) Localization of retinoid-binding proteins and retinoid receptors suggests a function for retinoic acid in developing and adult dopamine-innervated brain areas. *Society for Neuroscience Abstracts* 20:1688.

Zhang J, Smith D, Yamamoto M, Ma L, McCaffery P (2003) The meninges is a source of retinoic acid for the late-developing hindbrain. *J Neurosci* 23:7610-7620.