**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE: ACCUTANE PRODUCTS**
**LIABILITY LITIGATION**
_____/

**JOSIAH J. LEISNER,**

     **Plaintiff,**     *Master Case No: 04-md-2523-T-30TBM*

**v.**     Case No. 8:05-cv-356-T-30TBM

**HOFFMAN-LA ROCHE, INC., et al.,**

     **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #8). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-356.dismissal 8.wpd