**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**  Case No. 8:04-md-2523-T-30TBM
             MDL 1626 - ALL CASES

**ACCUTANE PRODUCTS**
**LIABILITY LITIGATION,**
_____/

**O R D E R**

THIS MATTER is before the court on the parties' **Joint Motion to Extend Deadlines for Incoming Transferred Case** (Doc. 611).[1] By the joint motion (Doc. 611), the parties seek an Order extending the case management deadlines for a recently filed and transferred psychiatric track case, Snyder v. Hoffmann-La Roche, Inc., et al., Case No. 8:07-cv-340-T-30TBM.  Previously, the court extended the deadlines for recently transferred IBD track cases[2] and ordered that any additional newly filed or transferred cases be governed by those deadlines.[3]  The parties now indicate that they are unable to complete discovery within the time set forth in the current order and they propose that the court extend the current deadlines as follows:

| | |
|---|---|
| Completion of fact discovery: | 1/30/08 |
| Plaintiffs' expert disclosure : | 2/29/08 |
| Defendants' expert disclosure: | 3/30/08 |
| Expert discovery deadline: | 5/29/08 |

---

[1] This motion has been referred to the undersigned for disposition. See (Doc. 612).

[2] Seymour v. Hoffmann-La Roche, Inc., et al., Case No. 8:06-cv-1989-T-30TBM; Adkins v. Hoffmann-La Roche Inc., et al., Case No. 8:06-cv-2296-T-30TBM; and Hudson v. Hoffmann-La Roche, Inc., et al., 8:07-cv-59-T-30TBM.

[3] By order dated April 10, 2007, the court extended the deadlines as follows: completion of fact discovery by 9/24/07; Plaintiffs' expert disclosures due by 10/24/07; Defendants' expert disclosures due by 11/23/07; expert discovery due by 1/22/08; and Daubert motions due by 2/21/08. See (Doc. 464).

    Daubert motions deadline:   6/28/08

  Upon consideration, the parties' **Joint Motion to Extend Deadlines for Incoming Transferred Case** (Doc. 611) is **GRANTED**.  The deadlines in Snyder, as well as those in cases subsequently transferred to this MDL, are hereby extended and the court accepts the deadlines proposed by the parties:

    Completion of fact discovery:  1/30/08
    Plaintiffs' expert disclosure :   2/29/08
    Defendants' expert disclosure:  3/30/08
    Expert discovery deadline:   5/29/08
    Daubert motions deadline:   6/28/08

  **Done and Ordered** in Tampa, Florida, this 17th day of July 2007.

                 THOMAS B. McCOUN III
                 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record