UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                               MDL #1626

ACCUTANE PRODUCTS LIABILITY       CASE #:8:04-MD-2523-T-30TBM

_____/

## APPLICABLE TO ALL PSYCHIATRIC TRACK CASES

1. *Laurie Stupak v. Hoffman-La Roche, Inc.*, case #8:05-cv-926-T-30TBM; and
2. *William Snyder v. Hoffman-La Roche, Inc.*, case #8:07-cv-1282-T-30TBM.

# ORDER

THIS CAUSE comes before the Court upon F. HOFFMANN LA-ROCHE LTD.'s and LA-ROCHE HOLDING LTD.'s (together, the **"Swiss Defendants"**) Motion for Summary Judgment (Dkt. 534). Defendants have failed to timely respond to either the Swiss Defendants' Motion or the Court's Order to Show Cause (Dkt. 647). Therefore, the Court has considered the Motion without the benefit of a response. Upon review and consideration, the Court determines that the unrebutted facts set forth in the Certificate of Peter Eisenring and the Declaration of Rene Kissling demonstrate that this Court does not have personal jurisdiction over the Swiss Defendants. Accordingly, the Court grants partial final summary judgment as to all claims relating to the Swiss Defendants.

It is therefore ORDERED AND ADJUDGED that:

1. F. HOFFMANN LA-ROCHE LTD.'s and LA-ROCHE HOLDING LTD.'s Motion for Summary Judgment (Dkt. 534) is **GRANTED**.

2. The Clerk is directed to enter **Partial Summary Final Judgment** against Plaintiffs and in favor of the Swiss Defendants, F. HOFFMANN LA-ROCHE LTD. and LA-ROCHE HOLDING LTD.

**DONE** and **ORDERED** in Tampa, Florida on October 15, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-md-2523.msj swiss defendants.frm