# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN RE: ACCUTANE PRODUCTS
LIABILITY LITIGATION

_____

MDL NO: 1626

CASE NO:  8:04-MD-2523-T-30TBM

LAUREN HUDSON, et al.,

     Plaintiffs,

v.

HOFFMANN-LA ROCHE, INC., et al.,

     Defendants.

_____

CASE NO:  8:07-cv-59-T-30TBM

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #10).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each side to bear its own attorneys' fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 25, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-59.dismissal 10.wpd