UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  ACCUTANE PRODUCTS  CASE NO. 8:04-MD-2523-T-30TBM
LIABILITY LITIGATION  MDL 1626
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE THE RE-ASSERTED GENERAL CAUSATION TESTIMONY OF RONALD FOGEL**

Plaintiffs request the Court to extend Plaintiffs' time to file a Response to the Defendants' Motion to Exclude the Re-Asserted General Causation Testimony of Ronald Fogel.

Plaintiffs' counsel will work expeditiously to prepare a response to assist the Court.  However, Plaintiffs seek until March 20, 2009, to file a Response.

Counsel for Defendants has advised that the Defendants do not oppose the Plaintiffs' request.

I HEREBY CERTIFY that on February 25, 2009, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN & McKEE, P.A.
Attorneys for Plaintiffs
700 S.E. 3 Avenue
Courthouse Law Plaza, Suite 100
Ft. Lauderdale, FL  33316
(954) 763-8181
FAX: (954) 763-8292
mryan@krupnicklaw.com

BY: */s/ Michael J. Ryan*
     Michael J. Ryan
     Florida Bar No.  975990