UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:04-md-2523-T-30TBM          DATE  July 16, 2009

TITLE Re: Accutane Products Liability cases

TIME 9:10 a.m.- 12:15 p.m., 1:30 p.m. - 2:10 p.m.   TOTAL 3 hours and 45 minutes

Honorable  James S. Moody, Jr.          Deputy Clerk  Sara Boswell

Court Reporter  Sherrill Jackson          Courtroom  13A

| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| Pete Kaufman | Edward Moss |
| John Robichaux | Michael Imbroscio |
| Donald Buckler | Paul Schmidt |
|  | Dennis O'Hara |
|  | Jordan Cohen |
|  | Kim Olvey |

**PROCEEDINGS:** DAUBERT HEARING re: [Dkt. 678] Defendants' motion to exlcude the re-asserted general causation testimony of Dr. Ronald Foge

The cases in which this hearing applies to are:

| Case No.: 8:04-cv-2766-T-30TBM, | Christopher M. Perronne |
| Case No.: 8:04-cv-2768-T-30TBM, | Eileen Baril |
| Case No.: 8:04-cv-2769-T-30TBM, | Kenneth S. Palmer |
| Case No.: 8:06-cv-1989-T-30TBM, | Clay R. Seymour |
| Case No.: 8:06-cv-2296-T-30TBM, | Jason S. Adkins |
| Case No.: 8:07-cv-59-T-30TBM,   | Lauren Hudson |
| Case No.: 8:07-cv-137-T-30TBM,  | Jason Clark |
| Case No.: 8:07-cv-138-T-30TBM,  | Seth Helgeson |

Plaintiff calls Dr. Ronald Fogel to testify.  Testimony given.  Arguments made by counsel.

The Court takes the motion under advisement and will issue a written order at a later date.