**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **IN RE: ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY LITIGATION** _____/ | MDL NO.: 1626 CASE NO.: 8:04-MD-2523 |
| EILEEN BARIL, Plaintiff, vs. HOFFMANN-LA ROCHE INC.; ROCHE LABORATORIES INC.; F. HOFFMANN-LA ROCHE, LTD.; and ROCHE HOLDINGS, LTD., Defendants. _____/ | CASE NO.: 8:04-CV-2768 |
| KENNETH PALMER, Plaintiff, vs. HOFFMANN-LA ROCHE INC.; ROCHE LABORATORIES INC.; F. HOFFMANN-LA ROCHE, LTD.; and ROCHE HOLDINGS, LTD., Defendants. _____/ | CASE NO.: 8:04-CV-2769 |
| CHRISTOPHER M. PERRONNE, Plaintiff, vs. HOFFMANN-LA ROCHE INC.; ROCHE LABORATORIES INC.; F. HOFFMANN-LA ROCHE, LTD.; and ROCHE HOLDINGS, LTD., | CASE NO.: 8:04-CV-2766 |

1

132650v1

Defendants.
_____/

| | |
|---|---|
| CLAY R. SEYMOUR, | CASE NO.: 8:06-cv-1989 |
| Plaintiff, | |
| vs. | |
| HOFFMANN-LA ROCHE INC.; ROCHE LABORATORIES INC.; F. HOFFMANN-LA ROCHE, LTD.; and ROCHE HOLDINGS, LTD., | |
| Defendants. | |

_____/

| | |
|---|---|
| JASON S. ADKINS, | CASE NO.: 8:06-CV-2296 |
| Plaintiff, | |
| vs. | |
| HOFFMANN-LA ROCHE INC.; ROCHE LABORATORIES INC.; F. HOFFMANN-LA ROCHE, LTD.; ROCHE HOLDINGS AG, F. HOFFMANN LA ROCHE AG, and ROCHE HOLDINGS, LTD., | |
| Defendants. | |

_____/

## HOFFMANN-LA ROCHE INC.'S AND ROCHE LABORATORIES INC.'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION

Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc. (collectively, "Defendants" or "Roche") move for summary judgment as to the following inflammatory bowel disease ("IBD") cases:

| | |
|---|---|
| Eileen Baril | Case No.: 8:04-cv-2768-T-30TBM |
| Kenneth Palmer | Case No.: 8:04-cv-2769-T-30TBM |
| Christopher M. Perronne | Case No.: 8:04-cv-2766-T-30TBM |

2

|   |   |
|---|---|
| Clay R. Seymour | Case No.: 8:06-cv-1989-T-30TBM |
| Jason S. Adkins | Case No.: 8:06-cv-2296-T-30TBM |

## ARGUMENT

Pursuant to this Court's September 22, 2008 scheduling order, [DE 14], plaintiffs in these five cases designated Ronald Fogel as their sole general causation expert. Following a *Daubert* hearing, the Court excluded Dr. Fogel's general causation testimony as methodologically unreliable on August 11, 2009. [DE 721]

This Court's exclusion of Dr. Fogel's testimony entitles Defendants to summary judgment in these cases. In a pharmaceutical product liability action, the plaintiff must prove both general and specific causation and must provide expert testimony to satisfy this burden. *Rutigliano v. Valley Bus. Forms*, 929 F. Supp. 779, 783 (D.N.J. 1996) (Plaintiff "requires expert testimony to satisfy her burden with respect to both general causation and specific causation."); *see also DeLuca v. Merrell Dow Pharm., Inc.*, 911 F.2d 941, 958 (3d Cir. 1990), *on remand*, 791 F. Supp. 1042. (D.N.J. 1992), *aff'd*, 6 F.3d 778 (3d. Cir 1993); *Lee v. Baxter Healthcare Corp.,* 721 F. Supp. 89, 96 (D. Md. 1989), *aff'd*, 898 F.2d 146 (4th Cir. 1990) (holding that "expert testimony is necessary since the cause of the injury claimed is a technical medical question beyond the common knowledge of laypersons"). A defendant is entitled to summary judgment if the plaintiffs' expert causation evidence is found inadmissible under *Daubert*.

The Court previously applied this principle when it granted summary judgment in the earlier IBD cases, after it first excluded Dr. Fogel in 2007. [DE 620] As the Court stated at that time: "Without expert testimony that Accutane can cause IBD, Plaintiffs are unable to prove liability in all cases in which Dr. Fogel has been designated

3

as the expert on this issue." *Id.* at 1.  The same result should occur here, with Dr. Fogel having again been excluded in these five cases.

## **CONCLUSION**

For the above-stated reasons, Defendants respectfully seek summary judgment in the above-identified cases based on Plaintiffs' inability to establish general causation.

Respectfully submitted,

s/Edward A. Moss

| | |
|---|---|
| Michael X. Imbroscio | Edward A. Moss |
| Paul W. Schmidt | Florida Bar No. 057016 |
| Covington & Burling LLP | Email:  emoss@shb.com |
| 1201 Pennsylvania Avenue NW | Rafael Cruz-Alvarez |
| Washington, D.C. 20004 | Florida Bar No. 989861 |
| | Email:  ralvarez@shb.com |
| | Shook, Hardy & Bacon, L.L.P. |
| Dated:  August 27, 2009 | Miami Center, Suite 2400 |
| | 201 South Biscayne Boulevard |
| | Miami, FL 33131-4332 |
| | PH:  (305) 358-5171 |
| | FAX:  (305) 358-7470 |

4

132650v1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 27, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

      s/Edward A. Moss

132650v1