I/M/O ACCUTANE LITIGATION

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.    AM-000635-08T1
MOTION NO.    M-005536-08
BEFORE PART: P
JUDGE(S):     COLEMAN
              GRAVES

MOTION FILED:      MAY 27, 2009         BY: HOFFMAN-LAROCHE INC
ANSWER(S) FILED:   JUNE 12, 2009        BY: LIASON

SUBMITTED TO COURT:  JULY 09, 2009

O R D E R
---------

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS ON THIS 20th DAY OF August, 2009, HEREBY ORDERED AS FOLLOWS:

|  | GRANTED | DENIED | OTHER |
|---|---|---|---|
| MOTION BY APPELLANT - FOR LEAVE TO APPEAL | ( ) | (X) | ( ) |

SUPPLEMENTAL:



FILED APPELLATE SEP 22 2009

RECEIVED APPELLATE DIVISION

SEP 22 2009

ATL 271

FOR THE COURT:

*Rudy B. Coleman*

RUDY B. COLEMAN J.A.D.

JUEBC

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

I/M/O ACCUTANE LITIGATION

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.   AM-000639-08T1
MOTION NO.   M-005561-08
BEFORE PART: P
JUDGE(S):    COLEMAN
             GRAVES

MOTION FILED:    MAY 28, 2009      BY: LAROCHE         F HOFFMAN
ANSWER(S) FILED: JUNE 12, 2009     BY: LIASON

SUBMITTED TO COURT: JULY 09, 2009

## O R D E R

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS ON THIS 20TH DAY OF August, 2009, HEREBY ORDERED AS FOLLOWS:

|  | GRANTED | DENIED | OTHER |
|---|---|---|---|
| MOTION BY APPELLANT - FOR LEAVE TO APPEAL | ( ) | (X) | ( ) |

SUPPLEMENTAL:

FILED
APPELLATE DIVISION
SEP 2 2 2009

RECEIVED
APPELLATE DIVISION
SEP 2 2 2009

ATL 271

FOR THE COURT:

JUEBC

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION



RUDY B. COLEMAN J.A.D.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.     AM-000635-08T1
MOTION NO.     M-006340-08
BEFORE PART:   P
JUDGE(S):      COLEMAN
               GRAVES

MOTION FILED:      JUNE 18, 2009         BY: HOFFMAN-LAROCHE INC
ANSWER(S) FILED:   JUNE 26, 2009             LIASON

SUBMITTED TO COURT: JULY 09, 2009

O R D E R

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS ON THIS 9th DAY OF September, 2009, HEREBY ORDERED AS FOLLOWS:

MOTION BY APPELLANT                        GRANTED    DENIED    OTHER
- TO FILE A REPLY TO A MOTION ANSWER        (X)        ( )       ( )

SUPPLEMENTAL:

FILED
SEP 22 2009

TL 271

FOR THE COURT:

*Rudy B. Coleman*
RUDY B. COLEMAN J.A.D.

UEBC

I hereby certify that the foregoing is a true copy of the original on file in my office.
CLERK OF THE APPELLATE DIVISION