**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                         MDL No. 1626

ACCUTANE (ISOTRETINOIN)                     Case No. 8:04-md-2523-T-30TBM
PRODUCTS LIABILITY LITIGATION
_____/
BRANDON J. CHARLES,

        Plaintiff,
v.                                                               Case No. 8:09-cv-1130-T-30TBM

HOFFMANN-LA ROCHE, INC., et al.

        Defendants.
_____/


**O R D E R**

THIS MATTER is before the court *sua sponte*.  As addressed at the status conference

on August 17, 2010, it appears appropriate for this Accutane IBD tag-a-long case and

subsequent Accutane IBD tag-a-long cases that counsel confer and submit proposed case

management reports so that a scheduling order may be entered.

Accordingly, within twenty (20) days of the date of this Order, the parties shall

conduct a case management conference in accordance with Fed. R. Civ. P. 26 and the

principles set forth in §§ 11.211 and 20 of the Manual For Complex Litigation (Fourth).

Within fourteen (14) days thereafter, the parties shall submit a proposed case management

report that addresses, at minimum:  the date and time of the meetings of the parties and the

identities of the persons present; the discovery, if any, that has already occurred; a description

of the discovery each party intends to pursue, the proposed date for completion of fact

discovery, and such other matters relating to discovery as the parties may agree upon; the

proposed dates for expert disclosures; the proposed date for the completion of expert

discovery; the proposed deadline for filing *Daubert* motions; and the proposed deadline for

filing dispositive motions.

      **Done and Ordered** in Tampa, Florida, this 8th day of September 2010.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record