**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:                                                                                           MDL No. 1626

ACCUTANE (ISOTRETINOIN)                                            Case No. 8:04-md-2523-T-30TBM
PRODUCTS LIABILITY LITIGATION
_____/
CHRISTOPHER PLEVNIAK and
SHIRLEY PLEVNIAK,

      Plaintiffs,
v.                                                                                                  Case No. 8:10-cv-987-T-30TBM

HOFFMANN-LA ROCHE, INC., et al.

      Defendants.
_____/

**O R D E R**

THIS MATTER is before the court *sua sponte*. A status conference in this case was held on August 17, 2010. At that time, it appeared that this sole psychiatric Accutane tag-a-long case was to be resolved. However, since nothing has been filed, I find it appropriate to direct the parties to conduct a case management conference to address scheduling matters in this case and to submit a case management report to the court for entry of a scheduling order.

Accordingly, within twenty (20) days of the date of this Order, the parties shall conduct a case management conference in accordance with Fed. R. Civ. P. 26 and the principles set forth in §§ 11.211 and 20 of the Manual For Complex Litigation (Fourth). Within fourteen (14) days thereafter, the parties shall submit a proposed case management report that addresses, at minimum: the date and time of the meetings of the parties and the identities of the persons present; the discovery, if any, that has already occurred; a description of the discovery each party intends to pursue, the proposed date for completion of fact

discovery, and such other matters relating to discovery as the parties may agree upon; the proposed dates for expert disclosures; the proposed date for the completion of expert discovery; the proposed deadline for filing *Daubert* motions; and the proposed deadline for filing dispositive motions.

**Done and Ordered** in Tampa, Florida, this 8th day of September 2010.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record