**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:                                                                MDL 1626

ACCUTANE (ISOTRETINOIN)                    Case No. 8:04-md-2523-T-30TBM
PRODUCTS LIABILITY LITIGATION,
_____/

BRANDON J. CHARLES,

       Plaintiff,

v.                                                           Case No. 8:09-cv-1130-T-30TBM

HOFFMANN-LA ROCHE, INC., et al.,

       Defendants.
_____/

TAIMAZ SARLI,

       Plaintiff,

v.                                                          Case No. 8:09-cv-1142-T-30TBM

MYLAN BERTEK PHARMACEUTICALS, et al.,

       Defendants.
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

THIS MATTER is before the court for the entry of a case management and scheduling order. A status conference in these two Accutane (Isotretinoin) IBD tag-a-long cases was conducted on August 17, 2010. Thereafter, counsel for the parties were directed to confer and submit proposed case management reports so that scheduling orders for each case and subsequent Accutane (Isotretinoin) tag-a-long cases may be entered. (Docs. 744, 745). Counsel have now submitted a joint Proposed Case Management Report. (Doc. 749). The proposed schedule set forth therein is premised on the parties' belief that there are two issues

which may be case dispositive and, thus, should be addressed at the outset: (1) the admissibility of expert testimony on general causation under Federal Rule of Evidence 702 and *Daubert*; and (2) the adequacy of the drug labeling as a matter of law.[1]  Thus, the early focus will be on expert disclosure and discovery.  The parties agree that should either case survive rulings on both issues, certain additional discovery will be necessary and that discovery shall be reopened in order to prepare that case for trial.

Upon consideration, the parties' Proposed Case Management Report (Doc. 749) is **APPROVED**.  The court hereby enters the following scheduling deadlines:

| | |
|---|---|
| Service of fact sheets by Plaintiffs: | October 31, 2010 |
| Plaintiffs' general causation expert disclosures: | November 30, 2010 |
| Defendants' general causation expert disclosures: | December 20, 2010 |
| Plaintiffs' general causation expert reports: | December 20, 2010 |
| Defendants' general causation expert reports: | January 21, 2011 |
| Completion of initial fact discovery and expert discovery        : | February 28, 2011 |
| Filing of dispositive motions on adequacy of labeling and *Daubert* motions: | March 31, 2011 |
| Opposition briefs due: | April 14, 2011 |

Hearings, if any, on the *Daubert* and labeling motions shall be scheduled by separate order of the district judge.

Extension of these agreed upon dates should not be anticipated and will not be entertained absent a showing of good cause.

---

[1]There is pending in the *Sarli* case a motion to dismiss filed by Defendant Genpharm ULC on February 11, 2009, which is ripe for consideration.  *See Sarli v. Mylan Bertek Pharmaceuticals, Inc., et al.,* Case No. 8:09-cv-1142-T-30TBM, at Document 4.

In the event either case or both cases survive the legal challenges, the matter will be scheduled for trial by the district judge. The undersigned will conduct a discovery conference to determine what, if any, additional discovery may be necessary prior to the trial.

**Done and Ordered** in Tampa, Florida, this 14th day of October 2010.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record