UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: | MDL 1626 |
| ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY LITIGATION, _____/ | Case No. 8:04-md-2523-T-30TBM |
| JONATHAN KERN, | |
| Plaintiff, | |
| v. | Case No. 8:10-cv-2505-T-30TBM |
| HOFFMANN-LA ROCHE, INC., | |
| Defendant. _____/ | |
| FARRIS FOYIL, | |
| Plaintiff, | |
| v. | Case No. 8:10-cv-2506-T-30TBM |
| HOFFMANN-LA ROCHE, INC., et al., | |
| Defendants. _____/ | |

**CASE MANAGEMENT AND SCHEDULING ORDER**

THIS MATTER is before the court for the entry of a case management and scheduling order. A status conference in these two Accutane (Isotretinoin) IBD tag-a-long cases was conducted on November 23, 2010. As indicated at hearing, at present it appears appropriate in these two cases to follow a schedule similar to that established recently in the *Charles* and *Sarli* IBD tag-a-long cases. *See* (Doc. 751). That scheduling order is premised on the belief

that there are two issues which may be case dispositive and, thus, should be addressed at the outset: (1) the admissibility of expert testimony on general causation under Federal Rule of Evidence 702 and *Daubert*; and (2) the adequacy of the drug labeling as a matter of law. There, as here, it appears appropriate that the early focus of the parties should be on expert disclosure and discovery so that these potentially dispositive issues may be reached without unnecessary delay or expense.  As noted in the prior order, should either of the instant cases survive rulings on both issues, certain additional discovery will be necessary.  In that event, discovery shall be reopened in order for the parties to prepare that case for trial.

Upon consideration, the court hereby enters the following scheduling deadlines:

| | |
|---|---|
| Service of fact sheets by Plaintiffs: | December 31, 2010 |
| Plaintiffs' general causation expert disclosures: | February 11, 2011 |
| Defendants' general causation expert disclosures: | March 11, 2011 |
| Plaintiffs' general causation expert reports: | March 11, 2011 |
| Defendants' general causation expert reports: | April 8, 2011 |
| Completion of initial fact discovery and expert discovery            : | May 20, 2011 |
| Filing of dispositive motions on adequacy of labeling and *Daubert* motions: | June 10, 2011 |
| Opposition briefs due: | July 1, 2011 |

Hearings, if any, on the *Daubert* and labeling motions shall be scheduled by separate order of the district judge.

Extension of these agreed upon dates should not be anticipated and will not be entertained absent a showing of good cause.

In the event either case or both cases survive the legal challenges, the undersigned will conduct a discovery conference to determine what, if any, additional discovery may be necessary prior to the trial.

**Done and Ordered** in Tampa, Florida, this 23rd day of November 2010.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record