**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE: ACCUTANE PRODUCTS
LIABILITY LITIGATION - MDL #1626
<u>Master Case #8:04-MD-2523-T-30TBM</u>

**LINDSEY GORDON and
JOSHUA GORDON,**

    **Plaintiffs,**

**v.**                                                                         Case No.  8:12-cv-13-T-30TBM

**HOFFMANN-LA ROCHE, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Motion for Fees and Costs filed by Defendants Hoffmann-La Roche Inc. and Roche Laboratories, Inc. (collectively "Roche") (Dkt. 1085).  Plaintiffs did not file a response in opposition.  The Court, having considered the motion, and being otherwise advised in the premises, concludes that the motion should be granted.

Roche's motion requests fees in the total amount of $11,880.00, for the following tasks and associated hours at a blended hourly rate of $400:

        Total hours associated with removal, transfer, and preparation of answer - 3.8
        Total hours associated with fact discovery - 20.4
        Total hours associated with expert disclosure - 2.8
        Total hours associated with preparation of opposition to motion to dismiss - 2.7

Roche argues that $11,880.00 reflects a significant reduction of the actual fees expended. Roche also points out that, unlike the typical dismissals in this Court that have occurred shortly after transfer, Roche spent significant time and resources reviewing fact discovery, sending multiple letters regarding deficiencies in Plaintiffs' fact discovery, and conducting preliminary expert work.

The Court concludes that these fees are reasonable under the circumstances. Accordingly, the Court awards attorneys' fees in the amount of $11,880.00.

The Court denies Roche's request for $46.37 in costs associated with "research and administration costs."

It is therefore ORDERED AND ADJUDGED that:

1. The Motion for Fees and Costs filed by Defendants Hoffmann-La Roche Inc. and Roche Laboratories, Inc. (Dkt. 1085) is GRANTED for the reasons stated herein, other than Roche's request for $46.37 in costs.

2. The CLERK is directed to enter a judgment in the amount of $11,880.00 in favor of Defendants Hoffmann-La Roche Inc. and Roche Laboratories, Inc. (collectively) and against Plaintiffs.

**DONE** and **ORDERED** in Tampa, Florida on September 19, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2004\04-md-2523.Gordonfees1085.wpd