## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE: ACCUTANE PRODUCTS
LIABILITY LITIGATION    MDL #1626

GABY ARANDA, et al.,

    Plaintiffs,

                                                  Master Case 8:04-md-2523-T-30TBM

v.                                                 Case No.  8:12-cv-1426-T-30TBM

HOFFMAN-LAROCHE, INC., et al.,

    Defendants.
_____/

## ORDER

Before the Court is the Notice to the Court of Individual Plaintiffs Who Intend to Pursue Claims (Dkt. 28 in 8:12-cv-1426-T-30TBM ), filed in response to this Court's September 20, 2012 order granting Defendants' motion to sever Plaintiffs' claims into separate civil actions (Dkt. 1105 in 8:04-md-2523-T-30TBM).

Upon consideration of the Notice and, consistent with the Court's September 20, 2012 order (Dkt. 1105), it is **ORDERED AND ADJUDGED** as follows:

1.    The Clerk of Court shall sever each plaintiff indicated in the Notice (Dkt. 28), other than the first plaintiffs named in the Notice (Gaby and Jose Aranda), so that there will be 40 new cases.  These new cases should group related plaintiffs together, where indicated in the Notice.

2. For each new case, the Clerk of Court shall create a member association to 8:04-MD-02523-JSM-TBM, the lead case for the MDL, and enter the Practice and Procedure Order that is entered after the transfer of these cases to the MDL.

3. Each plaintiff shall electronically file <u>in his or her individual civil action number</u> an amended complaint setting forth the specific factual basis of their claims within fourteen (14) days from the date of the assignment of their individual civil action number. At that time, the severed plaintiff shall also pay a filing fee to the Clerk of Court.

4. **<u>All filings subsequent to the filing of the amended complaints</u>**, including the responses, shall be filed in the master case, 8:04-MD-2523-T-30TBM. The style of the filing should include the related individual case number.

**DONE** and **ORDERED** in Tampa, Florida on October 1, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2004\04-md-2523.noticetoclerk.wpd