**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                    MDL 1626

ACCTUANE (ISOTRETINOIN)
PRODUCTS LIABILITY LITIGATION          Case No: 8:04-md-2523-T-30TBM
_____/

LINDSAY KRAMER,

    Plaintiff,

v.                                                                         Case No: 8:11-cv-1702-T-30TBM

HOFFMANN-LA ROCHE, INC., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #1195) and Defendants' Response (Dkt. #1205). The Court notes that Plaintiff did not file a written objection to the Report and Recommendation and the time for filing such objection has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Although the Court denies Defendants' request to dismiss

Plaintiff's case with prejudice, the Court will reserve on the issue of whether Defendants are entitled to an award of reasonable attorneys' fees, given Plaintiff's conduct in this case.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #1195) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Hoffmann-La Roche Inc.'s Motion to Show Cause for Lack of Prosecution (Dkt. #1059) is GRANTED.

3. Plaintiff's claims are dismissed without prejudice for lack of prosecution in case #8:11-cv-1702-T-30TBM.

4. Defendants shall file their motion for reasonable attorneys' fees within fourteen (14) days of this Order.

5. The Clerk is directed to close case #8:11-cv-1702-T-30TBM.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\MDL-Accutane\11-cv-1702 adopt RR 1195.wpd