UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACCUTANE (ISOTRETINOIN)
PRODUCTS LIABILITY LITIGATION                                       MDL No. 1626

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −59)**

On November 1, 2004, the Panel transferred 4 civil action(s) to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 343 F.Supp.2d 1382 (J.P.M.L. 2004). Since that time, 68 additional action(s) have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James S Moody, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Moody.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Middle District of Florida for the reasons stated in the order of November 1, 2004, and, with the consent of that court, assigned to the Honorable James S Moody, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 17, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

| | |
|---|---|
| IN RE: ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY LITIGATION | MDL No. 1626 |

## SCHEDULE CTO-59 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 13-00367 | Berry v. Hoffmann–La Roche Inc. et al |