UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: | MDL 1626 |
| ACCUTANE (ISOTRETINOIN) | Case No.: 8:04-md-2523-T-30TBM |
| PRODUCTS LIABILITY LITIGATION | |
| _____/ | |
| KARLY GREENSHIELDS, | |
| Plaintiff, | Case No.: 8:14-cv-00157-T-30TBM |
| v. | |
| HOFFMAN-LA ROCHE, INC., et al. | |
| _____/ | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Karly Greenshields, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), hereby dismisses McKesson Corporation from this action with prejudice.

Dated: April 4, 2014

Respectfully submitted,
POSWALL, WHITE & CUTLER

R. PARKER WHITE
Attorney for Plaintiff Karly Greenshields
1001 G Street, Suite 301
Sacramento, CA 95814
Tel: (916) 449-1300
pwhite@pwclawcorp.com

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **7** day of **APRIL**, 20**14**.

JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE