## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE: ACCUTANE PRODUCTS
LIABILITY LITIGATION - MDL #1626
Master Case #8:04-MD-2523-T-30TBM

**AMY STRINGFELLOW,**

    **Plaintiff,**

v.	Case No. 8:12-cv-2188-T-30TBM

**HOFFMAN-LA ROCHE INC., et al.,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that an Order (Dkt. #1289) was entered on February 14, 2013, which granted final judgment in a number of Accutane cases based on the Aranda Plaintiffs' failure to name an expert who was willing to testify that Accutane is generally capable of causing IBD. The above-styled case was inadvertently omitted from Exhibit 1 to said Order. Final judgment should have been granted in Defendants' favor and against Plaintiff Amy Stringfellow for the same reasons as explained in the Court's February 14, 2013 Order (Dkt. #1289). Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.	Defendants are granted final judgment in their favor and against Plaintiff Amy Stringfellow.

2.    The Clerk is directed to close case number 8:12-cv-2188-T-30TBM.

**DONE** and **ORDERED** in Tampa, Florida on July 10, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\MDL-Accutane\12-cv-2188 dsimissal Stringfellow.wpd